UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
September 20, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: **18 CR 575** |
| v. | § | |
| JACK STEPHEN PURSLEY, | § | |
| AKA STEVE PURSLEY | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a ___CRIMINAL INDICTMENT___ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on ___9/24/18___ at ___10 am___. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

JACK STEPHEN PURSLEY,
AKA STEVE PURSLEY
3014 Tilden Street
Houston, TX 77025

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on ___September 20___, 20 ___18___.

UNITED STATES MAGISTRATE JUDGE