Case 4:18-cr-00575   Document 10   Filed in TXSD on 09/21/18   Page 1 of 2

United States District Court
Southern District of Texas

**ENTERED**
September 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Criminal H 18-575 |
| Jack Stephen Pursley | § § § | Judge Lynn N. Hughes |

## SCHEDULING ORDER

1. Estimated trial time:     **3 weeks** days (5.5 hours/day)

2. Motions will be filed by:     October 11, 2018

3. Responses will be filed by:     October 22, 2018

4. Pretrial Conference is set for:     November 19, 2018 at 2:30 p.m.

5. Proposed voir dire and jury instructions are due:     November 20, 2018

6. Jury Selection and trial is set:     November 27, 2018 at 9:00 a.m.

7. Speedy trial limits waived:     ☐ Yes    ☒ No

Direct questions about this schedule to, Glenda Hassan, Case Manager to United States District Judge Lynn N. Hughes, (713) 250-5516, Glenda_Hassan@txs.uscourts.gov.

SIGNED ON _September 21, 2018_, at Houston, Texas.

_____
United States Magistrate Judge

Criminal Procedures

| | |
|---|---|
| Judge Lynn H. Hughes | Glenda Hassan |
| United States District Court | Case Manager |
| Courtroom 11-C, Eleventh Floor | United States District Clerk |
| United States Court House | Post Office Box 61010 |
| 515 Rusk Avenue | Houston, Texas 77208-1010 |
| Houston, Texas 77002-2605 | Glenda_Hassan@txs.uscourts.gov |

Court Schedule

Arraignments, sentencing, and other miscellaneous proceedings will be held on Mondays at 1:30 p.m. unless other arrangements are made. Lengthy proceedings will be scheduled during the week.

Pretrial Materials

<u>Two copies</u> proposed voir dire, proposed jury charge, legal memoranda specifying issues with authorities, and <u>four copies</u> exhibit and witness lists.

Pleas of Guilty

Once a plea agreement is reached, counsel will notify the case manager immediately to set a rearraignment.

The Assistance United States Attorney will prepare a Sentence Data Sheet and Plea Agreement, if there is one, and send it to the case manager by <u>email</u> at least one business day before the rearraignment.

Late Filings

Copies of documents filed within twenty-four hours before any setting will be delivered to Chambers.

Other Requirements

The court's general procedures apply in criminal cases in addition to these items. Please read them.