# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-575 (HUGHES) |
| | § | |
| JACK STEPHEN PURSLEY, | § | |
| AKA STEVE PURSLEY | § | |

## MOTION FOR AN ORDER TO TAKE RULE 15 DEPOSITION

The United States of America, by and through undersigned counsel, hereby moves this Court for an order pursuant to Federal Rule of Criminal Procedure 15 ("Rule 15") to take the deposition of Isle of Man resident Kerry Smith ("Smith") for use at the trial of defendant Jack Stephen Pursley. This motion is based upon the accompanying Statement of Authorities and Attorney Declaration.

DATED: October 11, 2018

                                               Respectfully Submitted,

                                               RYAN K. PATRICK
                                               United States Attorney
                                               Southern District of Texas

By:    /s/ *Grace Albinson*
        Nanette L. Davis, Senior Litigation Counsel
        Nanette.L.Davis@usdoj.gov
        Grace E. Albinson, Trial Attorney
        Grace.E.Albinson@usdoj.gov
        Sean P. Beaty, Trial Attorney
        Sean.P.Beaty@usdoj.gov
        U.S. Department of Justice, Tax Division
        601 D Street, N.W., Room 7634
        Washington, DC 20004
        (202) 514/8030/616-3311/616-2717