# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:18-CR-575 (HUGHES) |
| JACK STEPHEN PURSLEY, AKA STEVE PURSLEY, Defendant. | § § § § | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S UNOPPOSED MOTION TO SUBMIT SUPPLEMENTAL JUROR QUESTIONNAIRE

The United States of America, by and through undersigned counsel, hereby briefly responds to Defendant's Unopposed Motion to Submit Supplemental Juror Questionnaire. The Government has not yet received the defendant's proposed supplemental juror questionnaire. After its receipt, the Government will submit any additional proposed questions and edits to the proposed supplemental questionnaire.

DATED: October 22, 2018

    Respectfully Submitted,

    RYAN K. PATRICK
    United States Attorney
    Southern District of Texas

By:   /s/ Nanette L. Davis
      Nanette L. Davis, Senior Litigation Counsel
      Nanette.L.Davis@usdoj.gov
      Grace E. Albinson, Trial Attorney
      Grace.E.Albinson@usdoj.gov
      Sean P. Beaty, Trial Attorney
      Sean.P.Beaty@usdoj.gov
      U.S. Department of Justice, Tax Division
      601 D Street, N.W., Room 7634
      Washington, DC 20004
      (202) 514-8030/616-3311/616-2717

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:18-CR-575 (HUGHES) |
| JACK STEPHEN PURSLEY, AKA STEVE PURSLEY, Defendant. | § § § § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Nanette L. Davis
Nanette L. Davis, Senior Litigation Counsel
Nanette.L.Davis@usdoj.gov
Grace E. Albinson, Trial Attorney
Grace.E.Albinson@usdoj.gov
Sean P. Beaty, Trial Attorney
Sean.P.Beaty@usdoj.gov
U.S. Department of Justice, Tax Division
601 D Street, N.W., Room 7634
Washington, DC 20004
(202) 514-8030/616-3311/616-2717