# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:18-CR-575 (HUGHES) |
| JACK STEPHEN PURSLEY, AKA STEVE PURSLEY, Defendant. | § § § § | |

## GOVERNMENT'S NOTICE OF ATTEMPTED CONFERENCE REGARDING MOTIONS IN LIMINE

The United States of America, by and through undersigned counsel, hereby files this Notice of Attempted Conference Regarding Motions in Limine. The Government filed several motions in limine with supporting declarations on November 2, 2018. (Doc. 40-42). A November 2, 2018 email to defense counsel inquiring about their position as to the motions has gone unanswered.

Respectfully Submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:  /s/ Nanette L. Davis
Nanette L. Davis, Senior Litigation Counsel
Nanette.L.Davis@usdoj.gov
Grace E. Albinson, Trial Attorney
Grace.E.Albinson@usdoj.gov
Sean P. Beaty, Trial Attorney
Sean.P.Beaty@usdoj.gov
U.S. Department of Justice, Tax Division
601 D Street, N.W., Room 7634
Washington, DC 20004
(202) 514-8030/616-3311/616-2717

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-575 |
| | § | (HUGHES) |
| JACK STEPHEN PURSLEY, | § | |
| AKA STEVE PURSLEY, | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        By:    /s/ Nanette L. Davis
                 Nanette L. Davis, Senior Litigation Counsel
                 Nanette.L.Davis@usdoj.gov
                 Grace E. Albinson, Trial Attorney
                 Grace.E.Albinson@usdoj.gov
                 Sean P. Beaty, Trial Attorney
                 Sean.P.Beaty@usdoj.gov
                 U.S. Department of Justice, Tax Division
                 601 D Street, N.W., Room 7634
                 Washington, DC 20004
                 (202) 514-8030/616-3311/616-2717