# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 4:18-CR-575 |
| § | (HUGHES) |
| JACK STEPHEN PURSLEY, § | |
| AKA STEVE PURSLEY, § | |
| Defendant. § | |

## GOVERNMENT'S NOTICE OF INTENT TO USE
## CERTIFIED DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through undersigned counsel, hereby files this Notice of Intent to Use Certified Domestic Records of Regularly Conduct Activity pursuant to Fed. R. Evidence 902(11). The Government anticipates that it will offer the records for the entities listed in the index below as certified domestic records. These domestic records have already been provided to defense counsel in discovery. The Government sent via express delivery a copy of the related custodian certifications to defense counsel on November 2, 2018.

While the Government does not anticipate introducing as evidence all of the records for the below-listed custodians, the Government nonetheless submits this notice as a precaution in order to satisfy the notice requirement in Rule 902(11).

## INDEX OF CERTIFIED DOMESTIC RECORDS

- AFI Investments LLC
- Alliance Bernstein LP
- Baylor College of Medicine
- Bentley, Bratcher & Associates, P.C
- CenturyLink
- Charles Schwab
- Charter Title Company
- Chase Bank
- CitiMortgage
- Deutsche Bank
- Eagle River Water & Sanitation District
- Eagle Valley Plumbing and Heating
- E-Trade Securities LLC
- Fidelity Investments
- First Bank
- Hilltop Securities
- Holy Cross Energy
- Independent Bank
- Infinisource Benefit Services
- JP Morgan Chase Bank
- Land Title Guarantee Company
- LPL Financial
- Merrill Lynch
- Old Republic Title
- Pepperdine University School of Law
- Pershing LLC
- Prosperity Bank
- RBC Capital Markets
- Ronald Briggs
- San Antonio Federal Credit Union
- Scottrade
- Smart Financial Credit Union
- Stewart Title
- Texas Christian University
- Texas Direct Auto
- The Mountain Blind Man
- Trinity Lane Multifamily LLC
- Hines Global REIT, Inc.
- HMS Income Fund Inc.
- University of Tulsa College of Law
- Wells Fargo
- Xcel Energy

Respectfully Submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By: /s/ Nanette L. Davis
Nanette L. Davis, Senior Litigation Counsel
Nanette.L.Davis@usdoj.gov
Grace E. Albinson, Trial Attorney
Grace.E.Albinson@usdoj.gov
Sean P. Beaty, Trial Attorney
Sean.P.Beaty@usdoj.gov
U.S. Department of Justice, Tax Division
601 D Street, N.W., Room 7634
Washington, DC 20004
(202) 514-8030/616-3311/616-2717

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-575 |
| | § | (HUGHES) |
| JACK STEPHEN PURSLEY, | § | |
| AKA STEVE PURSLEY, | § | |
| Defendant. | § | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:   /s/ Nanette L. Davis
Nanette L. Davis, Senior Litigation Counsel
Nanette.L.Davis@usdoj.gov
Grace E. Albinson, Trial Attorney
Grace.E.Albinson@usdoj.gov
Sean P. Beaty, Trial Attorney
Sean.P.Beaty@usdoj.gov
U.S. Department of Justice, Tax Division
601 D Street, N.W., Room 7634
Washington, DC 20004
(202) 514-8030/616-3311/616-2717

4