UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2018
David J. Bradley, Clerk

| | |
|---|---|
| The United States of America, § | |
|     Plaintiff, § | |
| *versus* § | Criminal H-18-575 |
| Jack Stephen Pursley, § | |
|     Defendant. § | |

## Order Resetting Hearing

The hearing set November 20, 2018, has been reset to:

November 19, 2018
2:30 p.m.
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002.

Signed on November 15, 2018, at Houston, Texas.

Lynn N. Hughes  USDJ
United States District Judge