# EXHIBIT 1

# Curriculum Vitae
## for
## Ronald H. Braver CPA, CFE, CAMS
## Licensed Private Detective

125 S. Wacker Drive
Suite 1000
Chicago, Illinois 60606

# Experience:

**2012 – Present**

**Ron Braver & Associates LLC, Chicago, lL**
Managing Member - Providing forensic accounting, investigative and litigation services in civil and criminal litigation. Prepare expert opinion and fact-based reports and serve as an expert witness in deposition, arbitration, and Federal and State court.

**2010 – 2012**

**Grant Thornton, LLP, Chicago, IL**
Senior Manager - Providing forensic accounting, investigative and litigation services in civil and criminal litigation. Prepare expert opinion and fact-based reports and serve as an expert witness in deposition, arbitration, and Federal and State court.

**2007 – 2010**

**Supervisory Special Agent – Internal Revenue Service – Criminal Investigation, Chicago, IL**
Supervised a group of Special Agents and Administrative personnel in the investigation and prosecutions of criminal violations of the Internal Revenue Code, money laundering, money structuring, and related statutes and investigations and seizure of assets derived from criminally derived proceeds.

**1985 – 2007**

**Special Agent – Internal Revenue Service – Criminal Investigation, Chicago, IL and Fort Worth, Tx**
Investigation and prosecution of criminal violations of the Internal Revenue Code, money laundering, money structuring, and related statutes and investigations and seizure of assets derived from criminally derived proceeds. Conducted financial analysis, interviews, prepared expert and fact-based reports, affiant on search and seizure warrants,

testified in grand jury, trial, and sentencings as a fact-based, summary, and expert witness.

**1984- 1985**　　**Revenue Agent – Internal Revenue Service – Employee Plans and Exempt Organization, Chicago, IL**
Examined employee retirement plan documents, requested amendments and issued favorable or unfavorable determination letters as to compliance with the Internal Revenue Code.

## Education

**2013**　　　　**Illinois Licensed Private Detective**

**2009**　　　　**Certified Anti-Money Laundering Expert**

**2009**　　　　**Certified Fraud Examiner**

**2007**　　　　**Supervisory Special Agent Training – Glynco, GA**

**2001**　　　　**Illinois Licensed Certified Public Accountant – passed exam in 1985**

**1988 - 2001**　　**DePaul University, Chicago, IL, M.S. Taxation**

**1985**　　　　**Special Agent Training – Glynco, GA**

**1980-1984**　　**Truman State University, formerly Northeast Missouri State University, Kirksville, MO. – B.S. Accounting**

## Speaking Engagements

Presentations were given to IRS, FDIC, Illinois CPA Society, Law Enforcement contingent from the Italian government and the Chicago Chapter for the Association of Certified Anti Money Laundering Specialist, Human Resource Management Association of Chicago and Law and

Accounting firms.  These speaking engagements include presentations on badges of fraud, preparation of proper criminal fraud referrals, voluntary disclosure program, the role of Criminal Investigation within the law enforcement community and IRS, work place investigations, how a Financial Institution should complete an effective Suspicious Activity Report and how Law Enforcement uses them.

## Awards and Recognition

Recipient of 25 awards and commendation letters as a Federal law enforcement officer including 2006 Federal Employee of Year nominee, the recipient of the prestigious Albert Gallatin award, numerous exceptional performance awards and two exceptional salary increases.

## Testimony Past 6 Years

| | |
|---|---|
| 8/15/2012 | U.S. v. Arvind Ahuja 2:11CR-135 - U.S. District Court - Eastern Division of Wisconsin – False Income Tax Returns – Willful Failure to File FBAR – Testified as to procedures in obtaining records from foreign banks, issuances of Form 1099 by foreign banks and examination of golf course records. Testified for defense before Judge Charles N Clevert. |
| 4/30/2013 | U.S. v. Michael Morawski 11-CR-342-1 - U.S. District Court - Northern District of Illinois - Eastern Division - Mail and Wire Fraud in connection to a Ponzi scheme - Damage Calculation - Loss/Intended Loss - Testimony at sentencing for defense - Judge Gary Feinerman. |
| 7/25/2013 | Arrowhead Conveyor Corporation et al v. Giuseppe's Finer Foods, Inc. 2006-2159-CD - Clearfield County Pennsylvania - Civil Division – Testimony at Motion to Dismiss for Plaintiff opposing party failure to produce records -  Piercing the Corporate Veil. |
| 9/18/2013 | U.S. v. Stephen Kerr and Michael Quiel 11-2385-PHX-JAT False Income Tax Returns – Willful Failure to File FBAR - Damage Calculation - Loss/Intended Loss - Testimony at Sentencing for defense - Judge John S. Leonardo. |
| 12/11/2014 | Mark Schwartz v. Wendy Schwartz 11 L 11791 - Circuit Court of Cook County, Illinois - Motion to Lower Maintenance - Testified for Wendy Schwartz – Income and Assets of Mark Schwartz. |
| 5/1/2015 | People v. Eddie Zubov 14 CF 2260 Circuit Court of the 18th judicial district - County of DuPage Illinois Sentencing - testified for the plaintiff to my internal investigation. |
| 5/8/2015 | Carl Franco vs. Multi State Financial Services, Inc., Multi State Neighborhood Financial Services, Inc., Atlanta Check Cashiers, Inc., Eileen Keller, Joseph Wolfberg and Leonard Keller 13-A-01881 - |

MA_00038593

|  | Superior Court of Gwinnett County - State of Georgia - Deposition testimony regarding internal investigation conducted for Defendant. |
|---|---|
| 5/20/2015 | United States vs. John Lee Matteson Trial testimony 15 CR 00001 - United States District Court - Western District of Michigan - Northern District - Tax Evasion - Rebuttal expert witness for defense. Judge R. Allan Edgar. |
| 3/2/2016 & 3/3/2016 | Arrowhead Conveyor Corporation et al v. Giuseppe's Finer Foods, Inc. 2006-2159-CD - Trial testimony for plaintiff - regarding opinion on piercing the corporate veil. |
| 3/7/2016 | Grant Lustig, Debtor 14 B 32594 Chapter 7 - Complaint to Determine Dischargeability - US Bankruptcy Court Northern District of Illinois Eastern Division - testimony regarding internal investigation as to Lustig defrauding Work Force Financial. |
| 4/1/2016 | United States vs. Kathleen Stegman and Christopher Smith 14-20109-01/02 -JAR - TJJ - Trial Testimony - United States District Court - District of Kansas – Tax Evasion - rebuttal expert witness for defense. |
| 4/8/2016 | Ticor Title et. al. vs Donald Engel et.al. - Case No. 08 CH 34714 -  Circuit Court of Cook County, Illinois, County Department, Law Department - rebuttal expert report for defense - financial analysis. |
| 8/2/2016 | Imperial Zinc Corp vs Glenn Lenz, James Rundquist, Kenneth Lehman, & Douglas Oman Case Code 30106- Circuit Court of Waukesha County, State of Wisconsin -Deposition testimony- Plaintiff expert on going concern and insolvency. |
| 11/21/2016 | Fargo Pacific, Inc. vs Infratech International LLC - American Arbitration Case 74-505-00540-12 LGB Penalty Phase - rebuttal expert for defense - GAAP accounting for joint venture reporting/ tax ramification damages in contract dispute. |
| 1/23/2017 | Edmund Michalowski v. Dan Rutherford Civil Action No. 14-CV-899 - Deposition - United States District Court Northern District of Illinois Eastern Division – Deposition testimony on internal investigation regarding allegations of sexual harassment and coercion to provide political campaign assistance. Internal investigation conducted for State of Illinois - Attorney General. |
| 1/10/2018 | Kopp (Kevin) vs. Kopp (Jenny) 2016 D 282 - Circuit Court for the Eighteenth Judicial Circuit DuPage County - Deposition testimony for defendant regarding tracing assets - adjusted income. |

| | |
|---|---|
| 1/11/2018 | Nancy Barnard Knox vs. Benitta Berke civil action - No. 13 CH 914 - Circuit Court of Cook County, Illinois, County Department, Chancery Division - Deposition testimony for defendant- accounting opinion - tracing assets. |
| 3/7/2018 | Bruce Breitweiser, not individually, but as duly court appointed Receiver on behalf of Anderson Wilkins Lowe Life Insurance Brokers, Inc., and Nyle Anderson, shareholder of Anderson Wilkins Lowe Life Insurance Brokers Inc., Plaintiffs, v. Highland Capital Brokerage, Inc., Thomas Vilardo, Kris Hoffman, Jill Hayes, and Tamara Barajas, Defendants - 2016 L 1526 - Circuit Court of Cook County, Illinois County Department, Law Division - Deposition  testimony for plaintiff - insurance fraud and diversion of assets. |
| 5/2/2018 | Bruce Breitweiser, not individually, but as duly court appointed Receiver on behalf of Anderson Wilkins Lowe Life Insurance Brokers, Inc., and Nyle Anderson, shareholder of Anderson Wilkins Lowe Life Insurance Brokers Inc., Plaintiffs, v. Highland Capital Brokerage, Inc., Thomas Vilardo, Kris Hoffman, Jill Hayes, and Tamara Barajas, Defendants - 2016 L 1526 - Circuit Court of Cook County, Illinois County Department, Law Division - trial  testimony for plaintiff- insurance fraud and diversion of assets. |
| 5/18/2018 | Anne Marie Poincelet, et.al Plaintiff v. Frank Scarpelli, Jr. et.al. Defendants - 15 CH 15087 and 16 L 8816 - Circuit Court of Cook County, Illinois County Department, Chancery Division - Deposition testimony for plaintiff – internal investigation - diversion from trust. |
| 10/1/2018 | Emerald Casino, Inc., Debtor, Frances Gecker, not individually but as Trustee for Emerald Casino, Inc., Plaintiff, v. Estate of Kevin F. Flynn, et.al., Defendants Chapter 7 02 B 22977 Adv. No. 08 A 00972, Dist. Ct. No. 11-cv-04714 United States District Court for the Northern District of Illinois – Eastern Division – deposition testimony for plaintiff – expert testimony – opinion as to classification of transfers between trust and individual as self-settling contributions, distributions, and/or loans. IRC Section 7872 analysis. |

## Testimony as an IRS Special Agent

| | |
|---|---|
| 1985 – 2010 | Testified on several occasions in my capacity as a Special Agent of the IRS.  Testified at trial, sentencing and civil forfeiture deposition. |

## Professional Associations

- American Institute of Certified Public Accountant

- Associations of Certified Fraud Examiners

- Association of Certified Anti-Money Laundering Specialists

- Federal Criminal Investigator Association

- Association of Former Special Agents of the Internal Revenue Service

MA_00038596

## RON BRAVER and ASSOCIATES, LLC

# Ron Braver

CPA, CFE, CAMS, MST
Licensed Private Detective



**Forensic Accounting, Investigation and Dispute Services**

Ron assembles and manages teams of former Federal Special Agents, local law enforcement, former regulators and forensic accountants to solve client issues big or small.

### Experience

Ron has over 34 years of combined private sector consulting and Federal law enforcement experience.  Ron is a former Special Agent and Supervisory Special Agent of the IRS - Criminal Investigation. Ron's experience includes two years as a senior manager in the forensic accounting and investigative services practice of Grant Thornton LLP and over six years operating his own boutique forensic accounting, investigative and dispute services practice.

Ron's investigations led to approximately 75 guilty pleas/convictions and over $41 million in forfeiture and fines while working for the government.

Since forming his own firm, Ron and his team's experience includes assisting clients in the areas of white collar defense, internal investigations, fraud investigations, damage/loss analysis and mitigation, investigations involving complex corporate class action and shareholder derivative lawsuits, investor and management disputes, asset tracing, due diligence, rendered insolvency opinion, investigation and testimony regarding piercing the corporate veil, investigations relating to bankruptcy matters, divorce litigation, and State and Federal tax controversy.  Ron experience includes Director/Monitor for a foreign registered company.

Ron was appointed independent investigator on various investigations including investigation of allegations made against Illinois State Treasurer Dan Rutherford.

Ron has diverse fraud, money laundering, asset forfeiture, investigative and expert testimony experience.  This experience includes high profile investigations involving corporate fraud; criminal tax; failed banks and savings and loans; bankruptcy, securities, foreign exchange and mortgage fraud; Ponzi schemes; inflated billing schemes; sophisticated pension fraud schemes; healthcare fraud; identity thefts; illegal immigration employment schemes, false

government claims; public corruption and bribery; organized crime; and international and local drug conspiracies.

Ron's asset forfeiture/asset tracing investigative experience is useful in assisting in the recovery process.   Ron has significant international investigative experience including the use of Mutual Legal Assistance Treaty, provisional arrest warrants, and participating in overseas depositions.

Ron also has over 10 years of commercial and residential mortgage origination experience as an owner and executive of a mortgage brokerage business.   Ron has deep knowledge of underwriting guidelines for both FNMA and FREDDIE conforming loans, non – conforming loans including guidelines relating to loans exceeding the conforming loan limits, Alt-A and sub-prime.  Ron's knowledge includes mortgage banking and title company operations.

Ron's experience assists clients to ensure internal compliance programs are sufficient and enhanced to promote a system that will enable the detection and prevention of fraud and assist in avoiding or mitigating any potential criminal or civil penalties/fines.

Ron provides waste, fraud and abuse call center services to clients through Red Flag-Chicago, a firm he formed to assist clients in providing tone at the top fraud prevention.

## Licenses and Certificates
- Illinois Licensed Certified Public Accountant
- Certified Anti Money Laundering Specialist
- Certified Fraud Examiner
- Illinois Licensed Private Detective

## Professional Associations
- American Institute of Certified Public Accountants
- Association of Certified Fraud Examiners

- Association of Certified Anti Money Laundering Specialists
- Federal Criminal Investigators Association
- Association of Former Special Agents of the Internal Revenue Service

## Speaking Engagements
Ron has made presentations to IRS, FDIC, Illinois CPA Society, Law Enforcement contingent from the Italian government and the Chicago Chapter for the Association of Certified Anti Money Laundering Specialist, Human Resource Management Association of Chicago and Law and Accounting firms.  These speaking engagements include presentations on badges of fraud, preparation of proper criminal fraud referrals, voluntary disclosure program, the role of Criminal Investigation within the law enforcement community and IRS, work place investigations, how a Financial Institution should complete an effective Suspicious Activity Report and how Law Enforcement uses them.

## Awards and Recognitions
He is the recipient of 25 awards and commendation letters as a Federal law enforcement officer including 2006 Federal Employee of Year nominee, the recipient of the prestigious Albert Gallatin award, numerous exceptional performance awards and two exceptional salary increases.

## Education
M.S. in Taxation, DePaul University, Chicago, IL
B.S. in Accounting, Truman State University (formally known as Northeast Missouri State University), Kirksville, MO

## Contact details
125 S. Wacker Drive
Suite 1000
Chicago, Illinois 60606

T: 312.205.3249
T: 847.239.7235
C: 847.456.7870
E: Ron.Braver@rbraverassociates.com