# EXHIBIT 2



# McHard Accounting Consulting LLC

933 San Mateo Blvd NE, Suite 500-151, Albuquerque, NM  87108
505/554-2968 Phone  877/279-2942 Fax

**JANET M. McHARD, MBA, CPA, CFE, MAFF, CFF, CGMA, PI**

**EDUCATION:**

Bachelor of Arts - December 1994
University of New Mexico

Master of Business Administration - August 1997
Robert O. Anderson Graduate School of Management
University of New Mexico

**PROFESSIONAL DESIGNATIONS:**

Certified Public Accountant
State of New Mexico – August 1998
State of Arizona – June 2013
State of California – December 2015

Certified Fraud Examiner - December 1999
Association of Certified Fraud Examiners

Master Analyst in Financial Forensics, as of April 2013, formerly known
as Certified Forensic Financial Analyst as of March 2007, originally
awarded as Certified in Fraud Deterrence in January 2004
National Association of Certified Valuation Analysts

Certified in Financial Forensics – November 2008
American Institute of Certified Public Accountants

Private Investigator
State of New Mexico – Firm – License 2878
State of Arizona – Associate – License 1639940
State of California – President – License 29074

Chartered Global Management Accountant – August 2014
American Institute of Certified Public Accountants

**PROFESSIONAL EMPLOYMENT:**

McHard Accounting Consulting, LLC – July 2009 to present
Founding Partner
Albuquerque, New Mexico

Association of Certified Fraud Examiners – October 2003 to present
Faculty
Austin, Texas

MA_00038571

City of Albuquerque – February 2010 to September 2010
Inspector General
Albuquerque, New Mexico

Meyners + Company, LLC - November 2000 to July 2009
Senior Manager, Business and Tax Services
Albuquerque, New Mexico

Meyners + Company, LLC - August 1998 to November 2000
Senior, Audit Department
Albuquerque, New Mexico

Arthur Andersen LLP - August 1997 to August 1998
Staff Accountant, Economic and Financial Services
Albuquerque, New Mexico

Law Offices of E. Justin Pennington - July 1994 to January 1997
Legal Secretary and Paralegal
Albuquerque, New Mexico

John M. H. Allen, M.B., B.S., F.R.C.S.
Orthopaedic Surgeon - January 1988 to July 1994
Business Manager
Albuquerque, New Mexico

**PROFESSIONAL ASSOCIATIONS:**

American Institute of Certified Public Accountants

New Mexico Society of Certified Public Accountants

Association of Certified Fraud Examiners
Past Treasurer, NM Chapter Assoc. of Certified Fraud Examiners
Past President, NM Chapter Assoc. of Certified Fraud Examiners

National Association of Certified Valuation Analysts

Association of Government Accountants (National and New Mexico) - past

Institute of Internal Auditors (National and New Mexico) – past

**PROFESSIONAL COMMITTEES:**

Association of Certified Fraud Examiners, Board of Regents Advisory Working Group, member

Association of Certified Fraud Examiners, Professional Development Committee, past member

Janet McHard CV                    Page 2 of 20



MA_00038572

**PUBLICATIONS:**

McHard, Janet M. & Mohr, Beth Anne. *September/October 2012.* Career Connection: Hanging out your Shingle, Part 2. *Fraud Magazine.*

McHard, Janet M. & Mohr, Beth Anne. *Vol 27, No. 4, July/August 2012.* Career Connection: Hanging out your Shingle, Part 1. *Fraud Magazine.*

McHard, Janet M. & Mohr, Beth A. *Vol. 26, No. 4, July/August 2011.* Hotlines for Heroes: Making a Fraud Hotline Accessible and Successful. *Fraud Magazine.*

McHard, Janet M. (2007). They Didn't Know Jack. In J. T. Wells (Ed.), *Fraud Casebook: Lessons from the Bad Side of Business* (pp. 137-144). Hoboken, NJ: John Wiley & Sons.

**HONORS:**

2017 James Baker Award – Speaker of the Year at 28th Annual Global Association of Certified Fraud Examiners Conference

2016 Woman to Watch – Experienced Leader, New Mexico Society of Certified Public Accountants.

2016 Inductee to the University of New Mexico Anderson Schools of Management Hall of Fame.

**PROFESSIONAL SPEAKING:**

| | |
|---|---|
| **Date:** | October 2018 |
| **Group:** | Association of Certified Fraud Examiners – San Diego Chapter |
| **Topic:** | Fraud and Ethics Half-Day Seminar |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | August 2018 |
| **Group:** | Office of the State Auditor and Inspector |
| **Topic:** | Fraudsters and Fraud Victims: Case Studies into the Psychology of Both |
| **Location:** | Oklahoma City, Oklahoma |

| | |
|---|---|
| **Date:** | July 2018 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course for Fannie Mae |
| **Location:** | Plano, Texas |

MA_00038573



| | |
|---|---|
| **Date:** | June 2018 |
| **Group:** | 29th Annual Global Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | The New Revenue Recognition Standards:  How Might Fraud Be Hidden Now? |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | May 2018 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Using Data Analytics to Detect Fraud and Professional Interviewing Skills – Custom Course |
| **Location:** | Cheyenne, Wyoming |

| | |
|---|---|
| **Date:** | April 2018 |
| **Group:** | Auburn University Harbert College of Business School of Accountancy – 2018 Accounting & Auditing Summit:  Understanding Fraud |
| **Topic:** | Bad Accounting or Criminal Act:  The Challenge of Proving Intent |
| **Location:** | Auburn, Alabama |

| | |
|---|---|
| **Date:** | April 2018 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Financial Statement Fraud |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | December 2017 |
| **Group:** | American Bar Association: 34th Annual National Institute on Criminal Tax Fraud and the 7th Annual Institute on Tax Controversy |
| **Topic:** | Tools and Toys:  How an Internal Investigator Can Help |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | November 2017 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud – custom course |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | October 2017 |
| **Group:** | Hawaii Chapter of Association of Certified Fraud Examiners |
| **Topic:** | Fraud Case Studies and Ethical Considerations in Fraud Examinations |
| **Location:** | Honolulu, Hawaii |

MA_00038574

| Date: | September 2017 |
|---|---|
| Group: | Association of Certified Fraud Examiners – Greater Kansas City Chapter |
| Topic: | Ethical Considerations, Case Studies and Expert Witness Seminar |
| Location: | Kansas City, Kansas |

| Date: | September 2017 |
|---|---|
| Group: | Association of Certified Fraud Examiners – New Mexico Chapter |
| Topic: | Interviewing for the facts: Getting from "Yes" to "No" to Resolution and Beyond |
| Location: | Albuquerque, New Mexico |

| Date: | August 2017 |
|---|---|
| Group: | Association of Certified Fraud Examiners |
| Topic: | Financial Statement Fraud |
| Location: | Las Vegas, Nevada |

| Date: | August 2017 |
|---|---|
| Group: | Oklahoma State Auditors |
| Topic: | Anatomy of Fraud:  Insights from Real Cases |
| Location: | Oklahoma City, Oklahoma |

| Date: | June 2017 |
|---|---|
| Group: | 28th Annual Global Association of Certified Fraud Examiners Annual Conference |
| Topic: | Auditing/Investigating Fraud Seminar |
| Location: | Nashville, Tennessee |

| Date: | June 2017 |
|---|---|
| Group: | 28th Annual Global Association of Certified Fraud Examiners Annual Conference |
| Topic: | Bad Accounting or Criminal Act:  The Challenge of Proving Intent |
| Location: | Nashville, Tennessee |

| Date: | May 2017 |
|---|---|
| Group: | Keshet Center for the Arts - KIIC |
| Topic: | Accounting for Artists |
| Location: | Albuquerque, New Mexico |

| Date: | May 2017 |
|---|---|
| Group: | Association of Certified Fraud Examiners – Knoxville Chapter |
| Topic: | Detecting Fraud through Vendor Audits |
| Location: | Knoxville, Tennessee |

MA_00038575

| | |
|---|---|
| **Date:** | April 2017 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Austin, Texas |

| | |
|---|---|
| **Date:** | January 2017 |
| **Group:** | Association of Certified Fraud Examiners – Ottawa (Ontario, Canada) Chapter |
| **Topic:** | Conducting Internal Investigations and Auditing for Internal Fraud |
| **Location:** | Ottawa, Ontario, Canada |

| | |
|---|---|
| **Date:** | December 2016 |
| **Group:** | American Bar Association: 33nd Annual National Institute on Criminal Tax Fraud and the 6th Annual Institute on Tax Controversy |
| **Topic:** | Addressing Employment Tax Issues in Sensitive Examinations |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | October 2016 |
| **Group:** | Embry-Riddle Aeronautical University |
| **Topic:** | Fraud Examinations: Methodology, Interviews & Case Studies |
| **Location:** | Prescott, Arizona |

| | |
|---|---|
| **Date:** | September 2016 |
| **Group:** | Paralegal Division – New Mexico State Bar |
| **Topic:** | Financial Discovery:  Dealing with what you do and don't have |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | September 2016 |
| **Group:** | First National Rio Grande and First National Santa Fe |
| **Topic:** | Red Flags of Fraud:  What to look for and how to control fraud in your business |
| **Location:** | Albuquerque and Santa Fe, New Mexico |

| | |
|---|---|
| **Date:** | June 2016 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Panel Participant:  Expert (and Fact) Witness Seminar |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| Date: | June 2016 |
| Group: | Association of Certified Fraud Examiners Annual Conference |
| Topic: | Chapter Leaders' Meeting: Success Begins at the Top:  Creating Leaders in Your Chapter – Beyond the "Strategy of Hope" |
| Location: | Las Vegas, Nevada |

| | |
|---|---|
| Date: | May 2016 |
| Group: | Association of Certified Fraud Examiners – El Paso (Texas) Chapter |
| Topic: | Ethical Considerations in Fraud Examinations & Fraud in Governmental Entities: Case Studies and Other Fun Stories |
| Location: | El Paso, Texas |

| | |
|---|---|
| Date: | May 2016 |
| Group: | Administrative Office of the U.S. Courts Defender Services Office, Training Division, Federal Defender Investigator and Paralegal Seminar |
| Topic: | Forensic Accounting Part I:  Dealing With What You Don't Have |
| Location: | Chicago, Illinois |

| | |
|---|---|
| Date: | May 2016 |
| Group: | Administrative Office of the U.S. Courts Defender Services Office, Training Division, Federal Defender Investigator and Paralegal Seminar |
| Topic: | Forensic Accounting Part II:  Dealing With What You Do Have |
| Location: | Chicago, Illinois |

| | |
|---|---|
| Date: | March 2016 |
| Group: | The Conference That Counts! |
| Topic: | Ethical Considerations in Fraud Examinations & Fraud in Governmental Entities: Case Studies and Other Fun Stories |
| Location: | Albany, New York |

| | |
|---|---|
| Date: | January 2016 |
| Group: | Association of Certified Fraud Examiners |
| Topic: | Financial Statement Fraud – International Financial Reporting Standards Version |
| Location: | Vancouver, British Columbia, Canada |

| | |
|---|---|
| Date: | December 2015 |
| Group: | Association of Certified Fraud Examiners |
| Topic: | Specialized Knowledge Course |
| Location: | Washington, District of Columbia |

MA_00038577

| | |
|---|---|
| **Date:** | December 2015 |
| **Group:** | American Bar Association: 32nd Annual National Institute on Criminal Tax Fraud and the 5th Annual Institute on Tax Controversy |
| **Topic:** | When the Past Isn't the Past: How To Correct Past Wrongdoing |
| **Location:** | Las Vegas, Nevada |
| | |
| **Date:** | November 2015 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Panel Participant:  The Witness Stand |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | November 2015 |
| **Group:** | Association of Certified Fraud Examiners – Raleigh Chapter of the ACFE |
| **Topic:** | Investigating Conflicts of Interest |
| **Location:** | Raleigh, North Carolina |
| | |
| **Date:** | October 2015 |
| **Group:** | New York Chapter of the Association of Certified Fraud Examiners – Investigations 2015 |
| **Topic:** | Case Study:  Ethical Obligations in Examinations |
| **Location:** | New York, New York |
| | |
| **Date:** | August 2015 |
| **Group:** | New Mexico State Bar, 2015 Tax Seminar |
| **Topic:** | *Kovel* Accounting |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | June 2015 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Using Tax Returns in Investigations |
| **Location:** | Baltimore, Maryland |
| | |
| **Date:** | April 2015 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Financial Statement Fraud – International Financial Reporting Standards Version |
| **Location:** | Toronto, Ontario, Canada |
| | |
| **Date:** | March and April 2015 (various dates) |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Via Webinar |

MA_00038578

| | |
|---|---|
| **Date:** | March 2015 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Case Study:  Ethical Obligations in Examinations |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | March 2015 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Using Tax Returns in Examinations |
| **Location:** | Via Webinar |

| | |
|---|---|
| **Date:** | February 2015 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | February 2015 |
| **Group:** | Wells Fargo Specialty Markets Group |
| **Topic:** | Anatomy of Theft & Personality of a Thief |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | February 2015 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Fraud Risk Management |
| **Location:** | New Orleans, Louisiana |

| | |
|---|---|
| **Date:** | January 2015 |
| **Group:** | United Way of Central New Mexico – Center for Nonprofit Excellence |
| **Topic:** | Red Flags of Fraud for Nonprofit Organizations |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | January 2015 |
| **Group:** | New Mexico Criminal Defense Lawyers Association |
| **Topic:** | Gaining Trust in Your Trust Account; Ethical and Practical Issues of Accepting and Accounting for Client Funds, Co-Speaker and Panelist |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | January 2015 |
| **Group:** | Association of Governmental Accountants – Albuquerque Chapter |
| **Topic:** | An Update on AU-C 240: Today's Name for Consideration of Fraud in a Financial Statement Audit |
| **Location:** | Albuquerque, New Mexico |

MA_00038579

| | |
|---|---|
| **Date:** | December 2014 |
| **Group:** | American Bar Association: 31st Annual National Institute on Criminal Tax Fraud and the 4th Annual Institute on Tax Controversy |
| **Topic:** | Eggshell Audits in a Comprehensive Tax Enforcement Environment |
| **Location:** | Las Vegas, Nevada |
| | |
| **Date:** | November 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | San Antonio, Texas |
| | |
| **Date:** | November 2014 |
| **Group:** | Central Carolina Chapter of Certified Fraud Examiners |
| **Topic:** | Effective Report Writing for Fraud Examiners |
| **Location:** | Raleigh, North Carolina |
| | |
| **Date:** | October 2014 |
| **Group:** | San Juan Basin Chapter, New Mexico Society of Certified Public Accountants |
| **Topic:** | Red Flags of Fraud |
| **Location:** | Farmington, New Mexico |
| | |
| **Date:** | October 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Fraud Risk Management |
| **Location:** | Seattle, Washington |
| | |
| **Date:** | September 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Effective Report Writing for Fraud Examiners |
| **Location:** | Las Vegas, Nevada |
| | |
| **Date:** | September 2014 |
| **Group:** | 2014 Santa Fe County and Rio Arriba County Treasurer's Affiliate Summer Conference |
| **Topic:** | Fraud Prevention Case Study |
| **Location:** | Santa Fe, New Mexico |
| | |
| **Date:** | August 2014 |
| **Group:** | New Mexico Defense Lawyers Association – Women in the Courtroom V |
| **Topic:** | Are You Smarter Than An Expert Witness? Mounting and Defending a *Daubert* Challenge |
| **Location:** | Albuquerque, New Mexico |



MA_00038580

| | |
|---|---|
| **Date:** | July 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Conducting Internal Investigations – State Fund of California |
| **Location:** | Vacaville, California |

| | |
|---|---|
| **Date:** | July 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Financial Statement Fraud |
| **Location:** | San Francisco, California |

| | |
|---|---|
| **Date:** | June 2014 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Selling Your Services:   Marketing Tips for CFEs |
| **Location:** | San Antonio, Texas |

| | |
|---|---|
| **Date:** | June 2014 |
| **Group:** | New Mexico Gaming Control Board |
| **Topic:** | Understanding Financial Statements and Financial Statement Fraud, Interactive Case Studies, Conducting Investigative Interviews and Admission Seeking Interviews.  *Course Certified for Law Enforcement credit by the NM Department of Public Safety* |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2014 |
| **Group:** | New Mexico Gaming Control Board |
| **Topic:** | Fraud Basics, Basic Financial Investigations with Case Studies, Using Tax Returns in Financial Investigations, Casino Compliance, the Bank Secrecy Act and Anti-Money Laundering.  *Course Certified for Law Enforcement credit by the NM Department of Public Safety* |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2014 |
| **Group:** | Association of Certified Fraud Examiners – NM Chapter |
| **Topic:** | ACFE Professional Standards – "Don't Let Your Tongue Trip You Up" |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2014 |
| **Group:** | New Mexico Regulation – Securities Division |
| **Topic:** | Interviewing and Interrogation |
| **Location:** | Santa Fe, New Mexico |

MA_00038581

| | |
|---|---|
| **Date:** | March 2014 |
| **Group:** | The Conference That Counts! |
| **Topic:** | Why Fraud Happens, Fraud Prevention and Interactive Fraud Case Studies |
| **Location:** | Albany, New York |

| | |
|---|---|
| **Date:** | December 2013 |
| **Group:** | New Mexico Government Finance Officers Association |
| **Topic:** | Fraud Prevention through Process Improvement |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | October 2013 |
| **Group:** | McHard Accounting Consulting and Don Rabon |
| **Topic:** | Contemporary Interviewing Dynamics |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | October 2013 |
| **Group:** | Institute of Internal Auditors – El Paso Chapter |
| **Topic:** | Fraud Seminar:  Case Studies |
| **Location:** | El Paso, Texas |

| | |
|---|---|
| **Date:** | July 2013 |
| **Group:** | DOE Contractors Internal Audit Directors |
| **Topic:** | Fraud Prevention:  Tone at the Top |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | June 2013 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Taxation and Revenue Dept., Tax Fraud Investigations Division |
| **Topic:** | Conducting Internal Investigations |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2013 |
| **Group:** | New Mexico Chapter International Association of Special Investigations Units |
| **Topic:** | Forensic Accountants:  An Aid to Claims Investigations |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | January 2013 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | November 2012 |
| **Group:** | Association of Certified Fraud Examiners – Sandia National Laboratory |
| **Topic:** | Legal Elements of Fraud and Professional Interviewing Skills for Fraud Examiners |
| **Location:** | Albuquerque, New Mexico |

Janet McHard CV                    Page 12 of 20

MA_00038582

| | |
|---|---|
| **Date:** | October 2012 |
| **Group:** | Association of Certified Fraud Examiners – NM Chapter |
| **Topic:** | Fraud Examination:  Case Studies in Government |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | October 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Using Data Analytics to Detect Fraud |
| **Location:** | Los Angeles, California |
| | |
| **Date:** | October 2012 |
| **Group:** | United Way of Central New Mexico – Center for Non-Profit Excellence |
| **Topic:** | Red Flags of Fraud for Non-Profit Organizations |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | September 2012 |
| **Group:** | New Mexico Criminal Defense Lawyers Association |
| **Topic:** | White Collar Crime Symposium: Thoughtcrime: Defending on the Battlefield of Intent – Panel Member |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | September 2012 |
| **Group:** | Association of Certified Fraud Examiners – Indiana Gaming Commission |
| **Topic:** | Custom two-day course |
| **Location:** | Indianapolis, Indiana |
| | |
| **Date:** | August 2012 |
| **Group:** | Association of Certified Fraud Examiners – Oklahoma State Auditor Training |
| **Topic:** | Investigating Conflicts of Interest |
| **Location:** | Oklahoma City, Oklahoma |
| | |
| **Date:** | August 2012 |
| **Group:** | Association of Certified Fraud Examiners – Jefferson County Public Schools |
| **Topic:** | Conducting Internal Investigations |
| **Location:** | Louisville, Kentucky |
| | |
| **Date:** | July 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Conducting Internal Investigations |
| **Location:** | Washington, District of Columbia |

Janet McHard CV                    Page 13 of 20

MA_00038583



| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Fraud Analytics:  Taking Data Analysis to the Next Level |
| **Location:** | Orlando, Florida |

| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Hanging Out Your Shingle Without Messing Up |
| **Location:** | Orlando, Florida |

| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Chapter Representatives Meeting - Facilitator |
| **Location:** | Orlando, Florida |

| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners – DCAA Custom Course |
| **Topic:** | Using Data Analytics to Detect Fraud |
| **Location:** | Denver, Colorado |

| | |
|---|---|
| **Date:** | April 2012 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Ethics for Fraud Examiners: Professional Standards and Conflicts of Interest, Part II |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | April 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud – Custom Course |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | March 2012 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Ethics for Fraud Examiners: Professional Standards and Conflicts of Interest, Part I |
| **Location:** | Albuquerque, New Mexico |

MA_00038584

| | |
|---|---|
| **Date:** | January 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Investigating Conflicts of Interest |
| **Location:** | Los Angeles, California |

| | |
|---|---|
| **Date:** | August 2011 |
| **Group:** | Association of Governmental Accountants – El Paso Chapter, Professional Development Conference |
| **Topic:** | Hotlines for Heroes |
| **Location:** | El Paso, Texas |

| | |
|---|---|
| **Date:** | July 2011 |
| **Group:** | Association of Certified Fraud Examiners – Habif, Arogeti & Wynne, LLP |
| **Topic:** | Specialized Knowledge |
| **Location:** | Atlanta, Georgia |

| | |
|---|---|
| **Date:** | June 2011 |
| **Group:** | Association of Certified Fraud Examiners, Annual Conference |
| **Topic:** | Member - Audit Panel: Increasing Audit Effectiveness in Deterring and Detecting Fraud |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | June 2011 |
| **Group:** | Association of Certified Fraud Examiners, Annual Conference |
| **Topic:** | Member - Fraud Risk Assessment Panel: Actions Speak Louder Than Words |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | May 2011 |
| **Group:** | United Way of Central New Mexico – Center for Non-Profit Excellence |
| **Topic:** | Red Flags of Fraud for Non-Profit Organizations |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2011 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Conducting Internal Investigations |
| **Location:** | San Antonio, Texas |

| | |
|---|---|
| **Date:** | April 2011 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Financial Statement Fraud |
| **Location:** | Albuquerque, New Mexico |

MA_00038585



| | |
|---|---|
| **Date:** | April 2011 |
| **Group:** | Association of Governmental Accountants |
| **Topic:** | Government Fraud Case Studies – NM PDC |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | March 2011 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Providence, Rhode Island |

| | |
|---|---|
| **Date:** | January 2011 |
| **Group:** | New Mexico Criminal Defense Lawyers Association |
| **Topic:** | Ring Out the Old, Ring in the New: Law Practice Management 2011 – Fraud Basics |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | December 2010 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud and Investigating Conflicts of Interest |
| **Location:** | Plano, Texas |

| | |
|---|---|
| **Date:** | November 2010 |
| **Group:** | University of New Mexico School of Law |
| **Topic:** | Use of Experts in Litigated Matters |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | November 2010 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Investigating Conflicts of Interest |
| **Location:** | Orlando, Florida |

| | |
|---|---|
| **Date:** | November 2010 |
| **Group:** | Association of Certified Fraud Examiners – KMJ Corbin and Company, LLP |
| **Topic:** | Auditing for Internal Fraud |
| **Location:** | Costa Mesa, California |

| | |
|---|---|
| **Date:** | September 2010 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud |
| **Location:** | Salt Lake City, Utah |

| | |
|---|---|
| **Date:** | August 2010 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Chicago, Illinois |

Janet McHard CV

MA_00038586



| | |
|---|---|
| **Date:** | August 2010 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Prevention of Management and Occupation Fraud - Hotlines |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | July 2010 |
| **Group:** | Institute of Internal Auditors – Albuquerque Chapter |
| **Topic:** | When Your Audit Takes a Left Turn into Investigation |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | July 2010 |
| **Group:** | Association of Government Accountants – Albuquerque and New Mexico Chapters |
| **Topic:** | Red Flags of Fraud |
| **Location:** | Santa Fe, New Mexico |
| | |
| **Date:** | June 2010 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | McLean, Virginia |
| | |
| **Date:** | May 2010 |
| **Group:** | Albuquerque Chapter of CPAs |
| **Topic:** | Forensic Accounting: Basics to Case Studies |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | March 2010 |
| **Group:** | Association of Certified Fraud Examiners – NM Chapter |
| **Topic:** | Procurement Fraud |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | March 2010 |
| **Group:** | Association of Certified Fraud Examiners – IIA LA Chapter |
| **Topic:** | Auditing for Internal Fraud |
| **Location:** | Los Angeles, California |
| | |
| **Date:** | March 2010 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud |
| **Location:** | New York City, New York |
| | |
| **Date:** | January 2010 |
| **Group:** | New Mexico Criminal Defense Lawyers Association |
| **Topic:** | Financial Resolve: Saving Your Assets and Stay Organized: Dealing with Your Trust Account |
| **Location:** | Albuquerque, New Mexico |

MA_00038587

| | |
|---|---|
| **Date:** | November 2009 |
| **Group:** | Association of Certified Fraud Examiners – San Manuel Gaming Commission |
| **Topic:** | Fraud Prevention/Auditing for Internal Fraud |
| **Location:** | Highland, California |

| | |
|---|---|
| **Date:** | November 2009 |
| **Group:** | University of New Mexico School of Law |
| **Topic:** | Use of Experts in Litigated Matters |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | September 2009 |
| **Group:** | American Payroll Association - Albuquerque Chapter |
| **Topic:** | Portrait of a Thief |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | July 2009 |
| **Group:** | Association of Certified Fraud Examiners – Annual Conference |
| **Topic:** | Fraud Prevention Tips: Best (and Worst) Practices - Things My Clients Have Taught Me |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | June 2009 |
| **Group:** | Association of Certified Fraud Examiners – NM TRD Fraud Investigation Division |
| **Topic:** | Auditing for Internal Fraud |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2009 |
| **Group:** | New Mexico Taxation and Revenue – General Services Division |
| **Topic:** | Fraud Basics |
| **Location:** | Santa Fe, New Mexico |

| | |
|---|---|
| **Date:** | May 2009 |
| **Group:** | Association of Certified Fraud Examiners – NM DVR |
| **Topic:** | Fraud Prevention |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2009 |
| **Group:** | Association of Government Accountants |
| **Topic:** | Fraud Prevention Tips: Best (and Worst) Practices - Things My Clients Have Taught Me |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2009 |
| **Group:** | Association of Certified Fraud Examiners – NM DVR |
| **Topic:** | Fraud Prevention |
| **Location:** | Santa Fe, New Mexico |

MA_00038588

| | |
|---|---|
| **Date:** | April 2009 |
| **Group:** | Association of Certified Fraud Examiners - UHY Advisors |
| **Topic:** | Report Writing & Conducting Internal Investigations |
| **Location:** | Houston, Texas |

| | |
|---|---|
| **Date:** | March 2009 |
| **Group:** | University of New Mexico |
| **Topic:** | Forensic Auditing - Evidence |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | March 2009 |
| **Group:** | University of New Mexico |
| **Topic:** | Auditor's Forensic Responsibilities - SAS 99 |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | November 2008 |
| **Group:** | Association of Certified Fraud Examiners-Albuquerque IIA Chapter |
| **Topic:** | Fraud for Internal Auditors |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | October 2008 |
| **Group:** | New Mexico Criminal Defense Lawyer Association -2nd Annual White Collar Crime CLE Conference |
| **Topic:** | Creative Approaches in Litigating Fraud Cases |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | September 2008 |
| **Group:** | Association of Certified Fraud Examiners -Albuquerque IIA Chapter |
| **Topic:** | A Portrait of a Thief:  Occupational Fraud War Stories |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | August 2008 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Fraud Prevention Conference |
| **Location:** | Philadelphia, Pennsylvania |

| | |
|---|---|
| **Date:** | July 2008 |
| **Group:** | Association of Certified Fraud Examiners – Annual Conference |
| **Topic:** | Continuous Internal Auditing and Fraud Prevention: SAS 112 |
| **Location:** | Boston, Massachusetts |

| | |
|---|---|
| **Date:** | June 2008 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud |
| **Location:** | Denver, Colorado |

MA_00038589

**ACTIVITIES:**

Commissioner, Chairperson, Past Vice-Chairperson
Board of Commissioners
Albuquerque Housing Authority
Albuquerque, New Mexico

Member, National Board of Advisors
Past Member, Past President, Board of Directors
Past Member, Finance Committee
Keshet Dance Company
Albuquerque, New Mexico

Alexis de Tocqueville Society, Member
Women in Philanthropy, Volunteer and Past Mentor
United Way of Central New Mexico
Albuquerque, New Mexico

Past Treasurer, Past President
New Mexico Chapter
Association of Certified Fraud Examiners
Albuquerque, New Mexico

Past Member
Board of Directors
WildEarth Guardians
Santa Fe, New Mexico

Past Treasurer
Committee to Keep Judge Gerard Lavelle
Albuquerque, New Mexico

Past Volunteer Mediator
Settlement Week
Court Alternatives
Second Judicial District Court
Albuquerque, New Mexico

Past Member, Board of Directors
Albuquerque Softball/Baseball Hall of Fame
Albuquerque, New Mexico

MA_00038590