United States District Court
Southern District of Texas
**ENTERED**
November 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal Action H-18-575 |
| Jack Stephen Pursley, | § § | |
| Defendant. | § § | |

## Management Order

1. The case is not dismissed. (18)

2. By November 26, 2018, the government must file Special Agent Caivano's report. By November 20, 2018, Jack Pursley must send the court and the government a draft order for the Service correspondence he is seeking. (17) By November 27, 2018, the government must file an affidavit from the Service agent who says the Service cannot find correspondence from 1995 to present, if that is true.

3. The court will not use a supplemental jury questionnaire. (19)

4. The attorneys may not examine the veniremen, but they may file a list of the topics they would like the court to discuss when it conducts voir dire. (21)

5. The government may go to the Isle of Man to depose Kerry Smith, but only two of its lawyers may go. (20) By November 21, 2018, the government must send an editable copy and a hard copy of its supplemental MLAT request to the case manager. By November 21, 2018, Pursley must file a list of the factual questions he would like to ask Smith and send the list to the government along with his stipulation to the authenticity of the records. The government must

        then add its questions to the list and send it to the court by November 26, 2018. The government must coordinate with the State Department.

6.     The parties must give the court the reports for all of their technicians as soon as they have them.

7.     The parties may use summary charts and summary witness testimony. One party representative may remain in the courtroom. The government may not use the testimony of Lisa and Christopher Carrillo unless it is raised by Pursley. Pursley may discuss Shaun Mooney's motive at the onset of litigation. (40)

8.     The parties may use the civil litigation to impeach the witness during trial, but they must first tell the court that they intend to do it. The court will not ban statements that are inconsistent with the mediation statement in the civil litigation. The mediation statement is excluded. Pursley must tell the government what he wants to ask Mooney. If the government has an objection, it must tell the court. (41)

9.     The trial set for November 27, 2018, is cancelled and will be reset.

Signed on November _20_, 2018, at Houston, Texas.

                                                Lynn N. Hughes
                                     United States District Judge