UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States of America, §
           Plaintiff, §
versus §     Criminal Action H-18-575
Jack Stephen Pursley, §
           Defendant. §

## Order Overruling Objection

Jack Pursley's Sixth Amendment rights have not been violated. That is not the effect of taking a deposition for which the parties were ordered to simultaneously exchange basic questions to expedite it. Pursley's objection is overruled. (57)

Signed on November 29, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge