UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2018
David J. Bradley, Clerk

| | |
|---|---|
| United States of America, | § |
| Plaintiff, | § |
| versus | §  Criminal Action H-18-575 |
| Jack Stephen Pursley, | § |
| Defendant. | § |

## Order Excluding Time

No more than ninety days will be excluded from the calculation of the time within which the trial must begin under 18 U.S.C. § 3161. (65)

Signed on December 14, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge