UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
March 29, 2019
David J. Bradley, Clerk

The United States of America, §
§
    Plaintiff, §
§
versus § Criminal H-18-575
§
Jack Stephen Pursley, §
§
    Defendant. §

## Order on Deposition

1. Kerry Smith's deposition is limited to three and one-half hours per side.

2. The government must disclose the start time of Smith's deposition.

3. The government must hire a court reporter to make a transcript of Smith's depostion.

Signed on March 29, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge