UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 29, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal Action H-18-575 |
| | § | |
| Jack Stephen Pursley, | § | |
| | § | |
| Defendant. | § | |

## Order on Clarification

1. Neither party may make speaking objections unless it is to privilege. (80)

2. Objections will be excluded from the allotted time.

3. Both defense attorneys may attend the deposition, but only one will be at the government's expense.

Signed on April 29, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge