# **<u>EXHIBIT 1</u>**

K. Smith
S. McCarthy
A. Hughes
Sinead O'Connor
Q. Alleman
S. Cain

4/29/19   10:00 AM

- I joined IOMFT July '07, Corphone Mgr risk mgmt, KCY, due diligence,
- went through biggest clients which was this one - SES entity was client
- ~~GSF~~ IOMFT served as directors, full range of admin services
- SES was payroll entity - I was not involved w/ that
- end of '07, beg of '08 became familiar w/ SES
- shareholder of record was EV
- ~~Mossa Mgmt~~ IOMFT (parent) holds license

from Mossa Mgmt Security ───→ nominee shareholder
    mgmt consultants

- IOMFT used Declarations of Trust to identify ultimate beneficiaries
- EV was trustee of Dec of Trust and legal owner of
- SM was interchangeably as client + was day to day point of contact
- question marks as to ~~who~~ if EV ~~was~~ or SM was owner
- <mark>Nigel Libay requested to form PeL</mark>
- PeL was shelf company - was set up + ready to use
- SM wanted to invest in land in US
- Nigel believed SM was owner
- Nigel had conversation w/ SM + was told ~~been~~ SM he was making him owner of PeL
- SM was OK w/ that
- Nigel set up SM as owner of PeL
- I noted you can't set up PeL w/ diff owner as SES

DEFENDANT'S EXHIBIT 15

6

- SES was funding Pel via loans w/ millions
- my role was independent reviewer
- at time I wasn't 100% convinced SM owned it
- I wanted to meet w/ SM + EV to find out who owned company
- many people believed SM was owner of IOMFT
- SM was man on ground making the money
- 1st step was to raise w/ SM + meet w/ EV
- most cases - legal owner is ben owner
- SM came to IOM - met w/ AT + AM
- I joined meeting to question SM
- AT was managing director of IOMFT - friends w/ SM
- AT was afraid to lose client
- AT had gone to TX
- I told AT to ask SM about owner but he didn't
- I asked SM who was ben owner - SM said no
- I told him he (SM) he needed legal advice on
- I felt reassured by SM's response
- I contact by SP maybe by email - he agreed to come to IOM
- SP said SM + EV were friends + colleagues in an drilling bus, went into bus together w/ EV setting up company,
- SP said EV was OK with set up + was aware SM was running comp + would allow shares to be bought at low price - SM - 10m was value of comp    as low as figures 100,000
- I don't remember how I got value figure
- acq agent for SM to buy shares from EV
- SP drafted agmt
- we relied on SP was representing SM

6

- SP went to Dubai to meet w/ SM + EV
- I spoke to EV on phone + told him about agmt to sell shares
- we had duty to protect client + owner of record
- SP provided email address for EV
- I said I really still wanted to meet w EV
- SP suggested there was general partnership w/ SP as GP + SM as LP
- AT didn't want me to conclude anything about ben owner
- NT thought it was SM
- If we concluded SM was ben owner, would have to record
- If SM was owner, it would be considered high risk
- generally you didn't want American clients b/c they were litigious but was no ban on US clients
- I understood if SM if SM owner, he would have to declare his business
- Does EV agree SM had built up value in company and was entitled to compensation
- If IOMFT had questions, it was always SM
- If SM was owner, there was tax reporting consequences
- SP provided us w/ updated KYC docs for EV
- SP supported what file was showing
- Tracy Duncan was also challenging if EV was owner
- LS was in meeting w/ me + SP
- Tracy was client relationship mgr
- my ongoing communications wk was w/ SP
- I was aware that SES loaned $ to PeP that invested in Dreamfund

- directors of 10MFT determine if transactions are in best interest of company
- ~~not my role to discuss~~ if
- I did not tell SM he needed to get $ out
- when I 1st met SP, I didn't know what other goal was
- we would work w/ what they propose + make sure our file was documented
- Charles Gillis provided advice in letter on structure b/c they wanted to extract value in SES that SM had derived
- often I met SP, I understood they wanted to extract value
- EV was not involved in day to day. It was reasonable that value was derived from SM's efforts
- SP came to 10MFT w/ proposal rather than SM just buying shares from EV, based on advice from CG, was to set up holding company for dividends to be paid up — owned by EV + invested in companies
- I knew SP was going to get $ out of it
- SP told 10MFT that pmt would go to him for his services
- Ex 1-57  "input" means compensation for legal services rendered
- we relied on that advice
- I never met CG
- light discussion w/ SM & SP about there could be tax consequences if SM was owner. I discussed w/ SP but I don't know what consequences would be
- stock purchase term not familiar to me
- I understood $ from SES would be for investments

- I did not understand any consequences of transfers
- I not involved w/ wire transfers - that was admin team

10-a following docs as sig recognized:
- 2-33           - 4-180
- 12-36         - 2-28 - incorrect email address - I did not receive
- 12-46         - 12-5
- 12-38         - 4-118
- 12-7          - 12-43
- 4-49          - 12-48 - I only included on 3rd email
- 12-35         - 12-4
                - 12-41

- BOD minutes - 10MFT regularly held meetings
- Stock Purchase agmts - NT's signature - 1-13 + 1-23
                                       - AT's sig on 1-29
- 2-40 - AM's email address not printed but formula w/ format
- 2-42 - I can see AM's sign off + email
- 2-43         " " "
- 2-46 - looks like AM
- 2-51 -       "
- 2-60   AM sign off + print off
- 2-62
- 2-63   AM email address
- 5-20   printed by AM, appears to be AM
- 5-35   same
- 5-36    "
- I produce full notes for anything material or put in an email

Ex 2-65 - Marie Clarke was admin asst, email including AM

C

- 2-67 — James Sherman was Compliance mgr at Boston Ltd
- I joined BL at Sr Prog Mgr — US ~~FATCA~~ FATCA
- contains AM email
- 2-54 — letter from AM to SP of consulting agmt — don't recog agm — Christine Jones sig — was referencing system    CO = company    & director of 10mFT
  - 1876 — next # (Pelhambrg)
  - cw EW — Emma Westen drafted doc
- Boston Ltd used a diff system
- SES did not transfer to BL b/c it was already dissolved by time BL bought 10mFT
- 2-58 — AM sig — attach invest opportun — I did not see
- 2-59 — no appears to be fax but no email address

- AM at SP showed up at my office last August
  - & said he had a meeting w/ me but I did not have a meeting so I declined
- he SP showed up again next morning at office
- I called FIU & they provided inform officer
- emails b/t AM + EV

- 1-74 — yes — AM's email + sign off
- 3-3 — " " attach is standard pro forma templates
- 3-4 — "
- 3-5 — "
- 3-7 — "
- 3-8 — "
- 3-9 — "
- 3-10 — "
- 3-11 — "
- 3-12 — " standard loan agmt of money
- 3-13 — "
- 3-16 — " standard 10mFT Template

| | |
|---|---|
| 3-20 | - AM's sign off |
| 3-23 | - AM email + sign off |
| 3-24 | - AM " " |
| 3-18 | - Jon O'Connor was temp employee at Texas BC |

- When you manage company, pmts are controlled by fed comp as only signatories on bank accts
- RBS1 had online pmt system - would generate authory page
- all pmts reviewed by two people
- I never had authority at 10MPT at BC until 2016
- could not authorize w/o supporting paperwork
- look like RBS1 pmt does
- mine was Emma Weston - she had access auth to "make" pmt but not approve pmt, she initiates + 2 people review, several checks on every pmt

| | |
|---|---|
| 1-25 | - confirmation for SES transfer |
| 1-26 | - " " " with NT don't recog hand |
| 2-70 | - AM |
| 2-69 | - NT hacked in - do not recog hand |

- I wanted to meet EV in person
- I don't recall timing of 1st transfer
- had been in contact w/ EV that he would enter into new structure w/ SH to extract value
- meeting in Bahamas was final step in process
- Sept '09 - was suggested by SP that we meet in Bergen but I was nervous
- Was I asked Mary Renner b/c she wasn't afraid to ask questions
- AT already didn't ask questions in TX
- I wanted to meet in London

- but BP said EV needed a reason for London
- SP suggested Bahamas
- Tracy & I traveled to Bah on Sunday 20th went to hotel
- EV was supposed to meet w/ us that night but he didn't show up
- SP & SM said he got held up in Miami airport
- next night EV did showed up, he had long pants
- I asked for photocpy of EV's passport
- not usual for Comp Pgm to go to such efforts
- dinner - SM, SP & EV & TO ate dinner at hotel [can't remember what discussed]
- Tracy went w/ SM → separately after dinner
  I went w/ EV     to verify info
- I took photos of dinner in KPC file
- another meeting w/ EV next day - family background
  EV said he had engineering background - health & safety side or sg
- my assumption he was man of stature & seniority
- Tracy & I sat down at end of visit, EV had corroborated story as told by SP
- Intention was SM bought out EV
- EV was OK w/ low purchase price b/c SM had burnt bus
- a separate pre dinner w/ SP & SM
- all plans came through SP - we relied on SP & CG to draft plans
- from compliance perspective - do we have rationale & documentation
- EV remained as bene owner of SES & aust portion
- not aware of any owner of aust part other than EV
- Other Bahamas meeting b/c above it was being stripped out of SES

- I recall CG's letter about tax consequ
- I recall SP going to be paid but I don't know structure of that pmt