UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Case 4:18-cr-00575 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JACK STEPHEN PURSLEY, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION TO STRIKE EXHIBITS**

JACK STEPHEN PURSLEY ("Defendant" or "Pursley") requests this Court to strike certain exhibits from being offered for admission at trial. These exhibits were presented at the April 30–May 1, 2019 deposition of foreign witness Kerry Smith ("Smith").

During the deposition of Smith, the Government offered the following exhibits for trial, under the guise that Smith is the custodian of records for Boston Limited and Isle of Man Financial Trust Limited ("IOMFTL"):

Exhibit 1-106, 2-7, 1-27, 2-10, 2-71, 2-27, 2-22, 2-31, 2-32, 2-33, 12-36, 12-46, 12-38, 12-7, 4-49, 12-35, 4-180, 12-5, 4-118, 12-43, 12-4, 12-41, 2-29, 12-40, 12-45, 4-110, 4-117, 1-38, 1-47, 2-75, 2-34, 1-51, 2-30, 2-35, 2-73, 1-15, 1-16, 1-25, 1-26, 2-69, 2-70, 1-13, 1-23, 1-29, 2-55, 2-77, 1-14, 2-78, 1-24, 1-28, 1-30, 2-56, 2-40, 2-42, 2-43, 2-46, 2-51, 2-60, 2-62, 2-63, 2-65, 2-67, 5-20, 5-35, 5-36, 2-68, 1-107, 1-108, 3-4, 3-5, 3-7, 3-9, 3-10, 3-11, 3-13, 3-16, 3-20, 3-23, 3-24, 1-74, 3-3, 3-13, 3-8, and 2-54.

These documents were not properly proven up under 18 U.S.C. § 3505, Foreign Records of Regularly Conducted Activity; are not self-authenticating under Rule 902(3) of the Federal Rules of Evidence; are not excluded from the rule against hearsay by Rule 803(6), Records of a

Regularly Conducted Activity; and should not be admitted because they are not trustworthy.

Smith testified that she has no access to the original documents, that she did not have the ability to compare the copies the Government offered to the originals, that she is no longer employed by either Boston Limited or IOMFTL, and that she could not testify that there were not documents missing. This Court, the Government, and Defendant have no way of verifying the documents, and no way of confirming the complete set of documents transferred to Boston Limited when it purchased part of IOMFTL's portfolio. In fact, from the Government's own statements and Smith's testimony, we know they are not complete. There is no evidence that they are copies of the originals. Smith is not a custodian of records for either company. The documents are hearsay offered without a valid exception to the Rule.

## CONCLUSION

For the foregoing reasons, Pursley requests this Court grant his Motion to Strike and exclude the exhibits offered by the Government.

Respectfully submitted on May 14, 2019.

                    MINNS & ARNETT

                    */s/ Michael Louis Minns*
                    Michael Louis Minns
                    State Bar No. 14184300
                    mike@minnslaw.com
                    Ashley Blair Arnett
                    State Bar No. 24064833
                    ashley@minnslaw.com
                    9119 S. Gessner, Suite 1
                    Houston, Texas 77074
                    Telephone: (713) 777-0772
                    Telecopy: (713) 777-0453
                    ***Attorneys for Jack Stephen Pursley***

**CERTIFICATE OF CONFERENCE**

On May 13, 2019 undersigned conferred with DOJ attorney Sean Beaty, who indicated that he is opposed to this Motion.

*/s/ Michael Louis Minns*
Michael Louis Minns

**CERTIFICATE OF SERVICE**

This is to certify that on this the 14th day of May 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

*/s/ Ashley Blair Arnett*
Ashley Blair Arnett