AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

United States Courts
Southern District of Texas
FILED
JUN 05 2019
David J. Bradley, Clerk of Court

Case No. 4:18-cr-00575

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Leslie Alison Muecke (CPA)
was received by me on *(date)* May 31, 2019.

☑ I served the subpoena by delivering a copy to the named person as follows: Hand delivery (Person-to-Person) to Leslie Alison Muecke at 1404 Buttonwood Dr., Friendswood, TX. 77546 @ 12:25 p.m. on *(date)* June 1, 2019   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 46.00    .

My fees are $ 110.00    for travel and $ _____    for services, for a total of $ 110.00   .

I declare under penalty of perjury that this information is true.

Date: June 4, 2019

Ronnie L. Holmes
*Server's signature*

RONNIE L. HOLMES PSC 11807
*Printed name and title*

5701 Schumacher Ln., Apt. 7, Houston, TX. 77057
*Server's address*

Additional information regarding attempted service, etc.: