UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Case 4:18-cr-00575 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JACK STEPHEN PURSLEY, | § | |
| | § | |
| Defendant. | § | |

**MOTION TO WITHDRAW**

TO THE HONORABLE COURT:

Michael Louis Minns and Ashley Blair Arnett, attorneys for JACK STEPHEN PURSLEY, move this Court for an order allowing attorneys with the law firm of Minns & Arnett (all herein referred to as counsel) to withdraw as attorneys of record based upon communications from their client that the attorney client relationship has been terminated. This termination was confirmed in a phone call with the client on June 11, 2019 with Victor Vital.

The client has instructed counsel that counsel has no authority to proceed. Counsel has advised the Government, and the Government is opposed. There are two other attorneys currently of record on this case.

RESPECTFULLY SUBMITTED on June 11, 2019.

MINNS & ARNETT

/s/ Ashley Blair Arnett
Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett
State Bar No. 24064833
ashley@minnslaw.com
9119 S. Gessner, Suite 1
Houston, Texas 77074
Telephone: (713) 777-0772
Telecopy: (713) 777-0453
**Attorneys for Jack Stephen Pursley**

## CERTIFICATE OF CONFERENCE

I conferred with DOJ attorney Sean Beaty who is opposed to the filing of this Motion.

/s/ Ashley Blair Arnett
Ashley Blair Arnett

## CERTIFICATE OF SERVICE

This is to certify that on this the 11th day of June 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

/s/ Ashley Blair Arnett
Ashley Blair Arnett