UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
District of Texas
**ENTERED**
June 12, 2019
David J. Bradley, Clerk

United States of America, §
§
Plaintiff, §
§
versus § Criminal Action H-18-575
§
Jack Stephen Pursley, §
§
Defendant. §

# Order Denying Sanctions

1. Jack Pursley's clarifications are accepted. (126)

2. Pursley's motion for sanctions is denied. (107)

Signed on June 11, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge