JUDGE:            Lynn N. Hughes
CASE MANAGER:     Glenda Hassan
REPORTER   H. Alcaraz    Interpreter _____

■ Law clerk   Savannah Gibbs    ■ INTERN   Dionne Johnson

TIME:   10:15 A.M.   TO   10:40 A.M.                          DATE: June 12, 2019

CR. NO. H-<u>18-575</u>

| UNITED STATES OF AMERICA | § | Sean Beaty, Jack Morgan, Grace Albinson  AUSA |
| vs. | § | |
| | § | |
| Deft. No.   Deft. Name | § | |
| | § | ☐ CJA |
| 1   Jack Stephen Pursley | § | Victor Vital, Nicole Leboeuf,  ☐ CJA |
| | § | Michael Minns, Ashley Arnett,  ☐ CJA |
| | § | Michael Ware  ☐ CJA |
| | § | ☐ CJA |
| | § | ☐ CJA |
| add'l defts. on second page | | |

**Hearing**

■ Hearing held on:
  ☐ all pending motions
  ■ these topics: <u>motions to withdraw, motion to substitute, motion for continuance</u>

☐ **Evidence presented** (exhibits admitted or testimony given) on:

■ *Order to be entered.*
☐ All motions not expressly decided are denied without prejudice to being reurged.
☐ Change of plea hearing held; deft withdraws plea of guilty.
☐ Jury trial set _____, at _____ m.
☐ Deft _____ bond set/reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
■ Deft _____ bond ■ continued ☐ forfeited.
☐ Deft _____ failed to appear, bench warrant to issue.
☐ Deft _____ remanded to custody.
■ Other Rulings: <u>Michael Minns, Ashley Arnett, and Michael Ware are fully withdrawn. (134, 137)</u>
<u>Victor Vital, Nicole Leboeuf, and Alicia Raines Barrs are substituted as counsel for Pursley. (135)</u>
<u>Pursley's firearm and important documents will be transferred to Mr. Vital.</u>
<u>Trial will be continued. (135)</u>