UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2019
David J. Bradley, Clerk

| | |
|---|---|
| The United States of America, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Criminal H-18-575 |
| § | |
| Jack Stephen Pursley, § | |
| § | |
| Defendant. § | |

## Order Continuing Trial

1. The pretrial conference is reset to August 21, 2019, at 10:30 a.m.

2. The trial is reset to September 3, 2019, at 9:00 a.m.

Signed on June 20, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge