## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | Cause No. 4:18-cr-575 |
| | § | |
| JACK STEPHEN PURSLEY, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

---

## DEFENDANT'S MOTION IN *LIMINE* TO EXCLUDE GOVERNMENT EXHIBITS RELATED TO SES – PANAMA

---

Defendant Jack Stephen Pursley ("Pursley") files this Motion in Limine to exclude Government Exhibits 1-3 and 1-3A, which relate to the incorporation of a company named Southeastern Shipping in Panama ("SES-Panama"). In support of his Motion, Pursley states the following:

The Court should exclude these exhibits and any testimony, arguments or references to SES-Panama.  SES-Panama is not the "SES" referenced in the Indictment.  The subject SES in the Indictment is Southeastern Shipping in the Isle of Man ("SES-IOM").  Hence, SES-Panama is irrelevant under Federal Rule of Evidence 402; and/or it is inadmissible under Rule 403 because any marginal relevance is substantially outweighed by confusing the issues, misleading the jury, undue delay, and wasting time.  Moreover, it is inadmissible under Federal Rule of Evidence 404 because the creation and incorporation SES-Panama is an unindicted bad act or wrong. For that additional reason, SES-Panama evidence and testimony is inadmissible under Rule 403.

For the foregoing reasons, Pursley requests the Court exclude testimony, evidence, and argument relating to SES-Panama, including but not limited to Government Exhibits 1-3 and 1-3A, from evidence and award all other appropriate relief.

Respectfully submitted,

/s/ Victor D. Vital
Victor D. Vital
State Bar Number 00794798
S.D. Texas Bar Number 25730
Alicia M. Barrs
State Bar Number 24109620
S.D. Texas Bar Number 3438290
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
victor.vital@btlaw.com
abarrs@btlaw.com

Nicole Therese LeBoeuf
State Bar Number 00791091
S.D. Texas Bar Number 29595
LEBOEUF LAW PLLC
325 N. St. Paul, Ste. 3400
Dallas, TX 75201
Telephone: (214) 624-9803
Facsimile: (214) 602-4353
nicole@leboeuflaw.com

Seth H. Kretzer
State Bar Number 24043764
LAW OFFICES OF SETH KRETZER
440 Louisiana Street, Suite 1440
Houston, TX 77002
Telephone: (713) 775-3050
Facsimile: (713) 929-2019
seth@kretzerfirm.com

**Attorneys for Defendant Jack Stephen Pursley**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 12, 2019, a copy of this document was served on all counsel of record through filing on the ECF System.

/s/ *Victor D. Vital*
Victor D. Vital

DMS 14941530v1