UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Cause No. 4:18-cr-575 |
| JACK STEPHEN PURSLEY, | § § § | |
| *Defendant.* | § | |

**DEFENDANT'S MOTION IN *LIMINE* TO EXCLUDE TESTIMONY OF JON HURT**

Defendant Jack Stephen Pursley ("Pursley") files this Motion in Limine to exclude the testimony of Jon Hurt ("Hurt"), which relates to conduct that is in no way connected to the allegations in the Indictment or is otherwise inadmissible pursuant to this Court's prior rulings and the Federal Rules of Evidence. In support of his Motion, Pursley states the following:

Jon Hurt, a witness on the Government's witness list, was one of Pursley's prior tax preparers. Hurt's contact with Pursley ended after he filed Pursley's 2007 tax return. The Indictment does not allege Pursley committed Tax Evasion in 2007 or prior to that date. Therefore, Hurt's testimony is irrelevant under Federal Rule of Evidence 402; and/or it is inadmissible under Rule 403 because any marginal relevance is substantially outweighed by confusing the issues, misleading the jury, undue delay, and wasting time.

Furthermore, the Court should bar any attempt by the Government to use Hurt to back-door or in any way adduce any testimony relating to (1) Pursley's dealings and transactions to "flip houses" with Christopher and Lisa Carrillo and/or (2) the alleged failure to report the profits from

investment properties with the Carrillos to the IRS. The Court ruled last year during the November 19th Pre-Trial Conference that evidence on this subject is inadmissible unless Pursley first opens the door. *See* Nov. 19, 2018 Pretrial Conference Transcript, pgs. 63-65; November 20, 2018 Management Order (Doc. No. 55), para. 7.

For the foregoing reasons, Pursley requests the Court exclude the testimony of Jon Hurt from evidence and award all other appropriate relief.

Respectfully submitted,

*/s/ Victor D. Vital*
Victor D. Vital
State Bar Number 00794798
S.D. Texas Bar Number 25730
Alicia M. Barrs
State Bar Number 24109620
S.D. Texas Bar Number 3438290
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
victor.vital@btlaw.com
abarrs@btlaw.com

Nicole Therese LeBoeuf
State Bar Number 00791091
S.D. Texas Bar Number 29595
LEBOEUF LAW PLLC
325 N. St. Paul, Ste. 3400
Dallas, TX 75201
Telephone: (214) 624-9803
Facsimile: (214) 602-4353
nicole@leboeuflaw.com

Seth H. Kretzer
State Bar Number 24043764
LAW OFFICES OF SETH KRETZER
440 Louisiana Street, Suite 1440
Houston, TX 77002
Telephone: (713) 775-3050
Facsimile: (713) 929-2019
seth@kretzerfirm.com

**Attorneys for Defendant Jack Stephen Pursley**

**CERTIFICATE OF SERVICE**

I certify that on August 12, 2019, a copy of this document was served on all counsel of record through filing on the ECF System.

                                        */s/ Victor D. Vital*
                                        Victor D. Vital

14945287v1