# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

## SUPPLEMENTAL JUROR QUESTIONNAIRE

This questionnaire is designed to shorten the amount of time the Court and lawyers will need to ask you questions in the courtroom, so please provide as much detail to your answers as possible.  You are required to provide answers that are truthful.  Please do not discuss with anyone any question or answer you give on this questionnaire.  Please also recognize that there are no "right" or "wrong" answers to this questionnaire.  The Court is merely seeking truthful and complete answers.  If you feel you should not answer a particular question in writing, please write "Need to discuss" and the Court may address this with you privately.

You are instructed not to communicate about or do any research or investigation about any of the names or topics mentioned in this questionnaire.  This includes electronic research and communication, meaning that you may not blog, "Tweet", use Facebook, conduct Internet searches, or otherwise use electronic means to get or to communicate any information about any of the names or topics mentioned in this questionnaire.

You are required to sign your questionnaire, and your answers will be given the same effect as a statement given in Court.  What is needed is your very best, honest effort to answer the questions contained in this questionnaire.

Please do not write on the back of any page. If you need additional space to write a response to a particular question, please use the last page.

1. NAME: _____     Age:_____

2. Residence: City/Town: _____     Neighborhood: _____

    Do you own or rent your home?     Rent ____     Own ____     Other ____

3. Have you ever been self-employed, a sole proprietor or owned a business?

    ____Yes     ____No

1

EXHIBIT 1

    If yes, what type of business? _____

    Do you still own the business? ____Yes     ____No

    If you don't own the business anymore, please explain why:

4. Has anyone close to you ever been self-employed, a sole proprietor or owned a business?

    ____Yes     ____No

    If yes, who is that person and what type of business did that person own?

    Is that person still operating the business? ____Yes     ____No

5. Do you seek out positions of leadership:

    ___ Always     ___ Often     ___ Seldom     ___ Never

6. Have you or a family ever worked overseas? ____Yes     ____No

    If yes, please explain:

7. Have you or anyone close to you ever worked in taxation. ____Yes     ____No

    If yes, please explain:

8. Is hiring a professional to help you find ways to reduce the amount of taxes you owe or take advantage of tax laws wrong or unfair? ____Yes     ____No

Please explain your answer:

_____
_____

9. Can sophisticated business people be duped or tricked by people they know?
   _____Yes   _____No

   Please explain your answer:

   _____
   _____

10. Do you believe that if the government charges someone with a crime that person is probably guilty? _____Yes   _____No

    Please explain your answer:

    _____
    _____

11. Is it possible for a business person to be unaware or have no knowledge of the wrongdoing of a business associate? _____Yes   _____No

    Please explain your answer:

    _____
    _____

12. Do you read publications about business news or watch news about business on television, radio or the internet? _____Yes   _____No

    If yes, please list the name of the publication or other source of business news:

    _____
    _____

13. Have you ever been involved with an audit either by the IRS or internal/external accountants with regard to a company you worked for?
    _____Yes   _____No

    Please explain your answer:

    _____
    _____

14. Have you ever been involved in an audit of your personal finances or tax return(s)?
    \_\_\_\_Yes    \_\_\_\_No

    Please explain your answer:
    _____
    _____

15. Do you trust the government to always do what is right for the greater good?
    \_\_\_\_Yes    \_\_\_\_No

    Please explain your answer:
    _____
    _____

16. Do you trust law enforcement to always do what is right for the greater good?
    \_\_\_\_Yes    \_\_\_\_No

    Please explain your answer:
    _____
    _____

17. Do you agree or disagree that success does not come without a lot of hard work? \_\_\_\_Agree    \_\_\_\_Disagree

    Please explain your answer:
    _____
    _____

18. What are your opinions, if any, about prosecutors?
    _____
    _____

19. What are your opinions, if any, about criminal defense attorneys?
    _____
    _____

20. Do you invest in property or real estate in addition to your family home?

    \_\_\_\_Yes     \_\_\_\_No

    Please explain your answer:
    _____
    _____

21. Please describe what experience, if any, you have had in real estate, including purchasing a home (this includes houses, apartments, condos, mobile homes, etc.), owning multiple homes, and/or owning any investment property.
    _____
    _____

    For what purpose, if any, have you used the investment property?
    _____
    _____

22. Regardless of what the law says, a defendant in a criminal trial should be required to prove his or her innocence. (Please circle one)

    Strongly Agree     Somewhat Agree     Somewhat Disagree     Strongly Disagree

23. The court will instruct the jury that in a criminal case the burden of proof remains with the prosecution. In order for the jury to return a verdict of guilty, the prosecution must prove beyond a reasonable doubt that a defendant is guilty. A person charged with a crime has absolutely no burden to prove that he or she is not guilty. Would you find it hard to accept and apply this rule?

    \_\_\_\_Yes     \_\_\_\_No
    Please explain your answer:
    _____
    _____

24. Is there any matter not covered by this questionnaire that should be brought to the attention of the court because it would affect your ability to be a fair and impartial juror?

    \_\_\_\_Yes     \_\_\_\_No

If Yes, please explain:

_____

_____

Space for Additional Explanation

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing information is true and correct.

Signature: _____   Date: _____

---

**I also certify that since the time I received this questionnaire I have not done any research, read any news reports, watched or listened to any news reports, or conducted any investigation about any of the topics mentioned in this questionnaire. I have not blogged, "Tweeted", or used the Internet to find or communicate any information about any of the names or topics mentioned in this questionnaire. I further certify that until I receive instructions from the Court relieving me of these obligations, I will not do any research, read any news reports, watch or listen to any news reports, or conduct any investigation about any of the names or topics mentioned in this questionnaire. I understand that this includes refraining from conducting any Internet searches, blogging, "Tweeting", or otherwise using electronic means to retrieve or communicate information about any of the names or topics mentioned in this questionnaire. If you cannot so certify, please provide an explanation below.**

Signature: _____   Date: _____

8