UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>JACK STEPHEN PURSLEY,<br><br>*Defendant.* | § § § § § § § § § § | Cause No. 4:18-cr-575 |

---

## DEFENDANT'S RESPONSE TO UNITED STATES' MOTION TO EXCLUDE TESTIMONY AND PRECLUDE IMPROPER ARGUMENT

---

The Government has filed a Motion to Exclude Testimony and Preclude Improper Argument. That motion should be denied to the extent it seeks to bar Defendant Jack Stephen Pursley ("Pursley") from arguing and offering evidence of the motive of Shaun Mooney ("Mooney"), the Government's primary witness.

The business disputes, litigation and related circumstances between Mooney and Pursley are relevant for the jury's consideration of Mooney's motive to testify falsely against Pursley. Because of a business dispute dating back to late 2012, Pursley and Mooney have been almost continuously in litigation with each other, including a civil case presently set for trial in January 2020. The jury needs to know that context to understand that, from Fall 2012 through the present, Mooney has had a motive to fabricate allegations against Pursley, and still has a motive to testify falsely against Pursley.

Moreover, and to that point, the actions of Mr. Jack Townsend—one of Mooney's counsels, and a former DOJ Tax Prosecutor—seeking advice and assistance with geting Pursley indicted,

and offering to provide the Government with the assistance of Mooney's private lawyers against Pursley, further demonstrates Mooney's motive.

Attached hereto as Exhibit A are proposed stipulations that the defense is negotiating with the Government. The proposed stipulations highlighted in yellow are the facts relevant to Mooney's motive and hence his credibility.

WHEREFORE, PREMISES CONSIDERED, to the extent the Government's Motion to Exclude Testimony and Preclude Improper Argument would seek to prevent Mr. Pursley from offering evidence of Mr. Mooney's motive and hence his credibility, that motion should be DENIED.

Respectfully submitted,

/s/ Victor D. Vital
Victor D. Vital
State Bar Number 00794798
S.D. Texas Bar Number 25730
Alicia M. Barrs
State Bar Number 24109620
S.D. Texas Bar Number 3438290
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
victor.vital@btlaw.com
abarrs@btlaw.com

Nicole Therese LeBoeuf
State Bar Number 00791091
S.D. Texas Bar Number 29595
LEBOEUF LAW PLLC
325 N. St. Paul, Ste. 3400
Dallas, TX 75201
Telephone: (214) 624-9803
Facsimile: (214) 602-4353
nicole@leboeuflaw.com

Seth H. Kretzer

State Bar Number 24043764
S.D. Texas Bar Number 680773
LAW OFFICES OF SETH KRETZER
440 Louisiana Street, Suite 1440
Houston, TX 77002
Telephone: (713) 775-3050
Facsimile: (713) 929-2019
seth@kretzerfirm.com

*Attorneys for Defendant Jack Stephen Pursley*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2019, a copy of this document was served on all counsel of record through filing on the ECF System.

*/s/ Victor D. Vital*
Victor D. Vital

DMS 14980276v1