UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 4:18-CR-575 (HUGHES) |
| | § | |
| JACK STEPHEN PURSLEY, | § | |
| AKA STEVE PURSLEY | § | |

**Joint Motion to Admit Trial Exhibits**

The United States and counsel for Jack Stephen Pursley have stipulated to the authenticity and admissibility of the exhibits listed below. Accordingly, the parties jointly move the Court to pre-admit the following exhibits into evidence:

**United States' Trial Exhibits**

| Gov't Ex No. | Description |
|---|---|
| 1-6 | 9/19/2001 Certificate of Incorporation for Southeastern Shipping Company Ltd. |
| 1-7 | 9/24/2001 Engagement Letter between SES and Venerabile |
| 1-8 | 11/1/2006 Certificate of Incorporation for Pelhambridge Ltd. |
| 1-9 | 3/6/2007 Stock Purchase Agreement Between Gulf States Management Corp. and S. Mooney for $900,000 |
| 1-11 | 9/30/2007 Minutes of Special Meeting of Directors for Diversified Land Holdings, Inc. Resolving to Purchase 100,000 Shares in Gulf States |
| 1-12 | 10/20/2007 Minutes of Special Meeting of Directors for Diversified Land Holdings, Inc. Resolving to Purchasee 50,000 in Gulf States |
| 1-13 | 10/22/2007 Stock Sale Agreement between Diversified Land Holdings, Inc. and Pelhambridge Ltd. for $960,000 |
| 1-14 | 10/31/2007 Minutes of Meeting of the Board of Directors of Pelhambridge Ltd. |
| 1-15 | 11/1/2007 Wire transfer detail for $961,000 |
| 1-16 | 11/1/2007 Wire transfer detail for $960,000 |
| 1-17 | 11/5/2007 $250,000 Wire transfer from Gulf States Management Corporation to S. Pursley |
| 1-18 | 11/30/2007 Chase Statement in the name of Gulf States Management Corporation |
| 1-23 | 1/15/2008 Stock Sale Agreement between Diversified Land Holdings, Inc. and Pelhambridge Ltd. |

| Gov't Ex No. | Description |
|---|---|
| 1-24 | 2/12/2008 Minutes of Meeting Pelhambridge Ltd. Board of Directors |
| 1-25 | 2/29/2008 Wire Transfer Detail for $875,000 from Southeastern Shipping to Isle of Man Trust |
| 1-26 | 2/29/2008 Wire Transfer Detail for $875,000 from Isle of Man Trust to Diversified Land Holdings |
| 1-27 | 8/10/2008 Pelhambridge Limited IOMFT Know Your Client with S.Mooney as Beneficial Owners |
| 1-28 | 9/9/2008 Minutes of Meeting of Pelhambridge Ltd. Board of Directors, re Opening of Royal Bank of Scotland Int'l Ltd. Account with S.Mooney as Beneficial Owner |
| 1-29 | 3/4/2009 Stock Sale Agreement between Diversified Land Holdings, Inc. and Pelhambridge Ltd. for $900,000 |
| 1-30 | 3/4/2009 Minutes of Meeting of Pelhambridge Ltd. Board of Directors for $900,000 |
| 1-31 | 4/12/2009 Representation Agreement between The Pursley Law Firm, PLLC and S. Mooney |
| 1-32 | 4/24/2009 Invoices for T. Foster |
| 1-34 | 6/3/2009 Minutes of Meeting Southeastern Shipping Company Ltd. Board of Directors |
| 1-35 | 5/9/2009 Memorandum from T. Foster to S. Pursley re: SES |
| 1-36 | 6/10/2009 Confidential Memorandum from S. Mooney to Management and Administrators of Southeastern Shipping Company Ltd. and Isle of Man Trust Limited, Re. S. Pursley Authority |
| 1-37 | 6/10/2009 Confidential Memorandum from E. Venerabile to Management and Administrators of Southeastern Shipping Company Ltd. and Isle of Man Trust Limited, Re. S. Pursley Authority |
| 1-38 | 6/25/2009 IOMFT Know Your Client Form and Documents- S. Mooney |
| 1-39 | 6/30/2009 Limited Partnership Agreement of Recruitment Partners, L.P. |
| 1-40 | 8/1/2007 Minutes of Diversified Land Holdings Board of Directors, Re: Sale of 120,000 Shares of Stock to Pelhambridge |
| 1-42 | 7/24/2009 Private Placement Memorandum for Four Sevens Investment Corp. |
| 1-43 | 7/30/2009 Letter from E. Venerabile to the Directors of Southeastern Shipping Company Ltd., Re: Distribution for $3,625,000 |
| 1-44 | 7/30/2009 Subscription Agreement for $3,625,000 between Four Sevens Investment Corp. and Australian Partners Holding Corp. PTY Ltd. |
| 1-47 | 8/25/2009 IOMFT Know Your Client Form - Pelhambridge (E. Venerabile) |
| 1-49 | 8/27/2009 Email from S. Pursley to C. Gillis, Re: Instructions for $3,625,000 transfers |
| 1-50 | 8/28/2009 Wire transfer detail for $3,625,000 from Southeastern Shipping Company Limited to C. Gillis PLLC IOLTA |
| 1-51 | 9/22/2009 File Note re: Southeastern Shipping Limited & Pelhambridge Ltd. |
| 1-54 | 10/16/2009 - Land Title Guarantee Company Settlement Statement for 1600 Colorow Road |

| Gov't Ex No. | Description |
|---|---|
| 1-55 | 10/16/2009 Promissory Note between S. Mooney and Diversified Land Holdings for $1,600,000 for Purchase of 1600 Colorow Road |
| 1-56 | 1/28/2010 Private Placement Memorandum for American Real Estate Properties |
| 1-57 | 3/8/2010 Letter from C. Gillis to the Directors of Southeastern Shipping Company Ltd., Re: Request for Dividend Declaration and Distribution & 2/12/2010 Minutes of Meeting of Australian Partners Holding Corp. Board of Directors |
| 1-58 | 6/4/2010 Promissory Note for $3,900,000 between AREP Ritz Partners, LLC and American Real Estate Properties, Inc. |
| 1-59 | 6/7/2010 Promissory Note for $500,000 between Pursley Interests, LLC and Four Sevens Investment Corp. |
| 1-61 | 6/25/2010 Email from M. Sternfield to S. Dorman re: 2610 Arosa Dr. |
| 1-62 | 7/10/2010 Email from S. Pursley to A. Mellor, Re: Instruction for Request |
| 1-63 | 7/12/2010 Private Placement Memorandum for Global American Properties, Inc. |
| 1-66 | 8/1/2010 Promissory Note between Arosa Partners, LLC and Four Sevens Investment Corp. |
| 1-67 | 8/2/2010 Wire Transfer Detail for $852,117 |
| 1-68 | 8/3/2010 Settlement Statement for 2610 Arosa Drive |
| 1-69 | 8/3/2010 Disbursement Statement for 2610 Arosa Drive |
| 1-70 | 8/17/2010 Email from S. Pursley to G. Bratcher re Doc Terms to Review |
| 1-71 | 9/22/2011 Check from Pursley Interests to S. Pursley for $222,000 |
| 1-82 | Agreement for Participating Interest between Pursley Interests, LLC and American Real Estate Properties, Inc. for $300,000 |
| 1-83 | 7/17/2010 Subscription Agreement between Global American Properties, Inc. and Australian Partners Holding Corporation PTY Ltd. |
| 1-86 | Charles Schwab (x1072) - Gulf States Management Corporation - Statement 2007 (Nov.) |
| 1-87 | Charles Schwab (x1072) - Gulf States Management Corporation - Statement 2007 (Dec.) |
| 1-90 | Chase (x9401) - Gulf States Management Corporation - Statement 2007 |
| 1-91 | Chase (x940-1) - Gulf States Management Corporation - Statement 2008 |
| 1-92 | Account Application for E-Trade Securities LLC (X4096) - S. Pursley |
| 1-96 | May 2009 S. Pursley Plane Ticket to Isle Of Man |
| 1-100 | Royal Bank of Scotland International, Isle of Man Branch (x7806) Southeastern Shipping Company Ltd. - Statement 2007 |
| 1-101 | Royal Bank of Scotland International, Isle of Man Branch bank (x7806) - Statement 2008 |
| 1-102 | Royal Bank of Scotland International, Isle of Man Branch (x7806) Southeastern Shipping Company Ltd. - Statement 2009 |
| 1-103 | Royal Bank of Scotland International, Isle of Man Branch (x7806) Southeastern Shipping Company Limited - Statement 2010 |

| Gov't Ex No. | Description |
|---|---|
| 1-104 | Royal Bank of Scotland International, Isle of Man Branch bank (x7806), Southeastern Shipping Company Limited - Statement 2010 |
| 1-105 | Royal Bank of Scotland International, Isle of Man Branch (x7806) Southeastern Shipping Company Limited - Statement 2010 |
| 1-106 | Royal Bank of Scotland International, Isle of Man Branch (x4836) - Pelhambridge Limited - Statement 2008 |
| 1-107 | Royal Bank of Scotland International, Isle of Man Branch bank (x4836) - Pelhambridge Limited - Statement  2008 |
| 1-108 | Royal Bank of Scotland International, Isle of Man Branch bank (x4836) - Pelhambridge Limited - Statement  2009 |
| 1-109 | Sanford C. Bernstein & Co., LLC (3314) - Four Sevens Investment Corporation - Statement  2009 |
| 1-110 | Sanford C. Bernstein & Co., LLC (x3359) - Four Sevens Investment Corporation - Statement  2009 |
| 1-111 | Sanford C. Bernstein (x9166) - Four Sevens Investment Corporation - Statement  2010 |
| 1-112 | Sanford C. Bernstein (x9166) - Four Sevens Investment Corporation - Statement 2010  (June) |
| 1-113 | Sanford C. Bernstein (x9166) - Four Sevens Investment Corporation - Statement 2010 (August) |
| 1-114 | Smart Financial Credit Union (x5710) (x5740) Four Sevens Investment Corporation -  Statement 2009 (August) |
| 1-129 | Subscription Agreement between American Real Estate Properties, Inc. and Australian Partners Holding Corporation PTY Ltd. |
| 1-131 | Washington Mutual Bank (940-1) - Gulf States Management Corporation - Statement 2007 (Nov.) |
| 1-132 | Washington Mutual Bank (563-0) - Gulf States Management - Statement 2007 (Nov.) |
| 1-133 | Washington Mutual Bank (940-1) - Gulf States Management Corporation - Statement 2008 (March) |
| 1-135 | Wells Fargo Bank (x8312) Diversified Land Holdings Inc. - Statement 2008 (February) |
| 1-136 | Wells Fargo Bank (x8312) Diversified Land Holdings Inc. - Statement 2008 (March) |
| 1-137 | Wells Fargo Bank, N.A. (x8312) Diversified Land Holdings Inc. - Statement 2009 (March) |
| 1-140 | Wells Fargo Bank, N.A. (x8312) - Diversified Land Holdings Inc. - Statement 2007 (November) |
| 1-142 | Wells Fargo Bank, N.A. (x8312) Diversified Land Holdings Inc. - Statement 2009 (October) |
| 1-145 | Wells Fargo Bank, N.A. (x9822) Charles Michael Gillis PLLC IOLTA Account – Statement 2009 (August) |
| 1-146 | Wells Fargo Bank, N.A. (x9822) Charles Michael Gillis PLLC IOLTA Account – Statement 2010 (March) |

| Gov't Ex No. | Description |
|---|---|
| 1-148 | Wells Fargo Bank, N.A. (x4315) American Real Estate Properties Inc. – Statement 2010 (March) |
| 1-149 | Wells Fargo Bank, N.A. (x9822) Charles Michael Gillis PLLC IOLTA Account – Statement 2010 (July) |
| 1-151 | Wells Fargo Bank, N.A. (x9822) Charles Michael Gillis PLLC IOLTA Account – Statement 2010 (September) |
| 1-153 | Wells Fargo Bank, N.A. (x4265) Global American Properties Inc. - Statement 2010 (July) |
| 1-154 | Wells Fargo Bank, N.A. (x4315) American Real Estate Properties Inc. - Statement 2010 (August) |
| 1-156 | Wells Fargo Bank, N.A. (x4265) Global American Properties Inc. - Statement 2010 (September) |
| 1-162 | 3/30/2018 J. Pursley Deposition Transcript, Ex. 2 (6/4/2009 Email from K. Smith to Pursley) |
| 1-163 | Mooney Certified Travel Records |
| 1-164 | Pursley Certified Travel Records |
| 1-167 | 3/30/2018 J. Pursley Deposition Transcript, Ex. 7 (4/12/2009 Representation Agreement) |
| 2-6 | 11/10/2009 Email from S. Pursley to L. Jude, A. Mellor re: Follow-Up Instructions on Venerabile Account |
| 2-7 | 10/3/2007 Letter from A.Thomas to "Director Pelhambridge Ltd" re: $2.5 Million Loan Facility |
| 2-28 | 7/23/2009 Email from S. Pursley to tracyd@iomft.co.im;andrewt@iomft.co.im;kerrys@iom.co.im re: Draft - Instructions Letter |
| 2-51 | 7/10/2010 Email from S. Pursley to A. Mellor re: Instruction for Request |
| 2-54 | 1/18/2010 Letter from A. Mellor to S. Pursley re: Pelhambridge Limited (the "Company") |
| 2-55 | 10/2/2007 Pelhambridge Limited Meeting Minutes |
| 2-58 | 11/13/2008 Fax from A. Mellor to S. Mooney re: Diversified Land Holdings, Inc. |
| 2-59 | 3/16/2009 Fax from S.E. Shipping to A. Mellor at Pelhambridge re: A. Mellor Visit to the United States |
| 2-69 | 2/29/2008 Inter Account Transfer Confirmation for $875,000 |
| 2-70 | Payment Search Summary: 3/20/2009 Payment for $900,000 |
| 2-71 | 9/9/2008 Minutes of Meeting Pelhambridge Ltd. Board of Directors, 9/9/2008 Engagement Letter, and Terms and Conditions |
| 2-77 | 10/9/2007 Minutes of Meeting Pelhambridge Ltd Board of Directors |
| 2-78 | 10/31/2007 Minutes of Meeting Pelhambridge Ltd. Board of Directors & 10/22/2007 Stock Sale Agreement |
| 3-3 | 11/18/2010 Email from A. Mellor to S. Pursley re SES Management Accounts, and attached Financial Documents |
| 4-36 | 8/11/2009 Email from S. Pursley to S. Mooney re: Your Trip |

| Gov't Ex No. | Description |
|---|---|
| 4-47 | 9/27/2001 Consultancy Contract between Southeastern Shipping Company Limited and S. Mooney |
| 4-49 | 7/10/2009 Email from S. Pursley to K. Smith, re: Miscellaneous Follow-up |
| 4-73 | 5/7/2007 Email from S. Mooney to S. Pursley re: Company Names |
| 4-78 | 2/27/2007 Waiver Agreement between S. Pursley and S. Mooney |
| 4-80 | 4/21/2009 Letter from S. Pursley to S. Mooney re: Waiver of Claims - Southeastern Shipping Company, Ltd. |
| 4-81 | 4/20/2009 Letter from S. Pursley to S. Mooney re: Clarifications Regarding Status of Corporate Activity. |
| 4-83 | 10/1/2009 Memorandum from S. Mooney to S. Pursley re: Progress Report and Advisement |
| 4-105 | 7/22/2009 Email from K. Smith to S. Pursley re: Forms |
| 4-109 | 8/13/2009 Email from L. Jude to S. Pursley re: Meetings |
| 4-110 | 8/17/2009 Email from K. Smith to S. Pursley re: Documents from C. Gillis |
| 4-111 | 8/22/2009 Email from S. Pursley to S. Mooney re: Confirmation |
| 4-115 | 8/24/2009 Email from K. Smith to S. Pursley re: Travel Flights |
| 4-117 | 8/26/2009 Email from K. Smith to S. Pursley re: Formalities of Ownership |
| 4-118 | 8/26/2009 Email from K. Smith to S. Pursley re: Trip |
| 4-120 | 9/6/2009 Email from S. Mooney to E. Venerabile re: Our Trip? |
| 4-124 | 8/28/2009 Email from A. Mellor to S. Pursley re: Payment Transfer |
| 4-125 | 9/1/2009 Email from K. Smith to S. Pursley re: SES |
| 4-171 | 8/5/2009 Email from S. Pursley to S. Mooney, re: Meeting 10:00 Thursday |
| 4-172 | 8/21/2009 Email from S. Pursley to E. Venerabile, re: Confirmation |
| 4-180 | 7/22/2009 Email from K. Smith to S. Pursley |
| 4-181 | Share Agreement Certificate for Pelhambridge Limited |
| 4-193 | S. Mooney Tax/OVD Penalty Payment Checks |
| 4-194 | 05/26/2007 Pursley Law Firm Letter to S. Mooney |
| 5-3 | Ratification of Corporate Governance and Administrative Actions Undertaken by Officers and Directors of Southeastern Shipping Co. Ltd. |
| 5-4 | 6/21/2009 Email from S. Mooney to E. Venerabile re: Documents |
| 5-5 | 6/22/2009 Email from S. Mooney to Kome HSE and S. Pursley re: Address in Rio |
| 5-14 | 6/15/2009 Email from E. Venerabile to S. Pursley re: Miscellaneous |
| 5-15 | Ratification and Indemnification of Corporate Actions of Southeastern Shipping Co. Ltd. for the Formation and Ownership of Pelhambridge Ltd. |
| 5-24 | 1/20/2010 Email from A. Mellor to S. Pursley re: Invoices |
| 5-26 | Waiver Agreement between S. Pursley and E. Venerabile |
| 5-27 | Stock Purchase Agreement between E. Venerabile and Australian Partners Holding Corp. Pty Ltd. |
| 5-38 | Share Certificate for Australian Partners Holding Corp. |
| 5-39 | 9/27/2009 Purchase Resolution from Australian Partners, C. Gillis |
| 5-43 | 8/10/2009 Email from S. Pursley to E. Venerabile, re: Another Document |

| Gov't Ex No. | Description |
|---|---|
| 5-44 | 11/13/2009 Email from S. Pursley to E. Venerabile, re: Agreement Attached for Your Review and Response |
| 5-47 | 9/26/2009 Pelhambridge Consulting Agreement, Signed by TC.James, T.Duncan |
| 5-48 | 9/26/2009 Pelhambridge Consulting Agreement, Signed by E. Venerabile |
| 6-2 | Documents Provided by S. Pursley & S. Mooney |
| 6-3 | York & Hines Billing Sheet for S. Mooney |
| 7-1 | 7/2/2009 Registration of Australian Partners holding Corporation Pty. Ltd. |
| 7-2 | 8/24/2009 Australian Partners Holding Corp. Pty Ltd. |
| 8-1 | 4/17/2009 Email from T.Foster to S. Pursley re: S. Mooney |
| 8-2 | 4/24/2009 Email from T.Foster to S. Pursley re: Stock Purchase Agreement |
| 8-3 | 5/9/2009 Memorandum re SES Ownership |
| 8-4 | 5/7/2009 Email from T. Foster to S. Pursley re: Tax and Ownership Issues |
| 8-6 | 5/11/2009 Email from S. Pursley to T. Foster re: my current to do items |
| 8-8 | 5/15/2009 Email from T. Foster to S. Pursley re: FBAR reporting and liquidation issues |
| 8-9 | 5/8/2009 Email from T. Foster to S. Pursley re: Draft Attached |
| 8-10 | 6/30/2009 Email from T. Foster to S. Pursley re: Trust |
| 8-13 | 4/24/2009 Draft Memorandum Re Summary of Tax Planning for SES Acquisition |
| 8-14 | 5/19/2009 Email from T. Foster to S. Pursley re: Obama's recent Foreign Tax Proposals and Alternative Risk Planning |
| 8-16 | 5/7/2009 Memorandum from T. Foster to S. Pursley re SES Ownership |
| 9-11 | 4/29/2009 Email at 11:59 AM from C. Gillis to S. Pursley re: Initial Draft of Stock Purchase Agreement and with 4/29/2009 Draft Attached |
| 9-13 | 5/7/2009 Email from S. Pursley to C. Gillis, Attch. re: SES Acq..; 4/30/2009 Stock Purchase Agreement re: Acquisition Partners Ltd with Draft Signed by E. Venerabile Attached |
| 9-15 | 5/19/2009 Email from C. Gillis to S. Pursley re: Scope of Work |
| 9-36 | 7/9/2009 Email from C. Gillis to "5Gloves" re: Yellow with Pink Polka Dots. Pty Limited |
| 9-38 | 7/10/2009 Email from C. Gillis to S. Pursley, S. Mooney re: Subscription Agreement, Attch.. Sample Sub. |
| 9-55 | 8/6/2009 Email from C. Gillis to S. Pursley, S. Mooney: re: Australian partners Holding Corp . - Capitalisation Issues |
| 9-58 | 8/7/2009 Email from C. Gillis to S. Pursley, S. Mooney re: Advisement Ltr. Re: Advisement Letter 7/30/2009 |
| 9-61 | 8/9/2009 Letter from S. Pursley to C. Gillis |
| 9-69 | 8/17/2009 Email from C. Gillis to K.Smith and others re: Australian Partners Holding Corp., Attach. 8/17/2009 Letter from C. Gillis to Directors of Southeastern Shipping Company Ltd. |
| 9-71 | 8/24/2009 Email from C. Gillis to S. Pursley, Attach. 8/4/2009 Letter from C. Gillis to M.Coughtrey re: Australian Partners Holding Corp. |

| Gov't Ex No. | Description |
|---|---|
| 9-97 | Minutes & Meeting Forms of Diversified Land Holdings, Inc. |
| 9-105 | 5/7/2009 Email from C. Gillis to S. Pursley re: Update Summary |
| 9-117 | 3/8/2010 Email from C. Gillis to A. Miller, M. Coughtrey and E. Venerabile re: Request for Dividend Distribution/Southeastern Shipping Company Limited |
| 9-118 | 7/25/2010 Email from C. Gillis to A. Miller, M. Coughtrey and E. Venerabile re: Request for Dividend Distribution - Southeastern Shipping Company Limited |
| 9-132 | 7/28/2010 Email from C. Gillis to S. Mooney and S. Pursley re: Transfer of Funds |
| 9-133 | 7/21/2009 Email from C. Gillis to S. Pursley and S. Mooney re: Trust Account |
| 9-147 | 11/4/2009 Opinion Letter from C. Gillis to S. Pursley re: Federal Income Tax Consequences of Receipt of Payment in Exchange for Issuance of Common Stock |
| 9-148 | 6/25/2010 email from S. Pursley to C. Gillis re: formation of Arosa Partner, LLC |
| 9-149 | 4/29/2009 Email from C. Gillis to S. Pursley re: Stock Purchase Agreement With Draft Agreement Attached. |
| 9-150 | 7/10/2009 Email from C. Gillis to G. Glover re: Brazilian Will Invest in US entities |
| 9-151 | 7/22/2009 Email from C. Gillis to G. Glover re: APHC's percentage Ownership of US Corporations |
| 12-9 | 11/5/2007 Promissory Note: S. Pursley to Gulf States Mgmt. Corp |
| 12-10 | 11/2/2009 Email from A. Mellor to S. Pursley re Consulting Scvs Agrmt |
| 12-34 | 11/19/2009 to Present: FSIC Record of Promissory Notes Paid Back, Notes Outstanding, and Other Expenditures |
| 12-40 | 7/8/2009 letter from S. Pursley to K. Smith re: Follow-up items requested |
| 12-45 | 8/5/2009 Email from K. Smith to S. Pursley re: Southeastern Shipping |
| 13-1 | 9/2001 Account Opening Documents for SES Account x7806 |
| 13-2 | 9/2008 Account Opening Documents for Pelhambridge |
| 14-1 | 6/6/2010 AFI Investments, LLC New Member Acknowledgement for Pursley Interests LLC |
| 15-3 | Agreement for Participating Interest, American Real Estate and Pursley Interests, LLC |
| 15-4 | 12/31/2010 American Real Estate Properties Financial Statement |
| 15-20 | 12/31/2010 Gulf States Management Corporation, Trial Balance |
| 15-36 | Arosa Partners, LLC Financial Documents (2010) |
| 15-37 | 8/7/2010 Email from S. Pursley to G. Bratcher re: Agreement AFI Venture, attaching Email from S. Pursley to G. Bratcher re: Agreement AFI Venture (containing draft agreement for participating interest in AFI) |
| 15-47 | Pursley Interests LLC Trial Balance (2010) |
| 15-49 | Arosa Partners LLC Trial Balance (2010) |

| Gov't Ex No. | Description |
|---|---|
| 15-53 | 2/4/2010 Emails between S. Pursley to G. Bratcher re: FSIC investment income |
| 15-54 | Email from S. Pursley to J. Ortega (Bratcher) re: Personal Tax Return Estimate, addresses rental income for Arosa property |
| 15-55 | Summary of Withdrawals from Corporations |
| 17-1 | 2010 Form 1120 Corporation Income Tax Return - American Real Estate Properties Inc. |
| 17-5 | 2010 Account Transcript - American Real Estate Properties |
| 17-10 | 2009 Form 1120 Corporation Income Tax Return - Diversified Land Holdings Inc. |
| 17-15 | 2008 Account Transcript - Diversified Land Holdings Inc. |
| 17-16 | 2009 Account Transcript - Diversified Land Holdings Inc. |
| 17-21 | 2009 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. |
| 17-22 | 2010 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. |
| 17-31 | 2009 Account Transcript - Four Sevens Investment Corp. |
| 17-32 | 2010 Account Transcript - Four Sevens Investment Corp. |
| 17-40 | 2010 Form 1120 Corporation Income Tax Return - Global American Properties Inc. |
| 17-50 | 2009 Form 1120 Corporation Income Tax Return - Gulf States Management Corp. |
| 17-51 | 2010 Form 1120 Corporation Income Tax Return - Gulf States Management Corp. |
| 17-58 | 2010 Account Transcript - Gulf States Management Corp. |
| 17-64 | 2009 Form 1040 Individual Tax Return - Processed - S. Mooney |
| 17-65 | 2010 Form 1040 Individual Tax Return - Processed - S. Mooney |
| 17-71 | 2009 Form 1040X Amended Individual Tax Return - S. Mooney |
| 17-72 | 2010 Form 1040X Amended Individual Tax Return - S. Mooney |
| 17-76 | 2009 Account Transcript - S. Mooney |
| 17-77 | 2010 Account Transcript - S. Mooney |
| 17-84 | 2009 Form 1040 - Individual Income Tax Return - S. Pursley |
| 17-85 | 2010 Form 1040 - Individual Income Tax Return - S. Pursley |
| 17-100 | 2009 Account Transcript - S. Pursley |
| 17-101 | 2010 Account Transcript - S. Pursley |
| 19-1 | 10/1/2010 Email from S. Pursley to R. Armour re: Follow-up Contact Info |
| 23-1 | Arosa JV, LLC Entity Details and Limited Liability Company Charter |
| 26-1 | Acquisition Partners GP, LLC: State Corporate Records |
| 26-2 | Acquisition Partners, L.P.: State Corporate Records |
| 26-3 | American Real Estate Properties, Inc.: State Corporate Records |
| 26-4 | AREP Ritz Partners, LLC: State Corporate Records |
| 26-5 | Arosa Partners, LLC: State Corporate Records |
| 26-6 | Diversified Land Holdings, Inc.: State Corporate Records |

| Gov't Ex No. | Description |
|---|---|
| 26-7 | EAP Investments: State Corporate Records |
| 26-8 | Four Sevens Investment Corporation: State Corporate Records |
| 26-9 | Global American Properties, Inc.: State Corporate Records |
| 26-11 | Gulf States Management Corporation: State Corporate Records |
| 26-14 | International Recruitment Corporation: State Corporate Records |
| 26-15 | International Recruitment GP, L.L.C.: State Corporate Records |
| 26-16 | JSP Interests, L.L.C.: State Corporate Records |
| 26-19 | NJP Investments, LLC: State Corporate Records |
| 26-20 | Pursley Interests, LLC: State Corporate Records |
| 26-21 | Recruitment Partners, L.P.: State Corporate Records |
| 26-22 | The Pursley Law Firm: State Corporate Records |
| 33-1 | Corporate Documents of Pelhambridge Ltd. |
| 34-1 | 8/27/2009 Resolution of Board of Directors of APHC to Purchase SES from E. Venerabile for Approx. 15M to be Funded by Share Allotment to Venerabile |
| 34-4 | 7/27/2009 Change to company details - APHC Changes Ownership from Acquisition Partners to Venerabile |
| 35-1 | 8/1/2010 Promissory Note from Arosa Partners LLC to Four Sevens Investment Corp from Arosa Partners, LLC |
| 37-1 | 5/9/2007 Invoices for Corporation Formation of Diversified Land Holdings, Inc. by S. Pursley |
| 200-5 | Wells Fargo (x2328) - Recruitment Partners, LP - Account Statements - 2009 |
| 200-6 | Wells Fargo (x2328) - Recruitment Partners, LP - Account Statements - 2010 |
| 201-2 | Wells Fargo (x9822) - Charles Michael Gillis PLLC IOLTA - 9/13/2010 Check to Global American Properties for $3,898,500 |
| 201-3 | Wells Fargo (x9822) - Charles Michael Gillis PLLC IOLTA - Account Statements - 2008 |
| 201-4 | Wells Fargo (x9822) - Charles Michael Gillis PLLC IOLTA - Account Statements - 2009 |
| 201-5 | Wells Fargo (x9822) - Charles Michael Gillis PLLC IOLTA - Account Statements - 2010 |
| 201-8 | Wells Fargo (x9822) - Charles Michael Gillis PLLC IOLTA - 7/28/2010 Withdrawal Slip for $3,898,875 |
| 201-9 | Wells Fargo (x9822) - Charles Michael Gillis PLLC IOLTA - 3/16/2010 Withdrawal Slip for $3,900,000 |
| 202-3 | Wells Fargo (x74265) - Global American Properties Inc. - Account Statements - 2010 |
| 203-4 | Wells Fargo (x4315) - American Real Estate Properties Inc. - Account Statements - 2010 |
| 206-3 | Wells Fargo (x38312) - Diversified Land Holdings Inc. - Account Statements - 2009 |

| Gov't Ex No. | Description |
|---|---|
| 206-4 | Wells Fargo (x38312) - Diversified Land Holdings Inc. - Account Statements - 2010 |
| 208-2 | Wells Fargo (x40297) - Global American Properties Inc. - Account Statements - 2010 |
| 221-1 | Smart Financial Credit Union (x0290/0300) - Arosa Partners LLC - Account & Deposit Statements - 2010 |
| 222-1 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - Account & Deposit Statements - 2009 |
| 222-2 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - Account & Deposit Statements - 2010 |
| 224-2 | Smart Financial Credit Union (0370/0380) - Pursley Interests, LLC - Account & Deposit Statements - 2010 |
| 229-3 | Sanford Bernstein & Co (x 3314) - Four Sevens Investment Corp. - Account Statements (8/31/2009) |
| 230-2 | Sanford Bernstein & Co (x3359) - Four Sevens Investment Corp. - Account Statements (8/31/2009) |
| 231-1 | Sanford Bernstein & Co (x9166, x3314, x3359) - Four Sevens Investment Corp. - Account Statements - 2009 |
| 231-2 | Sanford Bernstein & Co (x9166, x3314, x3359) - Four Sevens Investment Corp. - Account Statements - 2010 |
| 232-3 | Sanford Bernstein & Co (x8818) - Gulf States Management Corp. - Account Statements - 2010 |
| 233-2 | Sanford Bernstein & Co (x3281) - Gulf States Management Corp. - Account Statements - 2009 |
| 233-3 | Sanford Bernstein & Co (x3281) - Gulf States Management Corp. - Account Statements - 2010 |
| 234-3 | Sanford Bernstein & Co (x8965) - Gulf States Management Corp. - Account Statements - 2010 |
| 237-4 | Washington Mutual Bank (x1563-0) - Gulf States Management Corp. - Account & Deposit Statements - 2009 |
| 238-4 | Washington Mutual Bank/JP Morgan Chase Bank (x1940-1) - Gulf States Management Corp. - Account & Deposit Statements - 2009 |
| 238-5 | Washington Mutual Bank/JP Morgan Chase Bank (x1940-1) - Gulf States Management Corp. - Account & Deposit Statements - 2010 |
| 241-12 | Charles Schwab (x 1072) - Gulf States Management Corp. - Account Statements - 2009 |
| 241-13 | Charles Schwab (x 1072) - Gulf States Management Corp. - Account Statements - 2010 |
| 248-4 | Charles Schwab (x 7149 ) - Four Sevens Investment Corp. - Account Statements - 2010 |
| 286-1 | Land Title Guarantee - 6/18/2010 Contract to Buy and Sell 2610 Arosa Drive Vail, CO & Closing Instructions |
| 286-2 | Land Title Guarantee - 6/30/2010 Company Agreement of Arosa Partners, LLC |

| Gov't Ex No. | Description |
|---|---|
| 286-4 | Land Title Guarantee - 8/2/2010 Wire Transfer in Receipt, $852,117.23 |
| 286-6 | Land Title Guarantee - 6/25/2010 View An Incoming Wire, $50,000 |
| 286-8 | Land Title Guarantee - 6/25/2010 Wire Transfer in Receipt, $50,000 |
| 350-1 | Demonstrative – Plan 1 |
| 350-2 | Demonstrative – Plan 2 |
| 350-3 | Demonstrative – Plan 3 |
| 350-4 | Demonstrative – Plan 4 |
| 350-9 | Demonstrative - Mooney's and Pursley's Travels (1999 - 2001) |
| 350-11 | Demonstrative – Gulf States Valuation |

**Pursley's Trial Exhibits**

| Def. Ex. No. | Description |
|---|---|
| 1 | Email from Mooney to ddial@wwwhgd.com (12-19-2012) |
| 2 | Executive Summary to IRS CI by Counsel for Shaun P. Mooney (05-19-2014) |
| 3 | OVDP (09-22-2014) |
| 4 | Email from Shaun Mooney from Andrew Mellor (08-26-2013) |
| 5 | Letter from Shaun Mooney to Nigel Tibey (11-05-2008) |
| 14 | Gillis Letter of Non-Prosecution (executed by Davis) (04-10-2018) |
| 16 | Stock Transfer Sheets |
| 17 | Work assigned/status |
| 18 | Email from Michael Coughtery to Charles Gillis August 14, 2013 (08-14-2013) |
| 19 | Pursley Individual Master File |
| 28 | Form 484 Change to Company Details – APHC (07-21-2011) |
| 29 | APHC Share Certificate No. 2 (09-01-2009) |
| 30 | APHC Financial Report YE June 30 2010 (06-30-2010) |
| 31 | Email from Gillis to Dan Cogdell (01-25-2016) |
| 32 | Corporate Meeting Summary (03-04-2009) |
| 35 | Email from Gillis to Glover (03-27-2013) |
| 38 | Email from Eduard Venerabile to Gillis June 10, 2011 (06-10-2011) |
| 39 | Email from Eduard Venerabile to Gillis August 14, 2009 (08-14-2009) |
| 40 | Email from Gillis to Gary Glover August 4, 2011 (08-04-2011) |
| 41 | Email from Gillis to Glover and Coughtrey August 30, 2010 (08-30-2010) |
| 42 | Email from Gillis to Glover (08-24-2010) |
| 44 | Email from Gillis to 5gloves@ozemail.com.au  (08-05-2009) |
| 45 | Email from Gillis to 5gloves@ozemail.com.au  (07-24-2009) |
| 46 | Email from Gillis to Coughtrey  (08-14-2013) |
| 47 | Email from Pursley to Andrew Mellor (06-21-2012) |
| 48 | Email from Gillis to Mooney and Pursley (06-30-2009) |
| 50 | Email from Mooney to Nigel Tebay (06-20-2007) |
| 52 | Email Gillis to 5gloves@ozemail.com.au (08-02-2009) |

| Def. Ex. No. | Description |
|---|---|
| 54 | Email from Gillis to Pursley and Mooney (05-10-2011) |
| 56 | Email from Gillis to Venerabile (06-04-2013) |
| 57 | Letter from Mooney to Gillis (07-10-2013) |
| 58 | Email from Gillis to Venerabile (02-22-2012) |
| 61 | Letter from Venerabile to The Directors of Dutton Limited (08-14-2001) |
| 62 | Option Contract for the sale of shares in APHC (04-10-2013) |
| 65 | Gillis Letter to Directors of Southeastern Shipping Company Limited (07-30-2009) |
| 66 | Gillis letter to Pursley re opinion re Federal Income Tax Consequences (10-29-2009) |
| 69 | RPLP Certificate of Formation (06-05-2009) |
| 70 | APHC Resolution of Directors (08-27-2009) |
| 71 | Email from Venerabile to Glover and Gillis (09-14-2012) |
| 72 | Email from Venerabile to Gillis (08-21-2012) |
| 73 | Email from Venerabile to Glover (04-19-2013) |
| 74 | Letter from Gillis to SES Directors (07-25-2010) |
| 76 | Order [ECF 70] (02-05-2019) |
| 78 | Email from Mellor to Gillis (04-10-2012) |
| 79 | Letter from Venerabile to Directors of SES (07-30-2009) |
| 84 | Email from Schuman to Pursley (08-07-2007) |
| 88 | Email from Venerabile to Gillis and Mellor (02-01-2012) |
| 89 | Email from Venerabile to Mellor and Gillis (04-10-2012) |
| 90 | Email from Pursley to Bratcher (10-24-2011) |
| 93 | Email from Bratcher to Pursley (09-30-2010) |
| 94 | Email from Venerabile to Gillis and Coughtrey (08-13-2012) |
| 95 | Email from Venerabile to Gillis and Mellor (11-08-2012) |
| 99 | APHC Cover Letter to UHY re Financial Report YE June 30 2011 (06-29-2012) |
| 102 | Email from Bratcher to Pursley (09-30-2010) |
| 103 | Email from Eduard Venerabile to Glover (04-19-2013) |
| 104 | Email from Bratcher to Pursley and Salinas (02-23-2012) |
| 109 | Email from Richman to Pursley (11-11-2011) |
| 116 | APHC Circular Resolutions of Directors (08-15-2012) |
| 117 | Promissory Note Between Pursley Interest and 4-7s |
| 132 | Email from Venerabile to Gillis and Glover (07-19-2012) |
| 133 | Pursley Memorandum to Mooney re Progress Report and Advisement (10-01-2009) |
| 134 | Letter from Gillis to IOMA attaching minutes (07-25-2010) |
| 161 | Melnik letter to IOMFL (04-07-1999) |
| 168 | Email from Mooney to Pursley (01-28-2010) |
| 169 | Email from Mooney to Gillis (01-28-2010) |
| 173 | Glover Memorandum to Gillis (05-10-2011) |
| 181 | Email from Markley to Gillis (06-02-2009) |

| Def. Ex. No. | Description |
|---|---|
| 182 | Email from Markley to Gillis (05-21-2009) |
| 183 | Email from Markley to Gillis (05-11-2009) |
| 184 | Email from Markley to Gillis (10-08-2009) |
| 185 | Email from Markley to Gillis (09-28-2009) |
| 186 | Email from Markley to Gillis (09-24-2009) |
| 187 | Email from Markley to Gillis (08-20-2009) |
| 188 | Email from Markley to Gillis (09-07-2010) |
| 190 | Email from Mooney to Gillis (01-25-2010) |
| 191 | Email from Mooney to Gillis (01-28-2010) |
| 193 | Email from Mooney to Gillis (03-04-2010) |
| 197 | Email from Mooney to Gillis (06-28-2010) |
| 198 | Email from Mooney to Gillis (06-28-2010) |
| 199 | Email from Mooney to Gillis (08-21-2010) |
| 200 | Email from Mooney to Gillis (07-16-2010) |
| 201 | Email from Mooney to Gillis (07-19-2010) |
| 202 | Email from Mooney to Gillis (07-28-2010) |
| 203 | Email from Mooney to Gillis (03-16-2011) |
| 204 | Email from Mooney to Gillis (07-14-2009) |
| 216 | Gillis Memorandum (07-10-2009) |
| 217 | Handwritten Notes |
| 223 | As Amended Form 5471 |
| 241 | Handwritten notes |
| 242 | Gillis email to Pursley and Mooney (11-04-2009) |
| 245 | APHC De-Registration (04-21-2014) |
| 251 | American Real Estate Properties and Pursley Interests Agreement for Participating Interest |
| 252 | Pursley email to Bratcher (08-17-2010) |
| 253 | APHC Meeting Minutes (09-03-2009) |
| 254 | Foster Memorandum to Pursley (05-10-2009) |
| 255 | Venerable letter to Coughtrey (07-30-2009) |
| 256 | Mellor email to Pursley (02-02-2012) |
| 257 | Pursley email to Mellor (10-31-2012) |
| 258 | Venerabile email to Mellor (08-06-2012) |
| 259 | Foster email to Pursley (04-17-2009) |
| 260 | Pursley email to Bratcher (02-03-2010) |
| 261 | Foster fax to Pursley (04-29-2009) |
| 262 | Foster Invoices (04-24-2009) |
| 263 | Foster Memorandum to Pursley (04-24-2009) |
| 264 | Foster Memorandum to Pursley (05-07-2009) |
| 265 | Gillis email to Pursley (05-07-2009) |
| 266 | Account Opening Documents for SES Account |
| 267 | 2007 Form 1040X Amended Individual Tax Return - S. Mooney |
| 269 | SES Share Certificates (09-20-2001) |

| Def. Ex. No. | Description |
|---|---|
| 270 | Pursley email to Mooney (04-25-2009) |
| 271 | SES Corporate Records |
| 283 | Shaun Mooney TECS Report 10pp. |
| 284 | Steve Pursley TECS Report 9pp. |
| 285 | Venerable email to Pursley (08-23-2014) |

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
Sean Beaty
Grace E. Albinson
Jack A. Morgan
Trial Attorneys, Tax Division
U.S. Department of Justice
150 M Street, NE
Washington D.C. 20002
(202) 616-2717
Sean.P.Beaty@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a copy of this document on all counsel of record.

_____
Sean Beaty
Trial Attorney, Tax Division