| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 28, 2019
David J. Bradley, Clerk

United States of America, §
§
Plaintiff, §
§
versus § Criminal Action H-18-575
§
Jack Stephen Pursley, §
§
Defendant. §

## Management Order

1. The trial exhibits that the parties have jointly moved to admit are admitted. (179)

2. The United States of America must give Jack Stephen Pursley the grand jury testimony of Agent Caivano.

3. The parties will update their exhibit and witness lists following the decisions of the conference.

4. Defense exhibits 286-289 are excluded. (167)

5. The KPMG memorandum is admitted. (109)

6. The five remaining disputed exhibits and excerpts of Kerry Smith's deposition are admitted. (103)(149)

7. The government's exhibits about Southeastern Shipping in Panama are admitted. (152)

8. Pursley's exhibit of Jack Townsend's listserv is excluded.

9. By agreement of the parties, evidence of the post-2010 transfers may be presented as a diagram indicating what the pertinent documents say. This diagram will be a substitute for elaborations and documents about the transfers. This evidence may not be used to illustrate Pursley's wealth or lifestyle. (153)(157)

10. All motions not discussed in the conference are denied as moot.

Signed on August 27, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge