UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                            Case Number: 4:18–cr–00575

Jack Stephen Pursley

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lynn N Hughes

**PLACE:**
Courtroom 11C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  8/29/2019

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Miscellaneous Hearing
Order – #186
Jury Instructions – #187
Jury Instructions – #188

Date:    August 28, 2019

David J. Bradley, Clerk