UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 4:18-CR-575 (HUGHES) |
| | § | |
| JACK STEPHEN PURSLEY, | § | |
| AKA STEVE PURSLEY | § | |

### United States' Motion to Admit Trial Exhibits

In light of the parties' respective positions outlined at the August 22, 2019 pretrial conference, and the Court's August 28, 2019 Order (Dkt. 185), the United States moves the Court to pre-admit the following exhibits into evidence:

### Summary Charts and the Exhibits They Summarize

Based upon the Court's Order (Dkt. 185), the United States moves the admission of the charts that summarize the transfers of funds and the tax returns at issue. These summary charts cite the specific exhibits from which the data is drawn. Importantly, many, but not all, of the underlying exhibits cited in the summary charts were already admitted pursuant to the parties' stipulation to admissibility.[1] Insomuch as the jurors may want to audit the government's summaries to ensure their accuracy or to review the source document for a charged overt act, the government submits that they should have access to all the underlying exhibits. Failing to do so would invite the jury to drawn impermissible conclusions about why they have access to some of the underlying exhibits, but not others.

---

[1] *See, e.g.*, Gov't Exs. 4-124, 200-5, 200-6, 201-2, 201-4, 201-5, 202-3, 203-4, 206-3, 224-2, 231-1, 231-2, and 248-4.

The United States has trimmed the list below to include only those documents, not yet admitted, that relate to the relevant tax returns for tax years 2007 to 2013, or specific transfers that were charged in the indictment as either affirmative acts of evasion or as overt acts of the conspiracy.

| Gov't Ex. No. | Description |
|---|---|
| **Wire Transfer Summaries and Exhibits** | |
| 36-1 | Summary Ex. - Step 1: Transfers of Funds from Isle of Man to United States |
| 36-2 | Summary Ex. - Step 2: Gulf States Management Corp. |
| 36-3 | Summary Ex. - Step 3: Step 3: Four Sevens Investment Corp. |
| 36-4 | Summary Ex. - Step 4: Pursley Interest, LLC |
| 36-6 | Summary Ex. - Transfers Through Gillis IOLTA Account |
| 36-8 | Summary Ex. - 2007 Flow of Funds |
| 36-15 | Summary Ex. - Bank Account Signatories |
| 36-16 | Summary Ex. - Traced Transfers: 2007-2014 |
| 350-12 | Demonstrative – Total Money Moved to the U.S. and Pursley Entities |
| 1-72 | 10/25/2011 Letter of Authorization Form for Charles Schwab & Co. Inc. (x1072) - Gulf States Management Corp. |
| 1-73 | 10/25/2011 Letter Authorization Form for Wire Transfers for Charles Schwab & Co. Inc. (x7149) - Four Sevens Investment Corp. |
| 1-80 | Account Application for Southwest Securities Inc. (X0040) - S. Pursley |
| 1-84 | Charles Schwab (x1072) - Gulf States Management Corporation - Statement 2011 (Oct.) |
| 1-85 | Charles Schwab & Co. (x7149) - Four Sevens Investment Corporation - Statement 2011 (Oct.) |
| 1-88 | Charles Schwab & Co. Inc. (x1072) Gulf States Management Corporation - Statement 2012 (Dec.) |
| 1-89 | Charles Schwab (x1072) - Gulf States Management Corp. - Statement 2012 (Dec.) |
| 1-94 | E-Trade Securities LLC (x4096) - S. Pursley - Statement 2011 (Oct.) |
| 1-95 | E-Trade Securities LLC (x4096) - S. Pursley - Statement 2011 (Oct.) |
| 1-99 | Prosperity Bank (x1147) - S. Pursley - Statement 2013 (Feb.) |
| 1-126 | Southwest Securities Inc. (x7448) - Four Sevens Investment Corp. - Statement 2012 (Dec.) |
| 1-127 | Southwest Securities Inc. (x0040) - S. Pursley - Statement 2012 (Dec.) |
| 4-187 | BSI SES Account - Form A |
| 4-187A | BSI SES Account - Form A (TRANSLATION) |
| 200-7 | Wells Fargo (x2328) - Recruitment Partners, LP - Account Statements - 2011 |

| Gov't Ex. No. | Description |
|---|---|
| 200-9 | Wells Fargo (x2328) - Recruitment Partners, LP - Account Statements - 2013 |
| 200-12 | Wells Fargo (x2328) - Recruitment Partners, LP - Addendum to Certificate of Authority |
| 200-13 | Wells Fargo (x2328) - Recruitment Partners, LP - 8/29/2011 Check to Four Sevens Investment Corp. for $230,000 |
| 200-14 | Wells Fargo (x2328) - Recruitment Partners, LP - 4/15/2013 Withdrawal Slip for $416,000 |
| 200-15 | Wells Fargo (x2328) - Recruitment Partners, LP - 1/17/2011 Check for $970,000 to Four Sevens Investment Corp. |
| 201-7 | Wells Fargo (x9822) - Charles Michael Gillis PLLC IOLTA - Account Application |
| 202-5 | Wells Fargo (x74265) - Global American Properties Inc. - Business Account Application |
| 203-3 | Wells Fargo (x4315) - American Real Estate Properties Inc. - Business Account Application & Signature Card |
| 206-1 | Wells Fargo (x38312) - Diversified Land Holdings Inc. - Account Statements - 2007 |
| 206-2 | Wells Fargo (x38312) - Diversified Land Holdings Inc. - Account Statements - 2008 |
| 206-10 | Wells Fargo (x38312) - Diversified Land Holdings Inc. - Business Account Application |
| 218-1 | Prosperity Bank (x10300) - Texas Equal Access to Justice Foundation - Checks & Deposit Tickets |
| 218-3 | Prosperity Bank (x10300) - Texas Equal Access to Justice Foundation - Account Statements - 2008 |
| 218-4 | Prosperity Bank (x10300) - Texas Equal Access to Justice Foundation - Signature Card |
| 218-5 | 12/23/2008 Check for $60,000 from Charles Schwab |
| 220-1 | Prosperity Bank/First Bank (x01147) - Jack Pursley - Account Statements - 2012 |
| 220-2 | Prosperity Bank/First Bank (x01147) - Jack Pursley - Account Statements - 2013 |
| 220-3 | Prosperity Bank/First Bank (x01147) - Jack Pursley - Signature Card |
| 221-2 | Smart Financial Credit Union (x0290/0300) - Arosa Partners LLC - Account & Deposit Statements - 2011 |
| 222-3 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - Account & Deposit Statements - 2011 |
| 222-4 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - Account & Deposit Statements - 2012 |
| 222-5 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - Account & Deposit Statements - 2013 |
| 222-6 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - Account & Deposit Statements - 2014 |

| Gov't Ex. No. | Description |
|---|---|
| 222-8 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - Account Application, Signature Card, and Certificate of Formation |
| 222-10 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - 1/18/2011 Check to Four Sevens Investment Corp. for $100,000 |
| 222-11 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - 12/30/2013 Check to the Pursley Foundation for $200,000 |
| 222-12 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - 2/15/2014 Check to Arosa JV LLC for $20,000 |
| 222-13 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - 12/5/2011 Deposit Slip & Check from Four Sevens Investment Corp for $200,000 |
| 222-14 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - 4/20/2013 Deposit Slip & Check from Four Sevens Investment Corp. for $416,000 |
| 222-15 | Smart Financial Credit Union (x5710/5740) - Four Sevens Investment Corp. - 2/27/2012 Check to S. Pursley for $60,000 |
| 224-1 | Smart Financial Credit Union (0370/0380) - Pursley Interests, LLC - Account Application, Signature Card, and Certificate of Filing |
| 224-3 | Smart Financial Credit Union (0370/0380) - Pursley Interests, LLC - Account & Deposit Statements - 2011 |
| 225-2 | Southwest Securities (x7448) - Four Sevens Investment Corporation - Account Closure & Transfer Letter (12/17/2012) |
| 225-3 | Southwest Securities (x7448) - Four Sevens Investment Corporation - Account Opening Documents |
| 225-4 | Southwest Securities (x7448) - Four Sevens Investment Corporation - Account Statements - 2011 |
| 225-5 | Southwest Securities (x7448) - Four Sevens Investment Corporation - Account Statements - 2012 |
| 226-2 | Southwest Securities (x0040) - Jack S. Pursley - Account Opening Application & Signature Card |
| 226--3 | Southwest Securities (x0040) - Jack S. Pursley - Account Statements (Dec. 3, 2012 to Dec. 31, 2012) |
| 229-1 | Sanford Bernstein & Co (x 3314) - Four Sevens Investment Corp. - Account Application & Signature Card |
| 235-2 | E-Trade (x4096) - Jack S. Pursley - Account Opening Doc |
| 235-3 | E-Trade (x4096) - Jack S. Pursley - Account Statements - 2011 |
| 237-1 | Washington Mutual Bank (x1563-0) - Gulf States Management Corp. - Account Agreement |
| 237-2 | Washington Mutual Bank (x1563-0) - Gulf States Management Corp. - Account & Deposit Statements - 2007 |
| 237-3 | Washington Mutual Bank (x1563-0) - Gulf States Management Corp. - Account & Deposit Statements - 2008 |
| 238-1 | Washington Mutual Bank/JP Morgan Chase Bank (x1940-1) - Gulf States Management Corp. - Account Agreement |

| Gov't Ex. No. | Description |
|---|---|
| 238-2 | Washington Mutual Bank/JP Morgan Chase Bank (x1940-1) - Gulf States Management Corp. - Account & Deposit Statements - 2007 |
| 238-3 | Washington Mutual Bank/JP Morgan Chase Bank (x1940-1) - Gulf States Management Corp. - Account & Deposit Statements - 2008 |
| 238-10 | Washington Mutual Bank/JP Morgan Chase Bank (x1940-1) - Gulf States Management Corp. - Transfer Order Details |
| 238-11 | Washington Mutual Bank/JP Morgan Chase Bank (x1940-1) - Gulf States Management Corp. - 11/5/2007 Transfer for $340,000 |
| 241-1 | Charles Schwab (x 1072) - Gulf States Management Corp. - Account Application |
| 241-10 | Charles Schwab (x 1072) - Gulf States Management Corp. - Account Statements - 2007 |
| 241-11 | Charles Schwab (x 1072) - Gulf States Management Corp. - Account Statements - 2008 |
| 241-14 | Charles Schwab (x 1072) - Gulf States Management Corp. - Account Statements - 2011 |
| 241-15 | Charles Schwab (x 1072) - Gulf States Management Corp. - Account Statements - 2012 |
| 241-17 | Charles Schwab (x 1072) - Gulf States Management Corp. - 12/14/2012 Check Order Form |
| 241-18 | Charles Schwab (x 1072) - Gulf States Management Corp. - 10/25/2011 Transfer Order Form for $812,076 |
| 248-1 | Charles Schwab (x 7149 ) - Four Sevens Investment Corp. - Account Application |
| 248-2 | Charles Schwab (x 7149 ) - Four Sevens Investment Corp. - 2/26/2011 Letter of Authorization for Wire Transfer to RBC Capital Markets for $500,000 |
| 248-5 | Charles Schwab (x 7149 ) - Four Sevens Investment Corp. - Account Statements - 2011 |
| 248-8 | Charles Schwab (x 7149 ) - Four Sevens Investment Corp. - 8/30/2011 Letter of Authorization for Wire Transfer to Wells Fargo Bank for $416,000 |
| 248-9 | Charles Schwab (x 7149 ) - Four Sevens Investment Corp. - 10/25/2011 Letter of Authorization for Wire Transfer to E-Trade for $1,395,785.61 |
| 253-1 | Fidelity (x3549) - The Pursley Foundation - Account Application |
| 253-4 | Fidelity (x3549) - The Pursley Foundation - Account Statements - 2014 |
| 253-9 | Fidelity (x3549) - The Pursley Foundation - Checks - Received & Issued |
| 254-1 | Scottrade (x8343) - Arosa JV, LLC - Brokerage Account Application |
| 254-3 | Scottrade (x8343) - Arosa JV, LLC - Account Statements - 2014 |
| 271-3 | RBC (x0755) - Four Sevens Investment Corp. - Client Agreement and Approval Form |
| 271-4 | RBC (x0755) - Four Sevens Investment Corp. - Advisor Client Agreement |
| 271-5 | RBC (x0755) - Four Sevens Investment Corp. - Account Statements - 2011 |
| 286-7 | Land Title Guarantee - 8/2/2011 View An Incoming Wire, $852,117.23 |

| Gov't Ex. No. | Description |
|---|---|
| **Tax Return Summaries and Exhibits** | |
| 36-9 | Summary Ex. - S. Mooney: Unreported Income |
| 36-10 | Summary Ex. - S. Mooney: Total Unreported Income |
| 36-11 | Summary Ex. - S. Mooney: Total Tax Due and Owing |
| 36-12 | Summary Ex. - J. Pursley: Unreported Income |
| 36-13 | Summary Ex. - J. Pursley: Total Unreported Income |
| 36-14 | Summary Ex. - J. Pursley: Total Tax Due and Owing |
| 350-5 | Summary of Four Sevens' Tax Returns (2009 - 2013) |
| 350-6 | Summary of Gulf States' Tax Returns (2007 - 2013) |
| 350-7 | Summary of Pursley's Tax Returns (2007 - 2013) |
| 350-10 | Demonstrative - Mooney's Payments to IRS |
| 10-2 | 2007 Gulf States Management Corp. Work papers |
| 17-23 | 2011 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. |
| 17-24 | 2012 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. |
| 17-25 | 2013 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. |
| 17-28 | 2016 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. |
| 17-48 | 2007 Form 1120 Corporation Income Tax Return - Gulf States Management Corp. |
| 17-49 | 2008 Form 1120 Corporation Income Tax Return - Gulf States Management Corp. |
| 17-53 | 2012 Form 1120 Corporation Income Tax Return - Gulf States Management Corp. |
| 17-54 | 2013 Form 1120 Corporation Income Tax Return - Gulf States Management Corp. |
| 17-62 | 2007 Form 1040 Individual Tax Return - S. Mooney |
| 17-63 | 2008 Form 1040 Individual Tax Return - Processed - S. Mooney |
| 17-82 | 2007 Form 1040 - Individual Income Tax Return - S. Pursley |
| 17-83 | 2008 Form 1040 - Individual Income Tax Return - S. Pursley |
| 17-86 | 2011 Form 1040 - Individual Income Tax Return - S. Pursley |
| 17-91 | 2013 Form 1040 - Individual Income Tax Return - S. Pursley |

**Parties' Exhibits Relating to Eduard Venerabile's Involvement in the Scheme**

As the United States has explained previously, Pursley's defense hangs on one simple question: did Pursley know that Southeastern Shipping was Shaun Mooney's company? That

single fact colors everything that Pursley is alleged to have done: every decision he made, every document he drafted, and every dollar he received.

Eduard Venerabile is the Brazilian citizen who was listed as the nominal owner of Southeastern Shipping. The defense intends to introduce at trial the exhibits listed below as evidence of Pursley's purported belief that Eduard Venerabile (and not Mooney) was the owner of Southeastern Shipping. As the Court will note, many of these communications with Mr. Venerabile occurred after tax year 2010 closed; however, the government agrees with the defense that these exhibits are relevant and admissible as intrinsic evidence of Pursley's knowledge and intent.

| Def. Ex. No. | Description |
|---|---|
| 255 | Venerable letter to Coughtrey |
| 387 | Email from A. Mellor to T. Duncan re: E. Venerabile Consulting Scvs Agrmt |
| 388 | 10/30/2009 Email from A. Mellor to T. Duncan, L. Jude, Cc: K. Smith re: E. Venerabile Consulting Scvs Agrmt |
| 391 | 6/17/2011 Email from S. Pursley to S. Pursley re: Enc: 4 Cantos Turismo - Passagem Aerea |
| 392 | 7/9/2012 Email from E. Venerabile to A. Mellor re: Hello Andrew!!! |
| 396 | Email from E. Venerabile to A. Mellor re: Reminder of Money Transfer to E. Venerabile |
| 400 | Email from E. Venerabile to A. Mellor re: Money Transfer to E. Venerabile |
| 401 | Email from G. Glover to C. Gillis and M. Coughtrey re: Dividend Distributions from Australian Partners to E. Venerabile |
| 402 | 11/6/2012 Email from A. Mellor to E. Venerabile re: Dividend Payment for E. Venerabile |
| 411 | 3/23/2012 Email from E. Venerabile to A. Mellor re: Money transfer to E. Venerabile |
| 412 | 5/22/2012 Email from E. Venerabile to A. Mellor, re: New Wire Transfer |
| 413 | 6/12/2012 Email from E. Venerabile to A. Mellor, re: New Wire Transfer June 19th |

Just as the defense exhibits listed above are relevant to Pursley's knowledge and intent regarding the conspiracy, the United States respectfully submits that the fifteen exhibits listed below are also relevant for the same purpose.

| Gov't Ex No. | Description |
|---|---|
| 2-42 | 6/21/2011 Email from S. Pursley to A. Mellor re: E. Venerabile Transfer of Funds |
| 2-43 | 6/22/2011 Email from E. Venerabile to A. Mellor re: Money Transfer to E. Venerabile |
| 2-62 | 7/16/2012 Email from E. Venerabile to A. Mellor re: Let me know when you are back. |
| 2-65 | 8/6/2012 22:02 Email from E. Venerabile to A. Mellor re: New Wire transfers |
| 3-4 | 10/19/2011 Email from E. Venerabile to S. Pursley re: Fwd. Invoices |
| 3-13 | 7/16/2012 Email from A. Mellor to E. Venerabile re: Let me know when you are back |
| 3-16 | 8/20/2012 Email from A. Mellor to E. Venerabile re: Southeastern Shipping Co. Ltd. / Dividend |
| 5-18 | 8/8/2011 Email from E. Venerabile to Steve@Internationalrecruitmentcorp.com re: Enc. Money Transfer to E. Venerabile |
| 5-22 | 8/21/2012 Email from G. Glover to E. Venerabile re: APHC and Southeastern Dividends |
| 5-25 | 2/2/2013 Email from E. Venerabile to S. Mooney re: Enc. Two documents attached |
| 5-28 | 8/11/2011 Note from E. Venerabile to Steve re: request to Mellor for wire transfers |
| 5-29 | 8/5/2011 Note from E. Venerabile to Steve re: Invoices for IOMA services for June and May 2011 |
| 5-32 | 1/24/2012 Email to S. Pursley and S. Mooney re: Following Up |
| 5-49 | 2/1/2012 Email from E. Venerabile to C. Gillis, A. Mellor, re: Australian Partners Holding Corp. |
| 7-4 | 2/18/2014 Application for Voluntary Deregistration of a Company: Australian Partners Holding Corp |

**Pursley's Trial Exhibits to Which the United States has No Objection**

Finally, the United States has no objection to the following defense exhibits, which Mr. Pursley recently added to his Fourth Amended Exhibit List.

| Def. Ex. No. | Description |
|---|---|
| 252 | Pursley email to Bratcher |
| 384 | Letter from C. Gillis to the Directors of Southeastern Shipping Company Ltd., Re: Request for Dividend Declaration and Distribution & 2/12/2010 Minutes of Meeting of Australian Partners Holding Corp. Board of Directors |
| 385 | Promissory Note between Arosa Partners, LLC and Four Sevens Investment Corp. |

| Def. Ex. No. | Description |
|---|---|
| 386 | Email from S. Pursley to G. Bratcher, Re. Follow-Up |
| 389 | 11/4/2009 Email from L. Jude to A. Mellor re: Pelhambridge |
| 390 | 11/9/2009 Email from L. Jude to T. Duncan; A. Mellor re: Pelhambridge, Call w. S. Pursley re Consultancy Agreement |
| 393 | 11/17/2009 Pelhambridge Limited Meeting Minutes & 9/26/2009 Approved Consulting Services Agreement |
| 394 | Fax from A. Mellor to S. Mooney re: Diversified Land Holdings, Inc. |
| 395 | Fax from S.E. Shipping to A. Mellor at Pelhambridge re: A. Mellor Visit to the United States |
| 397 | Email from A. Mellor to T. Duncan re: FW: Southeastern Shipping Company Limited/Dividend |
| 398 | Minutes of Meeting of Pelhambridge Ltd. Board of Directors |
| 399 | Minutes of Meeting Pelhambridge Ltd Board of Directors |
| 403 | Email from A. Mellor to G. Glover re: APHC Australian Income Tax Information Request |
| 404 | Email from A. Mellor to G. Glover re: APHC Australian Income Tax Information Request |
| 405 | 9/27/2001 Consultancy Contract between Southeastern Shipping Company Limited and S. Mooney |
| 406 | 7/10/2009 Email from S. Pursley to K. Smith, re: Miscellaneous Follow-up |
| 407 | 4/21/2009 Letter from S. Pursley to S. Mooney re: Waiver of Claims - Southeastern Shipping Company, Ltd. |
| 408 | 10/26/2012 Letter to S. Pursley, S. Mooney re AFI Investment |
| 409 | Share Agreement Certificate for Pelhambridge Limited |
| 410 | 10/1/2012 Amendments/Exhibits for Limited Partnership Agreement for Recruitment Partners |
| 414 | Share Certificate for Australian Partners Holding Corp. |
| 415 | Purchase Resolution from Australian Partners, C. Gillis |
| 416 | Email at 11:59 AM from C. Gillis to S. Pursley re: initial draft of stock purchase agreement and with 4/29/2009 draft attached |
| 417 | 7/9/2009 Email from C. Gillis to "5Gloves" re: Yellow with Pink Polka Dots. Pty Limited |
| 418 | 7/10/2009 Email from C. Gillis to S. Pursley, S. Mooney re: Subscription Agreement, Attch. Sample Sub. |
| 419 | 8/6/2009 Email from C. Gillis to S. Pursley, S. Mooney: re: Australian partners Holding Corp. - Capitalisation Issues |
| 420 | 8/9/2009 Letter from S. Pursley to C. Gillis |
| 421 | 8/17/2009 Email from C. Gillis to K. Smith and others re: Australian Partners Holding Corp., Attach. 8/17/2009 Letter from C. Gillis to Directors of Southeastern Shipping Company Ltd. |
| 422 | 8/24/2009 Email from C. Gillis to S. Pursley, Attach. 8/4/2009 Letter from C. Gillis to M. Coughtrey re: Australian Partners Holding Corp. |
| 423 | Minutes and Meeting Forms of Diversified Land Holdings, Inc. |

| Def. Ex. No. | Description |
|---|---|
| 424 | 12/14/2011 Email from C. Gillis to S. Pursley and S. Mooney re: Internal Revenue Code Section 367 Memorandum |
| 425 | 10/21/2011 Email from C. Gillis to S. Pursley and S. Mooney re: Memorandum on Taxation of Foreign Corporations |
| 426 | Australian Partners Holding Corporation Pty. Ltd. Financial Report for year ended 6/30/2011 |
| 427 | 3/28/2012 Letter from C. Gillis to Directors of Southeastern Shipping Company Limited c/o IOMA Group - IOMFTL re: Request for Dividend Declaration and Distribution |
| 428 | 4/29/2009 Email from C. Gillis to S. Pursley re: Stock Purchase Agreement With Draft Agreement Attached. |
| 429 | 7/10/2009 Email from C. Gillis to G. Glover re: Brazilian Will Invest in US entities |
| 430 | 6/24/2013 Subscription Agreement for $500,000 by JSP Interests LLC |
| 431 | 11/2/2009 Email from A. Mellor to S. Pursley re Consulting Scvs Agrmt |
| 432 | 9/1/2011 Promissory Note from JSP Interests, LLC to Four Sevens Corp (Unsigned) |
| 433 | 7/29/2011 Four Sevens Investment, Detail General Ledger, Period 1/1/2010 to 12/31/2010 |
| 434 | 12/31/2010 American Real Estate Properties Financial Statement |
| 435 | 12/31/2011 Four Sevens Investment Corp. Adjusted Trial Balance |
| 436 | 12/31/2011 Four Sevens Investment Corp. Balance Sheet |
| 437 | 12/31/2011 Four Sevens Investment Corp. General Ledger |
| 438 | 12/31/2011 Pursley Interests LLC, General Ledger |
| 439 | 12/31/2011 JSP Interests LLC, General Ledger |
| 440 | 12/31/2011 Gulf States Management Corp, General Ledger |
| 441 | 12/31/2012 Four Sevens Investment Corp., Balance Sheet |
| 442 | 5/26/2011 Letter from G. Bratcher to S. Pursley, re: 12/31/2010 Gulf States Management Corp., Compiled Financial Statements |
| 443 | 12/31/2010 Gulf States Management Corporation, Trial Balance |
| 444 | 12/31/2012 Gulf States Management Corp., Balance Sheet |
| 445 | Arosa Partners, LLC Financial Documents (2010) |
| 446 | 8/7/2010 Email from S. Pursley to G. Bratcher re: Agreement AFI Venture, attaching Email from S. Pursley to G. Bratcher re: Agreement AFI Venture (containing draft agreement for participating interest in AFI) |
| 447 | 3/10/2011 Email between S. Pursley and T. Salinas (Bratcher) re: promissory note for $910,000 |
| 448 | Arosa Partners, LLC Balance Sheet (2012) |
| 449 | FSIC General Ledger (2012) |
| 450 | Pursley Interests LLC Trial Balance (2010) |
| 451 | Pursley Interests LLC Balance Sheet (2012) |
| 452 | Arosa Partners LLC Trial Balance (2010) |

| Def. Ex. No. | Description |
|---|---|
| 453 | 2/4/2010 Emails between S. Pursley to G. Bratcher re: FSIC investment income |
| 454 | Email from S. Pursley to J. Ortega (Bratcher) re: Personal Tax Return Estimate, addresses rental income for Arosa property |
| 463 | Change to company details – APHC Changes ownership from Acquisition Partners to Venerabile |

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*/s/ Sean Beaty*

Sean Beaty
Grace E. Albinson
Jack A. Morgan
Trial Attorneys, Tax Division
U.S. Department of Justice
150 M Street, NE
Washington D.C. 20002
(202) 616-2717
Sean.P.Beaty@usdoj.gov

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I reached out to counsel for Pursley on August 26, 27, and 28, 2019, with respect to the admissibility of the exhibits listed in this motion. Pursley's position on this motion, as filed today, will be forthcoming.

*/s/ Sean Beaty*

Sean Beaty
Trial Attorney, Tax Division

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a copy of this document on all counsel of record.

*/s/ Sean Beaty*

Sean Beaty
Trial Attorney, Tax Division