IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | Cause no. 4:18-cr-575 |
| JACK STEPHEN PURSLEY, | § § § § | |
| *Defendant* | § | |

# DEFENDANT PURSLEY'S PROPOSED VOIR DIRE TOPICS

Defendant Jack Stephen Pursley respectfully presents the following topics for consideration by the Court in conducting voir dire. Pursley proposes that questions on such topics be asked with regard to both the prospective jurors and their immediate family members:

1. Unfavorable interactions with lawyers

2. Experience hiring lawyers and/or accountants to assist with business matters

3. Experience relying on professionals to advise about something you know little about

4. Feelings about hiring a professional to find ways to reduce taxes

5. Feelings toward entrepreneurs who start many businesses

6. Experience with business partnership disputes

7. Attitudes about people who have been charged with a crime

8. Experience working overseas

9. Experience working for a (worker) placement agency or "temp agency"

10. Experience working for the government or law enforcement

**PURSLEY'S PROPOSED VOIR DIRE TOPICS**                                                                 **PAGE 1**

Respectfully submitted,

/s/ Nicole T. LeBoeuf

Victor D. Vital
State Bar Number 00794798
S.D. Texas Bar Number 25730
Alicia M. Barrs
State Bar Number 24109620
S.D. Texas Bar Number 3438290
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
victor.vital@btlaw.com
abarrs@btlaw.com

Nicole Therese LeBoeuf
State Bar Number 00791091
S.D. Texas Bar Number 29595
LEBOEUF LAW PLLC
325 N. St. Paul, Ste. 3400
Dallas, TX 75201
Telephone: (214) 624-9803
Facsimile: (214) 602-4353
nicole@leboeuflaw.com

Seth H. Kretzer
State Bar Number 24043764
LAW OFFICES OF SETH KRETZER
440 Louisiana Street, Suite 1440
Houston, TX 77002
Telephone: (713) 775-3050
Facsimile: (713) 929-2019
seth@kretzerfirm.com

***Attorneys for Defendant Jack Stephen Pursley***

## CERTIFICATE OF SERVICE

I certify that on August 29, 2019, a copy of this document was served on all counsel of record through filing on the ECF System.

/s/ Nicole T. LeBoeuf
Nicole T. LeBoeuf