# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *Plaintiff,* § | |
| § | Case 4:18-cr-00575 |
| v. § | |
| § | |
| JACK STEPHEN PURSLEY, § | |
| § | |
| *Defendant.* § | |

## DEFENDANT'S FIFTH AMENDED EXHIBIT LIST

| PRESIDING JUDGE: Judge Lynn N. Hughes | PLAINTIFF'S ATTORNEYS: Grace Albinson, Sean Beaty, and Jack Morgan | DEFENDANT'S ATTORNEYS: Victor Vital, Alicia Raines Barrs, and Nicole LeBoeuf |
|---|---|---|
| TRIAL DATE: 09/03/2019 | COURT REPORTER: Nichole Forrest, RDR, CRR, CRC | COURTROOM DEPUTY: |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 1 | | | | | 12/19/12 | Email from Mooney to ddial@wwwhgd.com | MA_00037537-00037539 |
| 2 | | | | | 05/19/14 | Executive Summary to IRS CI by Counsel for Shaun P. Mooney | Mooney-000695-Mooney-000698 |
| 3 | | | | | 09/22/14 | OVDP | IRS-001725 – IRS-001944 |
| 5 | | | | | 11/05/08 | Letter from Shaun Mooney to Nigel Tibey | BL- IOMFTL FILE 2-000206 – BL-IOMFTL FILE 2-000220 |
| 6 | | | | | 05/19/09 | Gillis email to Coughtrey re new matter | Gillis_00022122-Gillis_00022127 |
| 7 | | | | | 12/03/14 | Shaun Mooney v. Charles Gillis and Gillis, Paris, Henrich, PLLC | Gillis_0000083-Gillis_0000085 |
| 8 | | | | | 01/04/13 | IRGP v. Mooney, Original Petition | Civ-Lit 000139-000148 |
| 9 | | | | | 05/03/13 | IRGP Settlement Agreement and Mutual Release | MA_00037564-00037591 |
| 14 | | | | | 04/10/18 | Gillis Letter of Non-Prosecution (executed by Davis) | MA_00037592 – MA_00037594 |
| 17 | | | | | | Work assigned/status | |
| 19 | | | | | | Pursley Individual Master File | IRS-0005044 – IRS-0005072 |
| 20 | | | | | 02/23/17 | 2017 Check from Minns to U.S. Treasury | IRS-002575 |
| 21 | | | | | | 2014 IRS refund check | MA_00037561 |
| 22 | | | | | | 2015 IRS refund check | MA_00037562 |
| 23 | | | | | | 2016 IRS refund check | MA_00037563 |
| 24 | | | | | | Picture of Pursley Family | MA_00038603 |
| 25 | | | | | | Ron Braver, CV | MA_00038591-38398 |
| 26 | | | | | | Stephen Grace, CV | MA_00038540-00038565 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 28 | | | | | 07/21/11 | Form 484 Change to Company Details – APHC | MA_00006678 – MA_00006679 |
| 29 | | | | | 09/01/09 | APHC Share Certificate No. 2 | MA_00006623- MA_00006637 |
| 30 | | | | | 06/30/10 | APHC Financial Report YE June 30 2010 | Gillis_00029792 - Gillis_00029800 |
| 32 | | | | | 03/04/09 | Corporate Meeting Summary | CIV-LIT-000303- CIV-LIT-000307 |
| 35 | | | | | 03/27/13 | Email from Gillis to Glover | B&T_000344 – B&T_000351 |
| 37 | | | | | 04/26/10 | Agreement for Sale of Limited Partnership or Assets of Partnership | CIV-LIT-000308 – CIV-LIT-000351 |
| 44 | | | | | 08/05/09 | Email from Gillis to 5gloves@ozemail.com.au | Gillis_0020835 |
| 45 | | | | | 07/24/09 | Email from Gillis to 5gloves@ozemail.com.au | |
| 46 | | | | | 08/14/13 | Email from Gillis to Coughtrey | Gillis_00048538 |
| 48 | | | | | 06/30/09 | Email from Gillis to Mooney and Pursley | IRGP0001372 |
| 49 | | | | | 06/27/07 | Email from Mellor to rrcsalazar@fnslaw.com.oh | IRGP0002824 |
| 51 | | | | | 06/25/07 | Email from Mooney to Nigel Tebay | IRGP0002850 |
| 52 | | | | | 08/02/09 | Email Gillis to 5gloves@ozemail.com.au | Gillis_00031635- Gillis_00031626 |
| 53 | | | | | 07/06/07 | Email from Mooney to Pursley | IRGP0003394 |
| 55 | | | | | 05/31/18 | Tom Foster Interview Recording | B&T_000368 |
| 56 | | | | | 06/04/13 | Email from Gillis to Venerabile | Gillis _0001497 |
| 58 | | | | | 02/22/12 | Email from Gillis to Venerabile | UHY.SYD-001237 |
| 59 | | | | | 12/21/12 | Email from Pursley to Nelson | B&T_000010 |
| 60 | | | | | 12/21/12 | Email from Mooney to Pursley | B&T_000011 |
| 61 | | | | | 08/14/01 | Letter from Venerabile to The Directors of Dutton Limited | IRGP0004466 – IRGP0004476 |
| 62 | | | | | 04/10/13 | Option Contract for the sale of shares in APHC | B&T_000012 – B&T_000014 |
| 66 | | | | | 10/29/09 | Gillis letter to Pursley re opinion re Federal Income Tax Consequences | Gillis_00020279- Gillis_00020290 |
| 67 | | | | | 11/26/18 | Declaration of Susan English [ECF 61] | MA_00037294- MA_00037295 |
| 68 | | | | | | IRS Refund Check | MA_00037296 |
| 69 | | | | | 06/05/09 | RPLP Certificate of Formation | TX-SOS-0000282 – TX-SOS-0000283 |
| 71 | | | | | 09/14/12 | Email from Venerabile to Glover and Gillis | B&T_000018 – B&T_000022 |
| 72 | | | | | 08/21/12 | Email from Venerabile to Gillis | Gillis_0049471 – Gillis_0049472 |
| 73 | | | | | 04/19/13 | Email from Venerabile to Glover | B&T_000352 B&T_000365 |
| 74 | | | | | 07/25/10 | Letter from Gillis to SES Directors | IOMFTL-GPC- 0014-000023- IOMFTL-GPC-002- 00011 |
| 78 | | | | | 04/10/12 | Email from Mellor to Gillis | IOMFTL-GPC- 0014-000023 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| | | | | | | | IOMFTL-GPC-0014-000025 |
| 79 | | | | | 07/30/09 | Letter from Venerabile to Directors of SES | PURSLEY-002561-PURSLEY-00252 |
| 80 | | | | | 00/00/05 | Business Development Agreement | MA_00037297-MA_00037300 |
| 81 | | | | | 05/06/05 | Email from Sholem to Pursley | MA_00037301-MA_00037305 |
| 82 | | | | | 09/09/05 | Email from Shuman to Pursley | MA_00037306 |
| 83 | | | | | 03/13/06 | Email from Shuman to Pursley | MA_00037307 |
| 84 | | | | | 08/07/07 | Email from Shuman to Pursley | MA_00037308 |
| 85 | | | | | 09/05/08 | Email from Pursley to Shuman | MA_00037309-MA_00037310 |
| 86 | | | | | 10/23/08 | Email from Pursley to Shuman | MA_00037311 |
| 87 | | | | | 11/07/07 | Email from Pursley to Shuman | MA_00037312 |
| 88 | | | | | 02/01/12 | Email from Venerabile to Gillis and Mellor | B&T_000023 – B&T_000024 |
| 89 | | | | | 04/10/12 | Email from Venerabile to Mellor and Gillis | B&T_000025 – B&T_000027 |
| 90 | | | | | 10/24/11 | Email from Pursley to Bratcher | BMA-0000229 |
| 91 | | | | | 06/14/13 | Email from Bratcher to Pursley | BMA-0000583 |
| 92 | | | | | 10/21/11 | Email from Richman to Bratcher | BMA-0000585 |
| 94 | | | | | 08/13/12 | Email from Venerabile to Gillis and Coughtrey | B&T_000028 – B&T_000029 |
| 95 | | | | | 11/08/12 | Email from Venerabile to Gillis and Mellor | B&T_000030 – B&T_000032 |
| 96 | | | | | 01/17/13 | Stoneworth Financial Letter | B&T_000033 – B&T_000036 |
| 97 | | | | | 01/26/13 | Email from Bratcher to Richman | Bratcher-0004991 |
| 98 | | | | | 01/24/13 | Email from Bratcher to Richman | Bratcher-0004992 |
| 99 | | | | | 06/29/12 | APHC Cover Letter to UHY re Financial Report YE June 30 2011 | B&T_000037 |
| 100 | | | | | unknown | APHC Director's Declaration | B&T_000038 |
| 109 | | | | | 11/11/11 | Email from Richman to Pursley | MA_00037338 |
| 110 | | | | | 07/19/11 | Email Pursley to Salinas | MA_00037339 |
| 114 | | | | | 02/27/15 | Plaintiff's Notice of Non-Suit | CIV-LIT-000564-CIV-LIT-000566 |
| 115 | | | | | 01/19/15 | Mooney's Response to Defendant's Request for Disclosure | MA_00001564-MA_00001567 |
| 116 | | | | | 08/15/12 | APHC Circular Resolutions of Directors | B&T_000047 |
| 117 | | | | | | Promissory Note Between Pursley Interest and 4-7s | Bratcher-0001791-Bratcher-0001793 |
| 118 | | | | | 07/01/10 | Promissory Note between Arosa & IRGP | Bratcher-0000436 |
| 119 | | | | | 01/15/11 | Promissory Note between Recruitment Partners & Four Sevens Investment Corp | Bratcher-0001796-Bratcher-0001798 |
| 120 | | | | | 06/07/10 | Promissory Note between Pursley Interest LLC & Four Sevens Investment Corp | 000895-000897 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 121 | | | | | 01/13/10 | Promissory Note between Recruitment Partners LP and Four Sevens Investment Corp | 000923-000925 |
| 122 | | | | | 11/19/09 | Promissory Note between Recruitment Partners, LP and Four Sevens Investment Corp | 000963-000965 |
| 123 | | | | | 11/19/09 | Promissory Note Recruitment Partners & Four Sevens | Bratcher-0019314-Bratcher-0019316 |
| 124 | | | | | 08/31/11 | Promissory Note Recruitment Partners & Four Sevens Investment | Bratcher-0019309-Bratcher-0019310 |
| 125 | | | | | 07/11/16 | Email from Colleen Prince Steve Pursley | MA_00037358-MA_00037360 |
| 126 | | | | | | Rental Property Dashboard | MA_00037361-MA_00037362 |
| 127 | | | | | | 2014 Vacasa Tax Docs Attached | MA_00037363 |
| 128 | | | | | 07/21/17 | Email from Dana Macik to Pursley | MA_00037365 |
| 129 | | | | | | Welcome Package | MA_00037366-MA_00037368 |
| 130 | | | | | | Four Sevens Profit Scenario | MA_00037369 |
| 131 | | | | | 12/21/12 | Email from Pursley to Agee, Betzer and Harris | B&T_000048 |
| 133 | | | | | 10/01/09 | Pursley Memorandum to Mooney re Progress Report and Advisement | IRGP0005658 |
| 134 | | | | | 07/25/10 | Letter from Gillis to IOMA attaching minutes | B&T_000051 – B&T_000057 |
| 137 | | | | | 09/14/11 | Email from Mooney to Pursley | MA_00037494 |
| 138 | | | | | 08/26/11 | Email from Mooney to Pursley | MA_00037493 |
| 139 | | | | | | | |
| 140 | | | | | 05/20/11 | Email from David Johnson to Pursley | MA_00037491 |
| 141 | | | | | 01/20/09 | Email from Mooney to Pursley | MA_00037490 |
| 142 | | | | | 12/01/08 | Email from Pursley to Mooney | MA_00037487-MA_00037489 |
| 143 | | | | | 11/14/08 | Email from Mooney to Pursley | MA_00037485-MA_00037486 |
| 144 | | | | | 11/05/08 | Email from Pursley to Mooney | MA_00037484 |
| 145 | | | | | 09/04/08 | Email from Mooney to Pursley | MA_00037483 |
| 146 | | | | | 09/01/08 | Email from Mooney to Pursley | MA_00037482 |
| 147 | | | | | 07/07/08 | Email from Pursley to Mooney | MA_00037481 |
| 148 | | | | | 06/27/08 | Email from Mooney to Pursley | MA_00037480 |
| 150 | | | | | 02/03/08 | Email from Mooney to Boone | MA_00037478 |
| 151 | | | | | 01/24/08 | Email from Mooney to Pursley | MA_00037477 |
| 152 | | | | | | Schrader Westchester Real Estate File | B&T_000207 – B&T_000220 |
| 153 | | | | | | Jim Miceli real estate file | B&T_000221 – B&T_000254 |
| 154 | | | | | 01/02/08 | Email from Mooney to Boone and Pursley | MA_00037474 |
| 158 | | | | | 11/29/07 | Email from Mooney to Pursley | MA_00037467 |
| 159 | | | | | 00/00/03 | Strategic Negotiation Planning for Acquisition | MA_00037394-MA_00037416 |
| 160 | | | | | | Agreement Gulf States and The Westchester Group Inc | MA_00037417-MA_00037418 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 161 | | | | | 04/07/99 | Melnik letter to IOMFL | BL-IOMFTL FILE 1-000336 |
| 162 | | | | | 10/25/07 | Email from Kevin Weldon to Mooney | MA_00037466 |
| 164 | | | | | 04/14/10 | Addendum to Agreement for Sale of Limited Partnership or Assets | B&T_000258 |
| 165 | | | | | 06/30/09 | Amendment and Revision to RPLP Limited Partnership Agreement | B&T_000259 – B&T_000267 |
| 166 | | | | | 04/01/07 | Email from Shetter to Mooney | B&T_000268 |
| 168 | | | | | 01/28/10 | Email from Mooney to Pursley | B&T_000271 |
| 169 | | | | | 01/28/10 | Email from Mooney to Gillis | B&T_000272 |
| 170 | | | | | 04/25/06 | Email from Shetter to Mooney | B&T_000273 |
| 171 | | | | | 10/03/05 | Email from Shuman to Pursley | B&T_000274 |
| 175 | | | | | 02/26/06 | Email from Shetter to Mooney | Disco ID 124511-1 |
| 178 | | | | | 12/24/18 | Letter from IRS | B&T_000279 – B&T_000281 |
| 179 | | | | | 01/21/10 | Email from Gillis to Mooney attaching Mooney resume | B&T_000282 – B&T_000285 |
| 180 | | | | | 08/26/10 | Email from Mooney to Parkhill | B&T_000286 – B&T_000287 |
| 182 | | | | | 05/21/09 | Email from Markley to Gillis | B&T_000289 – B&T_000291 |
| 190 | | | | | 01/25/10 | Email from Mooney to Gillis | B&T_000311 – B&T_000312 |
| 191 | | | | | 01/28/10 | Email from Mooney to Gillis | B&T_000313 – B&T_000314 |
| 192 | | | | | 02/10/10 | Email from Mooney to Gillis | B&T_000315 |
| 202 | | | | | 07/28/10 | Email from Mooney to Gillis | B&T_000331 – B&T_000332 |
| 203 | | | | | 03/16/11 | Email from Mooney to Gillis | B&T_000333 |
| 206 | | | | | 09/30/08 | Email from Pursley to Mooney | B&T_000337 |
| 208 | | | | | 06/30/09 | Email from Pursley to Agee, Betzer and Harris | B&T_000338 |
| 209 | | | | | 10/21/11 | Email from Richman to Bratcher | MA_00037607- MA_00037609 |
| 210 | | | | | 12/19/12 | Email from Richman to Mooney | B&T_000339 – B&T_000341 |
| 211 | | | | | 10/25/11 | Email from Richman to Pursley | B&T_000342 |
| 212 | | | | | 02/24/16 | England letter to Pursleys | England-01413 |
| 213 | | | | | | Statement Regarding Related Party Advances | England-01544 |
| 214 | | | | | 01/25/13 | Email from Bratcher to Richman | MA_00037341 – MA_00037342 |
| 215 | | | | | 01/10/13 | Email from Richman to Salinas | MA_00037343 – MA_00037345 |
| 216 | | | | | 07/10/09 | Gillis Memorandum | IRGP0006113 - 6141 |
| 217 | | | | | | Handwritten Notes | B&T_000343 |
| 218 | | | | | 03/02/11 | Email from Pursley to Salinas | MA_00037350 – MA_00037351 |
| 219 | | | | | 02/01/10 | Email from Pursley to Bratcher | MA_00037353 |
| 220 | | | | | 05/30/12 | Richman Memorandum to Pursley | MA_00037357 |
| 221 | | | | | 08/27/15 | Check to Infinisource | B&T_000366 |
| 222 | | | | | 11/04/15 | Check to Infinisource | B&T_000367 |
| 223 | | | | | | As Amended Form 5471 | IRS-0006835 – IRS-0006846 |
| 224 | | | | | 05/09/11 | Pursley email to Shuman | B&T_000371 - B&T_000372 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 225 | | | | | | Sandy Creek Ranch – Valuation Summary | B&T_000373 |
| 226 | | | | | 08/24/14 | Mooney v Pursley (Harris County, 2014-44623) Plaintiff's Original Petition and Request for Disclosure | B&T_000374 - B&T_000406 |
| 227 | | | | | 12/28/18 | Pursley v Mooney v RPLP and IRC (Harris County; 2017-282294) Plaintiff's Sixth Amended Original Petition | B&T_000407 - B&T_000453 |
| 228 | | | | | 07/29/11 | Salinas email to Pursley attaching general ledgers | B&T_000454 - B&T_000489 |
| 229 | | | | | 10/04/11 | Salinas email to Pursley attaching Bookkeeping | B&T_000490 |
| 231 | | | | | 03/22/10 | Salinas email to Pursley | B&T_000763 |
| 232 | | | | | 03/11/11 | Salinas email to Pursley | B&T_000765 |
| 233 | | | | | 03/02/15 | Pursley email to England | B&T_000766 |
| 234 | | | | | 05/12/15 | Pacheco email to Pursley | B&T_000767 |
| 235 | | | | | 07/09/15 | Christmann email to Pursley | B&T_000768 |
| 236 | | | | | 10/01/15 | Pursley email to Christmann | B&T_000769 |
| 237 | | | | | 02/11/13 | Nguyen email to Pursley | B&T_000771 |
| 239 | | | | | 12/31/12 | Mooney Fraud Risk Inquiries Form | B&T_000863 |
| 240 | | | | | 12/31/10 | Mooney Fraud Risk Inquiries Form | B&T_000866 |
| 241 | | | | | | Handwritten notes | B&T_000869 |
| 242 | | | | | 11/04/09 | Gillis email to Pursley and Mooney | Gillis_00031417 |
| 243 | | | | | 02/27/15 | Mooney v Gillis (Harris County; 2014-70310) Order | |
| 244 | | | | | 02/05/15 | Pacheco email to Pursley | B&T_000886 - B&T_000894 |
| 246 | | | | | 12/31/10 | RPLP Audited Financial Statements | Bratcher-0011318 |
| 247 | | | | | 12/31/11 | RPLP Audited Financial Statements | Bratcher-0018187 |
| 248 | | | | | 12/31/12 | RPLP Audited Financial Statements | Bratcher-0021576 |
| 249 | | | | | 12/31/12 | Mooney Fraud Risk Inquiries Form | Bratcher-0021550 |
| 250 | | | | | 12/01/11 | Stoneworth Financial, LLC letter to Pursley | Bratcher-0021635 |
| 251 | | | | | | American Real Estate Properties and Pursley Interests Agreement for Participating Interest | Bratcher-0005056 SC-5 |
| 252 | 001-070 | | | | 08/17/10 | Pursley email to Bratcher | SC-9 |
| 253 | | | | | 09/03/09 | APHC Meeting Minutes | CG-8 UHY.SYD-000429 |
| 254 | | | | | 05/10/09 | Foster Memorandum to Pursley | FOSTER-000019 Gov. Ex. 001-035 |
| 255 | 001-045 | | | | 07/30/09 | Venerable letter to Coughtrey | Gillis_00031613 |
| 257 | 003-020 | | | | 10/31/12 | Pursley email to Mellor | IOMFTL-GPC-004-000180 |

6

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 258 | 005-037 | | | | 08/06/12 | Venerabile email to Mellor | BL-FILE 2-000027 |
| 259 | 008-001 | | | | 04/17/09 | Foster email to Pursley | IRGP0000024 |
| 260 | | | | | 02/03/10 | Pursley email to Bratcher | MA_00037355 - MA_00037356 |
| 261 | | | | | 04/29/09 | Foster fax to Pursley | IRGP0000095 - IRGP0000101 |
| 262 | | | | | 04/24/09 | Foster Invoices | Foster-000111 – Foster-000116 |
| 263 | 008-013 | | | | 04/24/09 | Foster Memorandum to Pursley | IRGP0000052 – IRGP0000053 |
| 264 | | | | | 05/07/09 | Foster Memorandum to Pursley | MA_00032751 Gov. Ex. 008-016 |
| 265 | 009-015 | | | | 05/07/09 | Gillis email to Pursley | MOONEY-000126 - MOONEY-000127 |
| 266 | | | | | 09/00/01 | Account Opening Documents for SES Account | RBS/ESC5-001444-1 Gov. Ex. 013-001 |
| 267 | 017-069 | | | | 00/00/07 | 2007 Form 1040X Amended Individual Tax Return - S. Mooney | IRS-0006668 – IRS-0006720 |
| 268 | | | | | 08/29/07 | SES Fax to IOMA / Mellor | IRGP0003117 - IRGP0003118 |
| 269 | | | | | 09/20/01 | SES Share Certificates | IRGP0004588 - IRGP0004592 |
| 270 | | | | | 04/25/09 | Pursley email to Mooney | IRGP0005946 - IRGP0005948 |
| 271 | | | | | 09/00/01 | SES Corporate Records | IRGP0006713 - IRGP0006812 |
| 272 | | | | | 08/25/10 | Webb email to Pursley | MA_00038483 |
| 273 | | | | | 12/01/10 | Mercer email to Pursley | MA_00038512 |
| 274 | | | | | 09/11/13 | Buschholtz email to Pursley | MA_00038504 |
| 275 | | | | | | IRC Marketing Document | B&T_000870 |
| 276 | | | | | | Steve Mooney Travel History Excel | |
| 277 | | | | | | Steve Mooney TECS 5pp. | |
| 278 | | | | | | Steve Mooney Travel History 2pp. | |
| 279 | | | | | | Steve Mooney Travel Documents List | |
| 280 | | | | | | David Melnick Travel History Excel | |
| 281 | | | | | | David Melnick TECS i94 Result List 2pp. | |
| 282 | | | | | | David Melnick TECS 34pp. | |
| 283 | | | | | | Shaun Mooney TECS Report 10pp. | Gov. Ex. 163 |
| 284 | | | | | | Steve Pursley TECS Report 9pp. | Gov. Ex. 164 |
| 285 | | | | | 08/23/14 | Venerable email to Pursley | B&T_000871 |
| 290 | | | | | 08/17/10 | Pursley email to Bratcher | B&T_000882 - B&T_000885 |
| 291 | | | | | 05/28/09 | Ratification and Indemnification of Corporate Actions of SES for the Formation and Ownership of Pehlambridge Limited | Pursley-000230 |
| 292 | | | | | 06/21/11 | Venerabile email to Mellor | BL-FILE 2-000017 |
| 310 | | | | | | Interest and Penalty Calcs.xlsx | B&T_000927 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 311 | | | | | | Historical currency converter with official exchange rates from | B&T_000928 |
| 312 | | | | | | IRS-002024 penalty computation | B&T_000929 |
| 313 | | | | | 06/30/10 | Australian Ptrs 6-30-2010 | B&T_000932 |
| 314 | | | | | | Penalty Computation | B&T_000941 |
| 315 | | | | | | Penalty Computation.xlsx | B&T_000942 |
| 377 | | | | | | Additional tax liability foreign source income | B&T_002854 |
| 378 | | | | | | Computation of Additional Tax Due and Owing SM - OVDP 2012 - FSI | B&T_002855 |
| 379 | | | | | | Computation of Additional Tax Due and Owing SM - OVDP 2012 - Repatriated Income | B&T_002856 |
| 380 | | | | | | OVDP Penalty Computation | B&T_002857 |
| 381 | | | | | | Tax Interest and Penalty Paid by Shaun Mooney with OVDP | B&T_002858 |
| 382 | | | | | | Schedule J computation worksheet | B&T_002859 |
| 383 | | | | | | Summary of Tax Liabilities on Foreign Income Tabbed Versions - 8-19-13 Int date.xlsx | B&T_002860 |
| 384 | 001-057 | | | | 03/08/10 | Letter from C. Gillis to the Directors of Southeastern Shipping Company Ltd., Re: Request for Dividend Declaration and Distribution & 2/12/2010 Minutes of Meeting of Australian Partners Holding Corp. Board of Directors | Gillis_00019693 - Gillis_00019695 |
| 385 | 001-066 | | | | 08/01/10 | Promissory Note between Arosa Partners, LLC and Four Sevens Investment Corp. | Bratcher-0000329 – Bratcher-0000331 |
| 386 | 001-076 | | | | 12/14/12 | Email from S. Pursley to G. Bratcher, Re. Follow-Up | Bratcher-0005093 – |
| 387 | 002-035 | | | | 10/29/09 | Email from A. Mellor to T. Duncan re: E. Venerabile Consulting Scvs Agrmt | BL-IOMFTL FILE 3-000153 – BL-IOMFTL FILE 3-000157 |
| 388 | 002-036 | | | | 10/30/09 | 10/30/2009 Email from A. Mellor to T. Duncan, L. Jude, Cc: K. Smith re: E. Venerabile Consulting Scvs Agrmt | BL-IOMFTL FILE 3-000158 – BL-IOMFTL FILE 3-000159 |
| 389 | 002-037 | | | | 11/04/09 | 11/4/2009 Email from L. Jude to A. Mellor re: Pelhambridge | BL-IOMFTL FILE 3-000160 – BL-IOMFTL FILE 3-000161 |
| 390 | 002-038 | | | | 11/09/09 | 11/9/2009 Email from L. Jude to T. Duncan; A. Mellor re: Pelhambridge, Call w. S. Pursley re Consultancy Agreement | BL-IOMFTL FILE 3-000162 |
| 391 | 002-040 | | | | 06/17/11 | 6/17/2011 Email from S. Pursley to S. Pursley re: Enc: 4 Cantos Turismo - Passagem Aerea | BL-IOMFTL FILE 3-000173 – BL-IOMFTL FILE 3-000175 |
| 392 | 002-046 | | | | 07/09/12 | 7/9/2012 Email from E. Venerabile to A. Mellor re: Hello Andrew!!! | BL-IOMFTL FILE 3-000189 |
| 393 | 002-056 | | | | 11/17/09 | 11/17/2009 Pelhambridge Limited Meeting Minutes & 9/26/2009 | BL-IOMFTL FILE 1-000195 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| | | | | | | Approved Consulting Services Agreement | |
| 394 | 002-058 | | | | 11/13/08 | Fax from A. Mellor to S. Mooney re: Diversified Land Holdings, Inc. | BL-IOMFTL FILE 2-000204 |
| 395 | 002-059 | | | | 03/16/09 | Fax from S.E. Shipping to A. Mellor at Pelhambridge re: A. Mellor Visit to the United States | BL-IOMFTL FILE 2-000229 |
| 396 | 002-061 | | | | 09/05/11 | Email from E. Venerabile to A. Mellor re: Reminder of Money Transfer to E. Venerabile | BL-IOMFTL FILE 3-000183 |
| 397 | 002-067 | | | | 08/16/12 | Email from A. Mellor to T. Duncan re: FW: Southeastern Shipping Company Limited/Dividend | BL-IOMFTL FILE 3-000203 |
| 398 | 002-072 | | | | 05/01/11 | Minutes of Meeting of Pelhambridge Ltd. Board of Directors | BL-IOMFTL FILE 1-000233 |
| 399 | 002-077 | | | | 10/09/07 | Minutes of Meeting Pelhambridge Ltd Board of Directors | BL-IOMFTL FILE 1-000137 |
| 400 | 003-007 | | | | 03/29/12 | Email from E. Venerabile to A. Mellor re: Money Transfer to E. Venerabile | IOMFTL-GPC-003-000149 |
| 401 | 003-018 | | | | 09/13/12 | Email from G. Glover to C. Gillis and M. Coughtrey re: Dividend Distributions from Australian Partners to E. Venerabile | IOMFTL-GPC-004-000139 |
| 402 | 003-021 | | | | 11/06/12 | 11/6/2012 Email from A. Mellor to E. Venerabile re: Dividend Payment for E. Venerabile | IOMFTL-GPC-004-000190 |
| 403 | 003-023 | | | | 01/25/13 | Email from A. Mellor to G. Glover re: APHC Australian Income Tax Information Request | IOMFTL-GPC-004-000227 |
| 404 | 003-024 | | | | 01/29/13 | Email from A. Mellor to G. Glover re: APHC Australian Income Tax Information Request | IOMFTL-GPC-004-000237 |
| 405 | 004-047 | | | | 09/27/01 | 9/27/2001 Consultancy Contract between Southeastern Shipping Company Limited and S. Mooney | IRGP0006163 |
| 406 | 004-049 | | | | 07/10/09 | 7/10/2009 Email from S. Pursley to K. Smith, re: Miscellaneous Follow-up | MOONEY-000074 |
| 407 | 004-080 | | | | 04/21/09 | 4/21/2009 Letter from S. Pursley to S. Mooney re: Waiver of Claims - Southeastern Shipping Company, Ltd. | MOONEY-002302 |
| 408 | 004-086 | | | | 10/26/12 | 10/26/2012 Letter to S. Pursley, S. Mooney re AFI Investment | Gillis_00024982 |
| 409 | 004-181 | | | | 10/22/07 | Share Agreement Certificate for Pelhambridge Limited | PURSLEY-004181 |
| 411 | 005-020 | | | | 03/23/12 | 3/23/2012 Email from E. Venerabile to A. Mellor re: Money transfer to E. Venerabile | BL-IOMFTL FILE 2-000024 |
| 412 | 005-035 | | | | 05/22/12 | 5/22/2012 Email from E. Venerabile to A. Mellor, re: New Wire Transfer | BL-FILE 2-000025 |
| 413 | 005-036 | | | | 06/12/12 | 6/12/2012 Email from E. Venerabile to A. Mellor, re: New Wire Transfer June 19th | BL-FILE 2-000026 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 414 | 005-038 | | | | 08/24/09 | Share Certificate for Australian Partners Holding Corp. | Gillis_00020277 |
| 415 | 005-039 | | | | 09/27/09 | Purchase Resolution from Australian Partners, C. Gillis | Gillis_00020426 |
| 416 | 009-011 | | | | 04/29/09 | Email at 11:59 AM from C. Gillis to S. Pursley re: initial draft of stock purchase agreement and with 4/29/2009 draft attached | IRGP0000074 |
| 417 | 009-036 | | | | 07/09/09 | 7/9/2009 Email from C. Gillis to "5Gloves" re: Yellow with Pink Polka Dots. Pty Limited | IRGP0001467 |
| 418 | 009-038 | | | | 07/10/09 | 7/10/2009 Email from C. Gillis to S. Pursley, S. Mooney re: Subscription Agreement, Attch. Sample Sub. | IRGP0001473 |
| 419 | 009-055 | | | | 08/06/09 | 8/6/2009 Email from C. Gillis to S. Pursley, S. Mooney: re: Australian partners Holding Corp. - Capitalisation Issues | IRGP0001874 |
| 420 | 009-061 | | | | 08/09/09 | 8/9/2009 Letter from S. Pursley to C. Gillis | IRGP0001934 |
| 421 | 009-069 | | | | 08/17/09 | 8/17/2009 Email from C. Gillis to K. Smith and others re: Australian Partners Holding Corp., Attach. 8/17/2009 Letter from C. Gillis to Directors of Southeastern Shipping Company Ltd. | IRGP0002182 |
| 422 | 009-071 | | | | 08/24/09 | 8/24/2009 Email from C. Gillis to S. Pursley, Attach. 8/4/2009 Letter from C. Gillis to M. Coughtrey re: Australian Partners Holding Corp. | IRGP0002342 |
| 423 | 009-097 | | | | | Minutes and Meeting Forms of Diversified Land Holdings, Inc. | Gillis_0052962 |
| 424 | 009-119 | | | | 12/14/11 | 12/14/2011 Email from C. Gillis to S. Pursley and S. Mooney re: Internal Revenue Code Section 367 Memorandum | MOONEY-001750 |
| 425 | 009-120 | | | | 10/21/11 | 10/21/2011 Email from C. Gillis to S. Pursley and S. Mooney re: Memorandum on Taxation of Foreign Corporations | MOONEY-001765 |
| 426 | 009-130 | | | | | Australian Partners Holding Corporation Pty. Ltd. Financial Report for year ended 6/30/2011 | PURSLEY-006274 |
| 427 | 009-131 | | | | 03/28/12 | 3/28/2012 Letter from C. Gillis to Directors of Southeastern Shipping Company Limited c/o IOMA Group - IOMFTL re: Request for Dividend Declaration and Distribution | PURSLEY-006292 |
| 428 | 009-149 | | | | 04/29/09 | 4/29/2009 Email from C. Gillis to S. Pursley re: Stock Purchase Agreement With Draft Agreement Attached. | MOONEY-001781 |
| 429 | 009-150 | | | | 07/10/09 | 7/10/2009 Email from C. Gillis to G. Glover re: Brazilian Will Invest in US entities | UHY.SYD-004755 |
| 430 | 011-001 | | | | 06/24/13 | 6/24/2013 Subscription Agreement for $500,000 by JSP Interests LLC | HINES-0000509 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 431 | 012-010 | | | | 11/02/09 | 11/2/2009 Email from A. Mellor to S. Pursley re Consulting Scvs Agrmt | PURSLEY-008081 |
| 432 | 012-033 | | | | 09/01/11 | 9/1/2011 Promissory Note from JSP Interests, LLC to Four Sevens Corp (Unsigned) | PURSLEY-001858 |
| 433 | 015-002 | | | | 07/29/11 | 7/29/2011 Four Sevens Investment, Detail General Ledger, Period 1/1/2010 to 12/31/2010 | PURSLEY-001838 |
| 434 | 015-004 | | | | 12/31/10 | 12/31/2010 American Real Estate Properties Financial Statement | BRATCHER-0000026 |
| 435 | 015-006 | | | | 12/31/11 | 12/31/2011 Four Sevens Investment Corp. Adjusted Trial Balance | BRATCHER-0001428 |
| 436 | 015-007 | | | | 12/31/11 | 12/31/2011 Four Sevens Investment Corp. Balance Sheet | BRATCHER-0001431 |
| 437 | 015-008 | | | | 12/31/11 | 12/31/2011 Four Sevens Investment Corp. General Ledger | BRATCHER-0001454 |
| 438 | 015-009 | | | | 12/31/11 | 12/31/2011 Pursley Interests LLC, General Ledger | BRATCHER-0001466 |
| 439 | 015-012 | | | | 12/31/11 | 12/31/2011 JSP Interests LLC, General Ledger | BRATCHER-0001480 |
| 440 | 015-013 | | | | 12/31/11 | 12/31/2011 Gulf States Management Corp, General Ledger | BRATCHER-0001486 |
| 441 | 015-016 | | | | 12/31/12 | 12/31/2012 Four Sevens Investment Corp., Balance Sheet | BRATCHER-0001692 |
| 442 | 015-019 | | | | 05/26/11 | 5/26/2011 Letter from G. Bratcher to S. Pursley, re: 12/31/2010 Gulf States Management Corp., Compiled Financial Statements | BRATCHER-0002571 |
| 443 | 015-020 | | | | 12/31/10 | 12/31/2010 Gulf States Management Corporation, Trial Balance | BRATCHER-0002657 |
| 444 | 015-022 | | | | 12/31/12 | 12/31/2012 Gulf States Management Corp., Balance Sheet | BRATCHER-0002896 |
| 445 | 015-036 | | | | | Arosa Partners, LLC Financial Documents (2010) | BRATCHER-0000281 |
| 446 | 015-037 | | | | 08/07/10 | 8/7/2010 Email from S. Pursley to G. Bratcher re: Agreement AFI Venture, attaching Email from S. Pursley to G. Bratcher re: Agreement AFI Venture (containing draft agreement for participating interest in AFI) | BRATCHER-0005055 |
| 447 | 015-041 | | | | 03/10/11 | 3/10/2011 Email between S. Pursley and T. Salinas (Bratcher) re: promissory note for $910,000 | BRATCHER-0000348 |
| 448 | 015-042 | | | | | Arosa Partners, LLC Balance Sheet (2012) | BRATCHER-0000409 |
| 449 | 015-044 | | | | | FSIC General Ledger (2012) | BRATCHER-0001768 |
| 450 | 015-047 | | | | | Pursley Interests LLC Trial Balance (2010) | BRATCHER-0003372 |
| 451 | 015-048 | | | | | Pursley Interests LLC Balance Sheet (2012) | BRATCHER-0003443 |
| 452 | 015-049 | | | | | Arosa Partners LLC Trial Balance (2010) | BRATCHER-0003637 |

| DEF. NO. | Former Govt. Ex. | DATE OFFERED | MARKED | ADMITTED | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 453 | 015-053 | | | | 02/04/10 | 2/4/2010 Emails between S. Pursley to G. Bratcher re: FSIC investment income | BRATCHER-0005143 |
| 454 | 015-054 | | | | 04/05/13 | Email from S. Pursley to J. Ortega (Bratcher) re: Personal Tax Return Estimate, addresses rental income for Arosa property | BRATCHER-0010730 |
| 455 | 017-026 | | | | | 2014 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. | IRS-0005867 |
| 456 | 017-027 | | | | | 2015 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. | IRS-0005885 |
| 457 | 017-029 | | | | | 2017 Form 1120 Corporation Income Tax Return - Four Sevens Investment Corp. | IRS-0005917 |
| 458 | 017-030 | | | | | 2015 Form 1120X Amended Corporation Income Tax Return - Four Sevens Investment Corp. | IRS-0005933 |
| 459 | 017-092 | | | | | 2013 Form 1040X - Amended Individual Income Tax Return - S. Pursley (1/6/2017) | IRS-0008170 |
| 460 | 017-094 | | | | | 2014 Form 1040 - Individual Income Tax Return - S. Pursley | IRS-0008227 |
| 461 | 017-095 | | | | | 2015 Form 1040 - Individual Income Tax Return - S. Pursley | IRS-0008265 |
| 462 | 017-096 | | | | | 2016 Form 1040 - Individual Income Tax Return - S. Pursley | IRS-0008328 |
| 463 | 034-004 | | | | 07/27/09 | Change to company details – APHC Changes ownership from Acquisition Partners to Venerabile | UHY.SYD-000603 |
| 464 | | | | | 10/19/12 | Stephen Mooney email to Shaun Mooney re Trip to Atlanta | |
| 465 | | | | | 10/31/12 | Stephen Mooney email to Shaun Mooney re Hey man, you in town Thursday? | |
| 466 | | | | | 12/19/12 | Stephen Mooney email to Shaun Mooney re Contract / Agreements – for your reference | |
| 467 | | | | | 12/20/12 | Shaun Mooney email to Stephen Mooney re Response to your email today | |
| 468 | | | | | 09/01/15 | Hamm letter to Steve Mooney re credit card settlement / Federal Express | |

Defendant reserves the right to amend its exhibit list as needed prior to and during trial.

Respectfully submitted,

*/s/ Victor D. Vital*
Victor D. Vital
State Bar Number 00794798
S.D. Texas Bar Number 25730
Alicia M. Barrs
State Bar Number 24109620
S.D. Texas Bar Number 3438290
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
victor.vital@btlaw.com
abarrs@btlaw.com

Nicole Therese LeBoeuf
State Bar Number 00791091
S.D. Texas Bar Number 29595
LEBOEUF LAW PLLC
325 N. St. Paul, Ste. 3400
Dallas, TX 75201
Telephone: (214) 624-9803
Facsimile: (214) 602-4353
nicole@leboeuflaw.com

Seth H. Kretzer
State Bar Number 24043764
S.D. Texas Bar Number 680773
LAW OFFICES OF SETH KRETZER
440 Louisiana Street, Suite 1440
Houston, TX 77002
Telephone: (713) 775-3050
Facsimile: (713) 929-2019
seth@kretzerfirm.com

***Attorneys for Defendant Jack Stephen Pursley***

# CERTIFICATE OF SERVICE

I certify that on September 2, 2019, a copy of this document was served on all counsel of record thru filing on the ECF System.

*/s/ Victor D. Vital*
Victor D. Vital