UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2019
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § § NO. 4:18-CR-575 (HUGHES) |
| JACK STEPHEN PURSLEY, AKA STEVE PURSLEY | § § § |

### Joint Notice of Revised Designations of Smith Deposition for Trial

In light of the Court's August 22nd and August 29th Orders, the parties have further narrowed the portions of Kerry Smith's deposition that will be played at trial. A revised list of those designations is attached to this notice.

Today, the Court reporter assigned to transcribe the trial testimony in this matter informed counsel for the parties that it would be unreasonably difficult for her to transcribe the video clips of Smith's testimony in real time as played at trial. Accordingly, the parties agreed to file this notice, referencing the transcripts filed as Dkt. Nos. 103-1 and 103-2, for the purposes of memorializing Smith's testimony to be played at trial.

Respectfully submitted,

RICHARD E. ZUCKERMAN
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL

*/s/ Sean Beaty*

Sean Beaty
Trial Attorney, Tax Division
U.S. Department of Justice
601 D Street, NW
Washington D.C. 20004
(202) 616-2717
Sean.P.Beaty@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a copy of this document on all counsel of record.

                                                /s/ Sean Beaty  
                                                Sean Beaty  
                                                Trial Attorney, Tax Division

| Excerpt No. | Offering Party | Transcript Beginning | Transcript End |
|---|---|---|---|
| 1 | Joint Designation No. 01 | 025:21 | 025:25 |
| 2 | Joint Designation No. 02 | 026:08 | 028:24 |
| 3 | Joint Designation No. 03 | 030:03 | 030:17 |
| 4 | Joint Designation No. 04 | 031:01 | 031:04 |
| 5 | Joint Designation No. 05 | 031:11 | 031:14 |
| 6 | Joint Designation No. 06 | 032:02 | 032:13 |
| 7 | Joint Designation No. 07 | 032:21 | 033:11 |
| 8 | Gov't Designation No. 08 | 033:12 | 033:16 |
| 9 | Gov't Designation No. 08 | 033:18 | 034:12 |
| 10 | Gov't Designation No. 09 | 034:14 | 034:23 |
| 11 | Gov't Designation No. 10 | 035:06 | 035:09 |
| 12 | Joint Designation No. 08 | 036:05 | 036:09 |
| 13 | Joint Designation No. 09 | 036:12 | 036:24 |
| 14 | Joint Designation No. 10 | 038:18 | 040:05 |
| 15 | Def Designation No. 01a | 040:06 | 040:14 |
| 16 | Gov't Designation No. 14 | 040:15 | 040:20 |
| 17 | Def Designation No. 01b | 040:21 | 041:05 |
| 18 | Gov't Designation No. 15 | 041:06 | 041:11 |
| 19 | Joint Designation No. 11 | 044:24 ("What") | 046:04 |
| 20 | Gov't Designation No. 17 | 046:05 | 046:22 |
| 21 | Gov't Designation No. 20b | 054:04 | 054:15 |
| 22 | Gov't Designation No. 20c | 056:10 | 056:25 |
| 23 | Gov't Designation No. 20c | 057:02 | 057:14 |
| 24 | Gov't Designation No. 21 | 057:21 | 058:03 |
| 25 | Gov't Designation No. 22 | 058:07 | 058:11 |
| 26 | Joint Designation No. 12 | 058:13 | 058:24 |
| 27 | Joint Designation No. 13 | 059:03 | 059:05 |
| 28 | Joint Designation No. 14 | 060:01 | 061:20 |
| 29 | Gov't Designation No. 24 | 061:21 | 061:24 |
| 30 | Joint Designation No. 15 | 061:25 | 065:03 |
| 31 | Gov't Designation No. 25 | 065:04 | 066:06 |

| Excerpt No. | Offering Party | Transcript Beginning | Transcript End |
|---|---|---|---|
| 32 | Joint Designation No. 16 | 066:07 | 067:02 |
| 33 | Gov't Designation No. 26 | 067:03 | 067:15 |
| 34 | Joint Designation No. 17 | 067:16 | 068:23 |
| 35 | Gov't Designation No. 27 | 068:24 | 069:07 |
| 36 | Joint Designation No. 18 | 069:08 | 070:01 |
| 37 | Gov't Designation No. 28 | 070:02 | 070:04 |
| 38 | Gov't Designation No. 29 | 070:06 | 070:06 |
| 39 | Joint Designation No. 19 | 070:13 | 071:16 |
| 40 | Gov't Designation No. 31 | 071:17 | 071:25 |
| 41 | Joint Designation No. 20 | 072:01 | 072:10 |
| 42 | Joint Designation No. 21 | 072:14 | 072:23 |
| 43 | Gov't Designation No. 33 | 073:05 | 074:17 |
| 44 | Def Designation No. 22 | 74:18 | 76:09 |
| 45 | Gov't Designation No. 34b | 076:10 | 079:01 |
| 46 | Joint Designation No. 22 | 080:03 | 080:09 |
| 47 | Gov't Designation No. 37a | 081:10 | 082:01 |
| 48 | Joint Designation No. 23 | 082:06 | 083:18 |
| 49 | Joint Designation No. 24 | 085:13 | 086:08 |
| 50 | Gov't Designation No. 40b | 089:16 | 089:22 |
| 51 | Gov't Designation No. 41 | 089:23 | 090:09 |
| 52 | Joint Designation No. 25 | 090:10 | 091:11 |
| 53 | Def Designation No. 02a | 091:12 | 091:13 |
| 54 | Def Designation No. 02b | 091:15 | 092:10 |
| 55 | Joint Designation No. 26 | 092:11 | 093:05 |
| 56 | Joint Designation No. 27 | 094:03 | 095:06 |
| 57 | Joint Designation No. 28 | 095:17 | 096:12 |
| 58 | Gov't Designation No. 44a | 096:13 | 097:01 |
| 59 | Joint Designation No. 29 | 097:08 | 097:14 |
| 60 | Gov't Designation No. 45a | 097:15 | 097:19 |
| 61 | Def Designation No. 30a | 097:20 | 098:05 |
| 62 | Gov't Designation No. 45c | 098:06 | 098:18 |

4

| Excerpt No. | Offering Party | Transcript Beginning | Transcript End |
|---|---|---|---|
| 63 | Def Designation No. 30b | 098:19 | 098:25 |
| 64 | Gov't Designation No. 45d | 098:19 | 099:07 |
| 65 | Joint Designation No. 30 | 099:08 | 099:14 |
| 66 | Def Designation No. 03 | 099:24 | 100:1 |
| 67 | Def Designation No. 04 | 100:04 | 100:06 |
| 68 | Joint Designation No. 31 | 100:07 | 100:25 |
| 69 | Def Designation No. 05 | 103:01 | 103:08 |
| 70 | Joint Designation No. 32 | 103:09 | 106:05 |
| 71 | Gov't Designation No. 48 | 108:18 | 109:08 |
| 72 | Joint Designation No. 33 | 109:09 | 109:17 |
| 73 | Def Designation No. 06 | 109:18 | 109:25 |
| 74 | Def Designation No. 07 | 111:09 | 111:23 |
| 75 | Def Designation No. 08 | 112:04 | 112:19 |
| 76 | Def Designation No. 09 | 113:01 | 113:05 |
| 77 | Def Designation No. 10 | 113:21 | 114:18 |
| 78 | Joint Designation No. 34 | 114:19 | 115:20 |
| 79 | Def Designation No. 40 | 116:13 | 117:2 |
| 80 | Joint Designation No. 35 | 118:05 | 120:17 |
| 81 | Joint Designation No. 36 | 120:24 | 126:24 |
| 82 | Gov't Designation No. 51 | 126:25 | 127:05 |
| 83 | Gov't Designation No. 52a | 128:08 | 129:12 |
| 84 | Gov't Designation No. 56b | 131:14 | 133:07 |
| 85 | Gov't Designation No. 58 | 136:12 | 136:14 |
| 86 | Gov't Designation No. 59a | 136:16 | 136:18 |
| 87 | Joint Designation No. 37 | 138:12 | 138:19 |
| 88 | Gov't Designation No. 61 | 138:20 | 140:09 |
| 89 | Gov't Designation No. 62 | 141:08 | 141:10 |
| 90 | Def Designation No. 11 | 148:25 | 149:6 |
| 91 | Joint Designation No. 38 | 162:12 | 163:01 |
| 92 | Def Designation No. 12 | 163:02 | 163:8 |
| 93 | Def Designation No. 13 | 163:17 | 164:4 |

| Excerpt No. | Offering Party | Transcript Beginning | Transcript End |
|---|---|---|---|
| 94 | Def Designation No. 14 | 182:20 ("You") | 183:16 |
| 95 | Def Designation No. 19 | 193:12 ("Your goal") | 194:21 |
| 96 | Def Designation No. 20 | 195:04 | 195:06 |
| 97 | Def Designation No. 21 | 195:07 | 195:25 |
| 98 | Def Designation No. 22 | 196:16 | 196:21 |
| 99 | Joint Designation No. 39 | 196:22 | 197:07 |
| 100 | Def Designation No. 23 | 197:08 | 197:11 |
| 101 | Def Designation No. 24 | 198:11 | 199:08 |
| 102 | Def Designation No. 25 | 199:09 | 199:20 |
| 103 | Def Designation No. 26 | 199:22 | |
| 104 | Def Designation No. 27 | 204:16 | 205:09 |
| 105 | Def Designation No. 28 | 206:07 | 206:14 |
| 106 | Def Designation No. 30 | 214:02 | 214:07 |
| 107 | Def Designation No. 31 | 214:15 | 215:08 |
| 108 | Def Designation No. 33 | 216:07 | 216:10 |
| 109 | Gov't Designation No. 68 | 219:12 | 220:08 |
| 110 | Gov't Designation No. 69 | 220:10 | 220:17 |
| 111 | Gov't Designation No. 70a | 220:19 | 220:25 |
| 112 | Def Designation No. 35 | 221:05 | 221:10 |
| 113 | Def Designation No. 36 | 221:15 | 221:17 |
| 114 | Joint Designation No. 40 | 221:25 | 222:04 |
| 115 | Gov't Designation No. 71 | 222:05 | 222:11 |
| 116 | Joint Designation No. 41 | 222:12 | 223:25 |
| 117 | Def Designation No. 37 | 225:16 | 226:08 |
| 118 | Def Designation No. 38 | 226:16 | 227:02 |