UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal Action H-18-575 |
| | § | |
| Jack Stephen Pursley, | § | |
| | § | |
| Defendant. | § | |

## JURY NOTE

Note Number: __1__

Dear Judge Hughes:

☐    We would like to take a break until ____:____ .

☒    We have reached a verdict.

☐    _Guilty on each count; Majority of 12-0 on each count_

_____
Foreman

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*