| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States of America, §
§
      Plaintiff, §
§
versus §    Criminal Action H-18-575
§
Jack Stephen Pursley, §
§
      Defendant. §

# Jury Verdict

We, the jury, find the defendant, Jack Stephen Pursley:

*[Guilty or Not Guilty]*

On Count One   *Guilty*  ;

On Count Two   *Guilty*  ;

On Count Three   *Guilty*  ; and

On Count Four   *Guilty*  .

_9-6-19_
Date

_____
Foreman of the Jury