

Juror Contact Update and Request for FeedbackBarrs, Alicia Raines to:
Glenda_Hassan@txs.uscourts.gov, LNH@txs.uscourts.gov 09/16/2019 10:56 AM
Cc: "Vital, Victor", "Albinson, Grace E. (TAX)", "Beaty, Sean P. (TAX)", "Morgan, Jack A. (TAX)", Nicole LeBoeuf, "Kathy_L_Grant@txs.uscourts.gov"
From: "Barrs, Alicia Raines" <Alicia.RainesBarrs@btlaw.com>
To: "Glenda_Hassan@txs.uscourts.gov" <Glenda_Hassan@txs.uscourts.gov>, "LNH@txs.uscourts.gov" <LNH@txs.uscourts.gov>
Cc: "Vital, Victor" <Victor.Vital@btlaw.com>, "Albinson, Grace E. (TAX)" <Grace.E.Albinson@usdoj.gov>, "Beaty, Sean P. (TAX)" <Sean.P.Beaty@usdoj.gov>, "Morgan, Jack A. (TAX)" <Jack.A.Morgan@usdoj.gov>, Nicole LeBoeuf <nicole@leboeuflaw.com>, "Kathy_L_Grant@txs.uscourts.gov" <Kathy_L_Grant@txs.uscourts.gov>

Good morning Glenda,

Per Judge Hughes' instruction, given during his conversation with Victor Vital regarding juror contact, we are sending you this email to confirm that we have notified Sean Beaty of the conversation and will cease communicating with jurors via the private investigator.

However, we understand from the call with Judge Hughes that we, as attorneys, can reach out to jurors in order to receive feedback on our performance. We would like to do that. Please confirm that we have permission to reach out to jurors and request this feedback. If the juror does not want to engage in the conversation, we will not pursue it further (per Judge Hughes' standing order).

Thanks,

Alicia

**Alicia Raines Barrs** | Attorney
Barnes & Thornburg LLP
2121 North Pearl Street, Suite 700, Dallas, TX 75201-2469
Direct: (214) 258-4105 | Fax: (214) 258-4199

**BARNES & THORNBURG LLP**

Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Ohio | Texas | Washington, D.C.

Linked[in] Follow us in Dallas

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.