
Juror Contact Update and Request for FeedbackBeaty, Sean P. (TAX) to: Glenda_Hassan@txs.uscourts.gov 09/17/2019 10:01 AM
Cc: "Kathy_L_Grant@txs.uscourts.gov", "Vital, Victor", "Barrs, Alicia Raines", Nicole LeBoeuf, "Albinson, Grace E. (TAX)", "Morgan, Jack A. (TAX)"
From: "Beaty, Sean P. (TAX)" <Sean.P.Beaty@usdoj.gov>
To: "Glenda_Hassan@txs.uscourts.gov" <Glenda_Hassan@txs.uscourts.gov>
Cc: "Kathy_L_Grant@txs.uscourts.gov" <Kathy_L_Grant@txs.uscourts.gov>, "Vital, Victor" <Victor.Vital@btlaw.com>, "Barrs, Alicia Raines" <Alicia.RainesBarrs@btlaw.com>, Nicole LeBoeuf <nicole@leboeuflaw.com>, "Albinson, Grace E. (TAX)" <Grace.E.Albinson@usdoj.gov>, "Morgan, Jack A. (TAX)" <Jack.A.Morgan@usdoj.gov>

Good morning, Ms. Hassan.

The government would be happy to brief this issue if His Honor would like us to do so, but it is our position that further contact with jurors should not be permitted. In our view, further contact is unnecessary and will undermine the public's interest in the confidentiality of jury deliberations generally, and the finality of this jury's verdict.

Sean Beaty
Trial Attorney
U.S. Department of Justice, Tax Division
Southern Criminal Enforcement Section
Work: (202) 616-2717
Fax: (202) 514-0961
4 Constitution Square (4CON)
150 M Street, NE, Room 1.811
Washington, DC 20002
Sean.P.Beaty@usdoj.gov