UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Cause No. 4:18-cr-575 |
| JACK STEPHEN PURSLEY, | § § § | |
| *Defendant*. | § | |

# PURSLEY'S MOTION FOR NEW TRIAL UNDER RULE 33

COMES NOW Defendant Jack Stephen Pursley ("Pursley") and moves this Court for a new trial under FED. R. CRIM. P. 33.

## LEGAL FRAMEWORK

FED. R. CRIM. P. 33 reads, in pertinent part: (a) **Defendant's Motion**. Upon defendant's motion, the court may vacate any judgment and grant a new trial if the interest of justice so requires. In this case, the interest of justice requires vacatur of the judgment.

## ARGUMENT

*Insufficient Evidence*

The interest of justice requires a new trial as the evidence against Pursley was legally insufficient. Specifically, as to Counts One through Four, no rational juror could find sufficient evidence of any or all elements of the charged offenses (to specifically include the statutorily prescribed *mens rea*) beyond a reasonable doubt.

*Excluded Evidence*

The interest of justice further requires a new trial because key evidence for Pursley was excluded. Specifically, for the reasons set forth in the proffer as to Dr. H. Stephen Grace (*see* Dkt. No. 192, which is incorporated herein by reference for all purposes), Pursley should have been able to fairly present Dr. Grace to contextualize the evidence the jury heard as to the business issues and conduct involved in the alleged criminal activity.

**CONCLUSION**

This Court should enter an order granting a new trial pursuant to Rule 33, Federal Rules of Criminal Procedure, as requested above.

Respectfully submitted,

*/s/ Victor D. Vital*
Victor D. Vital
State Bar Number 00794798
S.D. Texas Bar Number 25730
Alicia M. Barrs
State Bar Number 24109620
S.D. Texas Bar Number 3438290
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199
victor.vital@btlaw.com
abarrs@btlaw.com

Nicole Therese LeBoeuf
State Bar Number 00791091
S.D. Texas Bar Number 29595
LEBOEUF LAW PLLC
325 N. St. Paul, Ste. 3400
Dallas, TX 75201
Telephone: (214) 624-9803
Facsimile: (214) 602-4353
nicole@leboeuflaw.com

Seth H. Kretzer
State Bar Number 24043764
S.D. Texas Bar Number 680773
LAW OFFICES OF SETH KRETZER
440 Louisiana Street, Suite 1440
Houston, TX 77002
Telephone: (713) 775-3050
Facsimile: (713) 929-2019
seth@kretzerfirm.com

*Attorneys for Defendant Jack Stephen Pursley*

**CERTIFICATE OF SERVICE**

I certify that on September 20, 2019, a copy of this document was served on all counsel of record through filing on the ECF System.

*/s/ Victor D. Vital*
Victor D. Vital