United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

| | |
|---|---|
| United States of America, | § |
| Plaintiff, | § |
| versus | §    Criminal Action H-18-575 |
| Jack Stephen Pursley, | § |
| Defendant. | § |

## Order Denying Acquittal

Jack Stephen Pursley's renewed motion for judgment of acquittal is denied. (229)

Signed on October 9, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge