United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| Plaintiff, | § | |
| versus | § | Criminal Action H-18-575 |
| Jack Stephen Pursley, | § | |
| Defendant. | § | |

## Order Denying New Trial

Jack Stephen Pursley's motion for a new trial is denied. (230)

Signed on October 9, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge