IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| **v.** | § | 4:18-CR-00575-1 |
| | § | |
| JACK STEPHEN PURSLEY | § | |
| | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE LYNN H. HUGHES:**

COMES NOW Chip Lewis, and hereby files this Notice of Appearance as Counsel for the Defendant, Jack Stephen Pursley.

Respectfully Submitted,

_____/s/ Chip Lewis_____
CHIP LEWIS
Federal ID No. 24313
1207 S. Shepherd Dr.
Houston, Texas 77019
T:  (713) 523-7878
F:  (713) 523-7887
chip@chiplewislaw.com

## CERTIFICATE OF SERVICE

On this the 17th day of October 2019, I certify that a copy of the above and foregoing document was emailed to the following Assistant United States Attorneys:

Grace Ethel Albinson
Grace.e.albinson@usdoj.gov

Sean Patrick Beaty
Sean.p.beaty@usdoj.gov

Jack Allen Morgan
Jack.a.morgan@usdoj.gov

_____/s/ Chip Lewis_____
CHIP LEWIS