UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-18-575 |
| Jack Stephen Pursley, | § § | |
| Defendant. | § | |

## Order Resetting Sentencing

On Jack Pursley's motion, sentencing is reset to April 24, 2020, at 1:30 p.m.

Signed on February 11, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge