UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-575 |
| | § | (HUGHES) |
| JACK STEPHEN PURSLEY, | § | FILED UNDER SEAL |
| AKA STEVE PURSLEY | § | |

**DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION FOR COSTS OF PROSECUTION**

GRACE E. ALBINSON, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, to the best of her information and belief:

1. I am a Trial Attorney in the Southern Criminal Enforcement Section of the Tax Division, United States Department of Justice, and I submit this Declaration in support of the accompanying Government's Motion for Costs of Prosecution.

2. All items and costs listed in the accompanying Bill of Costs (Attachment B) are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2020.

/s/ *Grace E. Albinson*
Grace E. Albinson
Trial Attorney
U.S. Department of Justice
Tax Division
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 616-3311
Grace.E.Albinson@usdoj.gov

**Exhibit B**

**United States v. Jack Stephen Pursley**
**Criminal No. 4:18-CR-575**

**Bill of Costs**

### I.     Fees for Printed Transcripts

Grand Jury Transcripts – $1,152.60
Trial Transcripts (rough daily) – $1,300.80

**Total Transcript Fees – $2,453.40**

### II.    Fees for Witnesses and Witness Travel Expenses

| Name | Witness Fees | Transportation | Hotel | Per Diem | Taxi/ Mileage | Misc.[1] | Total |
|---|---|---|---|---|---|---|---|
| Robert Armor | $80.00 | $812.24 | $140.40 | $61.00 | $188.47 | $56.00 | $1338.11 |
| Thomas Foster | $160.00 | | | | $85.64 | $30.00 | $275.64 |
| Jon Hurt | $80.00 | | $255.06 | $61.00 | $255.20 | | $651.26 |
| Shaun Mooney | $80.00 | | | | $14.16 | $24.00 | $118.16 |
| Stephen Mooney | $160.00 | $510.23 | | $183.00 | $106.02 | $60.00 | $1019.25 |
| Eduard Venerabile | $200.00 | $1704.62 | $705.70 | $274.50 | | | $2884.82 |
| **Total** | **$760.00** | **$3027.09** | **$1101.16** | **$579.50** | **$649.49** | **$170.00** | **$6287.24** |

### III.   Fees for Exemplification and Costs of Making Copies

Exhibit Binders for Trial – **$7,126** (50% of total cost)

### IV.    Other Costs

**Rule 15 Deposition – Kerry Smith (two-day deposition)**
    Court Reporter Appearance Fee - $600
    Videographer Appearance Fee - $2,850
    Video file creation - $210
    Video file synchronization - $665
    Original Transcript - $1590
    Inclusion of Exhibits - $82

---

[1] Comprises baggage fees and parking.

      Certified Copy Transcript - $346
      Travel expenses for court reporter and videographer - $2500
      **Total - $8,843**

**Total Costs - $24,709.64**