United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
May 07, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-18-575 |
| Jack Stephen Pursley, | § § | |
| Defendant. | § § | |

## Order Resetting Sentencing

On the motion of the parties, sentencing is continued to July 27, 2020, at 1:30 p.m.

Signed on May 7, 2020, at Houston, Texas.

_____
Lynn N. Hughes  USDJ
United States District Judge