UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America §§§§§§<br><br>versus<br><br>Jack Stephen Pursley | Notice of Resetting<br><br>Criminal H-18-575 |

You are directed to appear for a

Sentencing

on
August 5, 2020
10:30 a.m.

before
**Judge Lynn N. Hughes**
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

*Defendant(s) required to attend:* yes

Copies:     AUSA   Sean Beaty
             Defense Counsel   Chip Lewis
             U.S. Probation Office

David J. Bradley,
Clerk of Court

By: *[signature]*
Deputy Clerk

July 15, 2020
Date