IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:18-CR-00575-1 |
| | § | |
| JACK STEPHEN PURSLEY | § | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

David L. Botsford hereby files this Notice of Entry of Appearance as co-counsel with Chip Lewis (Lead Counsel) and Aimee Bolletino for purposes of sentencing only.

Respectfully submitted,

/s/David L. Botsford
DAVID L. BOTSFORD
State Bar No. 02687950
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
512/479-8030 (Tel)
512/479-8040 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was distributed to all counsel of record via the CM/ECF system on the same day it was electronically filed with the Clerk of the Court.

/s/David L.Botsford
DAVID L. BOTSFORD