UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

| | |
|---|---|
| The United States of America, § | |
| Plaintiff, § § § | |
| versus § | Criminal H-18-575 |
| § § | |
| Jack Stephen Pursley, § § | |
| Defendant. § | |

# Order Setting Hearing

A hearing will be held before Judge Lynn N. Hughes on the restitution on:

October 29, 2020,
at 10:30 a.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on August 5, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge