UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 19, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-18-575-1 |
| Jack Stephen Pursley, | § § | |
| Defendant. | § | |

## Order on Motion

Jack Stephen Pursley's motion to continue voluntary surrender is held under advisement until it is ripe by the issuance of a surrender order. (267)

Signed August 19, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge