IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:18-CR-00575-1 |
| | § | |
| JACK STEPHEN PURSLEY | § | |

## NOTICE OF APPEAL

Pursuant to Rule 4(b)(1), Federal Rules of Appellate Procedure, notice is hereby timely given that Jack Stephen Pursley, Defendant in the above case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction entered in this action on August 12, 2020.

Respectfully submitted,

/s/David L. Botsford
DAVID L. BOTSFORD
State Bar No. 02687950
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
512/479-8030 (Tel)
512/479-8040 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was distributed to all counsel of record via the CM/ECF system on the same day it was electronically filed with the Clerk of the Court.

/s/David L.Botsford
DAVID L. BOTSFORD