United States District Court
Southern District of Texas
**ENTERED**
September 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Grand Jury Investigation | § § § | NO. MC16-1947 |

**AND**

| | | |
|---|---|---|
| United States Of America | § § | |
| VS. | § | NO. 4:18-CR-00575-1 |
| Jack Stephen Pursley | § § | |

**ORDER**

BEFORE THE COURT is Jack Stephen Pursley's unopposed motion to unseal all documents and the docket sheet in Cause No. MC16-1947 and to include them in the record on appeal in Cause No. 4:18-CR-00575-1.

The Court hereby GRANTS the motion and orders the District Clerk to unseal the docket sheet and all documents filed in Cause No. MC16-1947.

Signed September 4, 2020.

Sim Lake
United States District Judge