UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 04, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| Plaintiff, | § | |
| versus | § | Criminal H-18-575 |
| Jack Stephen Pursley, | § | |
| Defendant. | § | |

## Order Denying Continuance

Jack Stephen Pursley's request to continue his surrender date is denied. Pursley must surrender on September 17, 2020, as ordered. (267)

Signed on September 2, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge