UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL H-18-575 |
| § | |
| JACK STEPHEN PURSLEY, § | |
| AKA STEVE PURSLEY § | |

## AMENDED RESTITUTION ORDER

Defendant Jack Stephen Pursley must make restitution to the IRS in the amount of $2,480,539.23. Restitution includes both taxes due and owing and accrued interest for the periods listed below:

| Tax Year | Tax Due and Owing | Accrued Interest | Total |
|---|---|---|---|
| 2007 | $221,725.00 | $73,943.77 | $295,668.77 |
| 2008 | $106,182.00 | $32,683.38 | $138,865.38 |
| 2009 | $1,349,217.00 | $540,868.74 | $1,890,085.74 |
| 2010 | $111,629.00 | $44,290.34 | $155,919.34 |
| | | Total Tax and Interest: | $2,480,539.23 |

Against this amount, the IRS shall ensure that Mr. Pursley receives credit for the following payments or refunds claimed:

- $151,045, claimed as a refund on Mr. Pursley's 2013 amended tax return filed on April 6, 2015;
- $700,000 bond payment paid to the IRS on March 8, 2017;

1

- $150,917, claimed as a refund on Mr. Pursley's 2015 amended tax return filed on December 13, 2019;
- $66,828, claimed as a refund on Mr. Pursley's 2016 amended tax return filed on December 13, 2019; and
- $871,008 bond payment paid to the IRS on March 5, 2020.

The IRS nor the Financial Litigation Division of the United States Attorney's Office for the Southern District of Texas will not attempt to collect the total amount of restitution ($2,480,539.23) under the judgment lien created by the Court's original judgment, dated August 12, 2020, or this Order, without ensuring that the total amount of payments and refunds claimed and reflected above ($1,939,798) are properly offset against the total amount of restitution of $2,480,539.23.

Signed on November 2, 2020

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE