# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 09, 2021

United States Courts
Southern District of Texas
FILED

*March 09, 2021*

Nathan Ochsner, Clerk of Court

Mr. Johnny Sanchez
U.S. District Court
Southern District of Texas
515 Rusk Street
Room 8004
Houston, TX 77002

No. 20-20454   USA v. Pursley
USDC No. 4:18-CR-575-1

Dear Mr. Sanchez,

In the above captioned appeal, the 20% discount was implemented on December 3, 2020. As of today's date, the transcripts have not been filed.

Please provide a detailed written explanation, or file the transcripts immediately. If you do not comply with this request within ten (10) days, we will refer this matter to our court for appropriate action.

Sincerely,
LYLE W. CAYCE, Clerk

By: /s/Lyle W. Cayce
Lyle W. Cayce

cc:
Ms. Katie Sue Bagley
Mr. David L. Botsford
Mr. Gregory S. Knapp
Mr. Samuel Robert Lyons
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Mr. Joseph Brian Syverson