IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. 4:18-CR-00575-1 |
| JACK STEPHEN PURSLEY | | |

**O R D E R**

ON THIS DAY came to be considered the foregoing motion, and having been considered, said motion is hereby:

_____ GRANTED

_____ DENIED

DONE AND ENTERED at Houston, Texas on this the _____ day of March 2021.

_____
HONORABLE LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE