# EXHIBIT A

BP-A148.055
SEP 98
INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) WARDEN MA'AT | DATE: 1-5-2021 |
| FROM: JACK PURSLEY | REGISTER NO.: 63547479 |
| WORK ASSIGNMENT: ORDERLY - FCI LOBBY, FCI I VISITATION & CAMP | UNIT: CAMP |

Dear Sir,

Please consider this my request, in accordance with 18 USC 3682(c)(1)(A), on my own behalf for early release under the Cares Act and all other applicable law (e.g. First Step Act). Extraordinary and compelling circumstances include medical conditions that are particularly vulnerable to the Covid virus and diminish the ability to provide self-care in the environment of a correctional facility.

Records indicate I have a minimum PATTERN SCORE and recidivism, with a non-violent, first time conviction. Other factors on record include extraordinary and compelling criteria for early release upon completion of 50% of sentence, which will occur on July 30, 2021 (within the requisite 18 months of this request).

BOP records reveal my 62nd birthday is on February 19, 2021 and I am currently medicated for 1) high blood pressure and 2) high cholesterol with obesity (escalated BMI over 30). Other medical conditions that are exacerbated by age involve arthritis; prolonged recovery and surgical follow-up care for venous insufficiency of the left leg; umbilical hernia requiring surgical repair; three previous eye surgeries needing post surgical care (last surgery performed in February of 2020) and recovery monitoring; and a severely herniated disc in the lower back and two broken vertebra in the lower middle back..

Your timely and kind attention to this request is most appreciated.

Respectfully submitted,

Jack Pursley

TRULINCS 63547479 - PURSLEY, JACK STEPHEN - Unit: OAD-C-A
----------------------------------------------------------------------

FROM: 63547479
TO: Case Management Coordinator
SUBJECT: ***Request to Staff*** PURSLEY, JACK, Reg# 63547479, OAD-C-A
DATE: 01/06/2021 06:32:11 PM

To: Ms. White
Inmate Work Assignment: OrderlyFCILobbyVisit&Camp

The message below is a courtesy copy for your records of the notification forwarded to Warden Ma'at on 1-5-2021.

Dear Sir,

Please consider this my request in accordance with USC 3682(c)(1)(A), on my own behalf for early release under the Cares Act and all other applicable law (e.g. First Step Act). Extraordinary and compelling circumstances include medical conditions that are particularly vulnerable to the Covid virus and diminish the ability to provide self-care in the environment of a correctional facility.

Records indicate I have a minimum PATTERN SCORE and recidivism, with a non-violent, first time conviction. Other factors on record include extraordinary and compelling criteria for early release upon completion of 50% of sentence, which will occur on July 30,2021 (within the requisite 18 months of this request).

BOP records reveal my 62nd birthday is on February 19, 2021 and I am currently medicated for 1) high blood pressure and 2) high cholesterol with obesity (escalated BMI over 30). Other conditions that are exacerbated by age involve arthritis; prolonged recovery and surgical follow up care for venous insufficiency of the left leg; umbilical hernia requiring surgical repair; three previous eye surgeries needing post surgical care (last surgery performed in February of 2020) and recovery monitoring; and a severely herniated disc in the lower back and two broken vertebra in the middle back.

Your timely and kind attention to this request is most appreciated.

Respectfully submitted,

/signature/ Jack Pursley

RESPONSE TO INMATE REQUEST TO STAFF
INMATE: PURSLEY, Jack Stephen
REGISTER NO: 63547-479
INSTITUTION: FCC Oakdale (FCI II)
UNIT: Camp

This is in response to your Inmate Request to Staff Member received on January 11, 2021, at the Federal Correctional Complex (FCC) in Oakdale, Louisiana, in which you request a Compassionate Release/Reduction in Sentence (RIS) in accordance with the CARES Act.

Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g)</u>, Section 2, Page 3, *Initiation of Request – Extraordinary or Compelling Circumstances*, outlines the following criteria for consideration for an RIS: An inmate may initiate a request for consideration only when there are particularly extraordinary or compelling circumstances which could not reasonably have been foreseen by the Court at the time of sentencing. Program Statement 5050.50 does not identify public health events such as the spread of COVID-19 as extraordinary or compelling circumstances warranting Reduction in Sentence (RIS) consideration. According to the Clinical Director, you have not been diagnosed with a terminal, incurable disease with a life expectancy of eighteen months or less. You do not suffer from a chronic or serious medical condition related to the aging process, and you are currently compliant with your medications. The Bureau of Prisons (BOP) can provide conventional treatment to manage your medical needs as they arise. As such, your request for a Compassionate Release/RIS based is denied at this time.

According to the guidelines established by the Attorney General in a memo dated May 8, 2020, you do not meet the criteria for Home Confinement due to serving only 20.2% of your current sentence. Therefore, your request for Home Confinement under the CARES Act is denied.

If you are not satisfied with this response, you may commence an appeal of this decision via the Administrative Remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____                    01.21.21
S. Ma'at, Complex Warden                    Date
FCC Oakdale