# EXHIBIT B



# NEUROSURGICAL
## GROUP OF TEXAS

07/10/2020

**Honorable Jude Lynn N. Hughes**
**515 Rusk Avenue, Room 5300**
**Houston, Tx 77002**

RE: PATIENT:     JACK **"Steve"** PURSLEY
DOB:             2/19/1959

Dear Judge Hughes,

I am a Neurosurgeon with the Neurosurgical Group of Texas in the Texas Medical Center, writing on behalf of my patient, Mr. Jack "Steve" Pursley.

Mr. Pursley is a 61 year old gentleman who I first saw in December for Lumbar Compression fracture of T12-L2. The patient continues with low back pain symptoms. The MRI and x-ray of his lumbar spine show significant multi-level degenerative disc disease and spondylosis contributing to his chronic low back pain symptoms.

I have advised the patient that he needs to be careful about what kind of bed he sleeps in and the activities he performs in order to avoid further exacerbation of his back pain. Any type of flat and hard surface could exacerbate his back pain.

If there are any further questions regarding Mr. Pursley's medical condition, please do not hesitate to contact my office.

Sincerely,

Roeser, Andrew C 07/10/2020 3:07 PM

Document generated by: Rosa Dobson 07/10/2020



2855 Gramercy
Houston, TX 77025
Phone (713) 668-6828 ext. 2460
Fax    (832) 553-7118
www.houstoneye.com

**RE:** Jack Pursley
**DOB:** 2/19/1959
**Gender:** MALE

July 30, 2020

To Whom It May Concern:

The patient named above has a chronic eye inflammation condition called uveitis. This condition will need ongoing therapy with eye drops (Prednisolone Acetate and Durezol) to prevent potential blindness. Patient has had 3 eye surgeries within the current year that have affected his condition.

If you have any questions or concerns please contact the office.

_____
Kelly L. Larkin, M.D.