UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern District of Texas~~

**ENTERED**

April 07, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal H-18-575 |
| | § | |
| Jack Stephen Pursley, | § | |
| | § | |
| Defendant. | § | |

## Order Denying Sentence Reduction

Jack Stephen Pursley was convicted of the crime charged and he received a light sentence from this court. He insists exposure to COVID-19 that we all suffer is unique to him. He has given no extraordinary or compelling reason why his current circumstances warrant immediate release or home confinement. Pursley's motion to reduce his sentence is denied. (303)

Signed on April 7, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge