IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:18-CR-00575-1 |
| | § | |
| JACK STEPHEN PURSLEY | § | |

**Order**

The Court has considered Pursley's "Unopposed Motion To View Sealed Documents" and the same is hereby GRANTED.

Accordingly, the District Clerk is hereby ordered to immediately transmit a true and correct copy of ECF Doc ## 26, 27, 42, 56, 98, 167, 178, 256, 259, 262, and 267 to David Botsford, counsel on appeal for Pursley, for him to view.

Signed on the 10 day of May 2021.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE