United States District Court
Southern District of Texas
**ENTERED**
August 29, 2022
Nathan Ochsner, Clerk

|  |  |  |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Criminal H-18-575 |
| | § | |
| Jack Stephen Pursley, | § | |
| | § | |
| Defendant. | § | |

# Order Continuing Trial

On Jack Pursley's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendant to a speedier trial.

1. Motions will be filed by December 27, 2022.
2. Responses will be filed by January 6, 2023.
3. Pretrial conference is reset to January 30, 2023, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by January 31, 2023.
5. Jury selection and trial are reset to February 7, 2023, at 9:00 a.m.

Signed on August 29, 2022, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge